IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAACP et al.
**Plaintiff,**

v.

United States et al.
**Defendant.**

Case No. 8:25-cv-00965

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Jane Doe 1 o/b/o C.E.
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<br>(name of LLC party)

| _____ | _____ |
|(name of member)|(state of citizenship)|
| _____ | _____ |
|(name of member)|(state of citizenship)|
| _____ | _____ |
|(name of member)|(state of citizenship)|
| _____ | _____ |
|(name of member)|(state of citizenship)|

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/25/2025
Date

*/s/ Joseph Sellers*
Signature

Joseph M. Sellers (#06284)
Printed name and bar number

1100 New York Ave., NW, Suite 800, Washington, DC 20005
Address

jsellers@cohenmilstein.com
Email address

(202) 408-4600
Telephone number

(202) 408-4699
Fax number