IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NAACP et al.** | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. **8:25-cv-00965** |
| | * | |
| **United States et al.** | | |
| | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Jane Doe 2 o/b/o C.C.**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/25/2025
Date

*/s/ Joseph Sellers*
Signature

Joseph M. Sellers (#06284)
Printed name and bar number

1100 New York Ave., NW, Suite 800, Washington, DC 20005
Address

jsellers@cohenmilstein.com
Email address

(202) 408-4600
Telephone number

(202) 408-4699
Fax number

2