IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAACP et al.     *

**Plaintiff,**

                 *

v.               *     Case No. 8:25-cv-00965

United States et al.   *

**Defendant.**   *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that <u>NAACP South Carolina State Conference</u>
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____   _____
(name of member)                                     (state of citizenship)

_____   _____
(name of member)                                     (state of citizenship)

_____   _____
(name of member)                                     (state of citizenship)

_____   _____
(name of member)                                     (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| 3/25/2025 | */s/ Joseph Sellers* |
|---|---|
| Date | Signature |
|  | Joseph M. Sellers (#06284) |
|  | Printed name and bar number |
|  | 1100 New York Ave., NW, Suite 800, Washington, DC 20005 |
|  | Address |
|  | jsellers@cohenmilstein.com |
|  | Email address |
|  | (202) 408-4600 |
|  | Telephone number |
|  | (202) 408-4699 |
|  | Fax number |