IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAACP et al.                              *

**Plaintiff,**

                                               *

v.                                        Case No.  8:25-cv-00965

United States et al.                      *

**Defendant.**                            *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■ I certify, as party/counsel in this case that  **NAACP Texas State Conference**
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/25/2025

Date

*/s/ Joseph Sellers*

Signature

Joseph M. Sellers (#06284)

Printed name and bar number

1100 New York Ave., NW, Suite 800, Washington, DC 20005

Address

jsellers@cohenmilstein.com

Email address

(202) 408-4600

Telephone number

(202) 408-4699

Fax number

2