# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

National Association for the Advancement of Colored People, et al.
  **Plaintiff,**

v.

United States, et al.
  **Defendant.**

Case No. 8:25-cv-00965-JRR

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __AFSCME Council 3__ (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ (name of party):

_____ (names of affiliates).

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ (names of entities with possible financial interests).

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

03/25/2025

Date

/s/ Abigail V. Carter

Signature

Abigail V. Carter (D. Md. Bar No. 20952)

Printed name and bar number

805 15th Street NW, Suite 1000, Washington, D.C. 20005

Address

acarter@bredhoff.com

Email address

202-842-2600

Telephone number

202-842-2888

Fax number