UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | Civil Action No. 8:25-00965-JRR<br><br>Judge Julie R. Rubin |

### JOINT MOTION TO STAY ENTRY OF A SCHEDULING ORDER AND EXTEND RULE 26 DEADLINES

Pursuant to Federal Rule of Civil Procedure Rule 16(b), the Parties jointly move to stay entry of a Scheduling Order and to extend the Rule 26 deadlines. In support of this Joint Motion, the Parties state as follows:

1. Plaintiffs filed the Complaint in this action on March 24, 2025, and service was completed on the U.S. Attorney's Office on March 28, 2025. On May 23, 2025, this Court granted Defendants' Consent Motion to extend the time to answer to June 26, 2025.

2. Under Federal Rule of Civil Procedure 16(b), the Court is instructed to enter a Scheduling Order within "the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared," which in this case would be June 23, 2025. Federal Rule of Civil Procedure 26(f) sets deadlines for the parties to confer and file a written report based on that scheduling order due date.

3. However, Federal Rule of Civil Procedure Rule 16(b) permits the Court to extend the deadline to issue a Scheduling Order, and the associated dates, when "the judge finds good cause for delay." Fed. R. Civ. P. 16(b)(2).

4. Here, good cause supports delaying entry of the scheduling order. Because of the 60-day time for the government to answer, and because this Court has granted the consent motion for an extension of that time, the government has not yet answered the Complaint. Until the government answers, the Parties will not be well-positioned to confer about "the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case," the "disclosures required by Rule 26(a)(1)," "any issues about preserving discoverable information," and "a proposed discovery plan." *See* Fed. R. Civ. P. 26(f)(2).

5. Accordingly, the Parties propose the following schedule for the Rule 26(f) Conference, the Rule 26(f) Report, and entry of a scheduling order:

- Within 10 days of the Defendants' Answer: The Parties will conduct a Rule 26(f) Conference.

- No later than 24 days following the Defendants' Answer: The Parties will file a Rule 26(f) Report.

- No later than 24 days following the Defendants' Answer: The Parties will exchange Rule 26(a) Initial Disclosures.

- Following receipt of the Parties' Rule 26(f) Report: This Court will enter a Scheduling Order.

The Parties make this Motion jointly, and neither Party will be prejudiced by the requested extension.

Accordingly, the Parties respectfully ask to stay entry of a Scheduling Order and extend the Rule 26 deadlines. A proposed Order is attached.

Date: June 16, 2025

Respectfully submitted,

*/s/ Abigail V. Carter*
Abigail V. Carter (D. Md. Bar No. 20952)
John Pellettieri*
Lane Shadgett**
**Bredhoff & Kaiser, PLLC**
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
acarter@bredhoff.com
jpellettieri@bredhoff.com
lshadgett@bredhoff.com

*Attorneys for National Education Association, Prince George's County Educators' Association, AFSCME Council 3*

Joseph M. Sellers (D. Md. Bar No. 06284)
Ethan Judd*
Ryan Wheeler*
Jenna Waldman*
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel. (202) 408-4600
Fax (202) 408-4699
jsellers@cohenmilstein.com
ejudd@cohenmilstein.com
rwheeler@cohenmilstein.com
jwaldman@cohenmilstein.com

Robert Kim*
Jessica Levin*
Wendy Lecker*
Theresa Luhm*
**Education Law Center**
60 Park Place, Suite 300
Newark, NJ 07102
Tel. (973) 624-1815
Fax (973) 624-7339
rkim@edlawcenter.org

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
e: michael.bruns@usdoj.gov
t: 202-514-4011

*Counsel for Defendants*

3

jlevin@edlawcenter.org
wlecker@edlawcenter.org
tluhm@edlawcenter.org

*Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2*

Alice O'Brien*
Kristin Garcia*
Marissa Marandola*
**National Education Association**
1201 16th Street NW
Washington, DC 20036
Tel. (202) 822-7035
aobrien@nea.org
krgarcia@nea.org
mmarandola@nea.org

*Attorneys for National Education Association and Prince George's County Educators' Association*

Aaron S. Ament*
Daniel A. Zibel (D. Md. Bar No. 31554)
Eric Rothschild*
**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for National Education Association*


*Admitted Pro Hac Vice
**Admission to District of Maryland Bar Pending