UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAACP, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES, et al.,<br><br>   Defendants. | Case No. 1:25-cv-00965-JRR |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move for an extension of time to respond to Plaintiffs' complaint.

Plaintiffs filed their complaint in this action on March 24, 2025. Defendants moved to extend the deadline to respond to the Complaint to June 26, 2025, and the Court granted that motion on May 23, 2025. ECF No. 45. Defendants ask that the Court extend Defendants' response to the complaint deadline by thirty days, such that Defendants' response would be due July 28, 2025.

Plaintiffs consent to the relief sought.

Good cause exists for this request. Parallel litigation is proceeding in *New York v. McMahon*, 1:25-CV-10601 (D. Mass.), and *Somerville Public Schools v. Trump*, 1:25-cv-10677-MJJ (D. Mass.) challenging the same agency actions under similar legal theories. The Court in these cases entered a nation-wide preliminary injunction enjoining these actions. Defendants are spending substantial resources to comply with the injunction order.

In addition, Defendants filed an appeal at the First Circuit and requested a stay of the preliminary injunction order. *New York v. McMahon*, Nos. 25-1495, 25-1500 (1st Cir.). The First Circuit denied a stay of the preliminary injunction order, and the parties are in the process of briefing the appeal. Defendants also filed a request for an emergency stay at the Supreme Court. *McMahon, et al. v. New York, et al.*, No. 24A1203 (U.S. filed June 6, 2025). The Defendants filed their reply in support of their application on June 16, 2025. The issues on appeal for the emergency stay motion are, among others, whether the plaintiffs in those cases have standing to bring their suit and whether the CSRA precludes jurisdiction over the claims.

The Supreme Court has not yet issued a decision on Defendants' application. Given the issues on appeal to the Supreme Court, its decision on Defendant's application for a stay could significantly impact this litigation or give the parties guidance on how to further proceed. Because any such decision may implicate future proceedings in this case, and given the press of other litigation matters, Defendants seek an additional 30 days to respond to Plaintiffs' Complaint

Plaintiffs will not be prejudiced by the requested extension. As noted, Plaintiffs have not moved for preliminary injunctive relief, the actions they challenge have already been enjoined, and they have consented to this request.

Accordingly, Defendants respectfully ask for an extension until July 28, 2025, to respond to Plaintiffs' complaint. A proposed order granting this motion is attached.

DATED: June 23, 2025                                  Respectfully submitted,

                                                       BRETT A. SHUMATE
                                                       Assistant Attorney General
                                                       Civil Division

                                                       BRAD P. ROSENBERG

Special Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
e: michael.bruns@usdoj.gov
t: 202-514-4011

KELLY O. HAYES
   United States Attorney
Charles R. Gayle (Bar No. 14706)
   Assistant United States Attorney
U.S. Attorney's Office for the District of Maryland
   36 South Charles St.,
   Baltimore, MD 21201

*Counsel for Defendants*