UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | Civil Action No. 8:25-cv-965-JRR |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 103(1)(d), Plaintiffs request leave to file an amended complaint not to exceed 45 pages. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed a 40-page complaint in this case on March 24, 2025. Plaintiffs are civil rights organizations, labor organizations, and parents of students in the Montgomery County Public Schools. Defendants are the United States, the U.S. Department of Education, and Secretary of Education Linda McMahon. The complaint alleges that Defendants violated the Constitution and acted arbitrarily and capriciously, and contrary to law under the Administrative Procedure Act by dismantling the U.S. Department of Education.

2. Plaintiffs intend to file an amended complaint on July 1, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(1). The First Amended Complaint will allege additional facts, including facts that occurred or came to light after the original complaint was filed.

3. Plaintiffs seek leave to file an amended complaint that exceeds the 40 pages permitted by Local Rule 103(1)(d). This is a case of exceptional public importance, and the

original complaint already totaled 40 pages. Additional pages are required to allege new intervening facts.

4. Plaintiffs accordingly have good cause to exceed the page limit established by Local Rule 103(1)(d), and the relief sought by this motion will not prejudice any party.

5. Counsel for Defendants has informed the undersigned that Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and allow Plaintiffs to file an amended complaint that will not exceed 45 pages.

| | |
|---|---|
| Date: July 1, 2025 | Respectfully submitted, |
| | /s/ Abigail V. Carter |
| Joseph M. Sellers (D. Md. Bar No. 06284) | Leon Dayan** |
| Ethan Judd* | Abigail V. Carter (D. Md. Bar No. 20952) |
| Ryan Wheeler* | John Pellettieri* |
| Jenna Waldman* | Kara A. Naseef** |
| **Cohen Milstein Sellers & Toll PLLC** | Grace Rybak** |
| 1100 New York Avenue, NW, Suite 800 | Lane Shadgett (D. Md. Bar No. 31686) |
| Washington, D.C. 20005 | **Bredhoff & Kaiser, PLLC** |
| Tel. (202) 408-4600 | 805 15th Street NW, Suite 1000 |
| Fax (202) 408-4699 | Washington, D.C. 20005 |
| jsellers@cohenmilstein.com | Tel. (202) 842-2600 |
| ejudd@cohenmilstein.com | Fax (202) 842-1888 |
| rwheeler@cohenmilstein.com | ldayan@bredhoff.com |
| jwaldman@cohenmilstein.com | acarter@bredhoff.com |
| | jpellettieri@bredhoff.com |
| Robert Kim* | knaseef@bredhoff.com |
| Jessica Levin* | grybak@bredhoff.com |
| Wendy Lecker* | lshadgett@bredhoff.com |
| Theresa Luhm* | |
| **Education Law Center** | *Attorneys for National Education Association, Prince George's County Educators Association, AFSCME Council 3* |
| 60 Park Place, Suite 300 | |
| Newark, NJ 07102 | |
| Tel. (973) 624-1815 | |
| Fax (973) 624-7339 | Alice O'Brien* |
| rkim@edlawcenter.org | Marissa Marandola* |
| jlevin@edlawcenter.org | Kristin Garcia* |
| wlecker@edlawcenter.org | **National Education Association** |
| tluhm@edlawcenter.org | 1201 16th Street NW |

*Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2*

Aaron S. Ament\*
Daniel A. Zibel (D. Md. Bar No. 31554)
Eric Rothschild\*
**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for National Education Association*

\*Admitted Pro Hac Vice
\*\*Admission Pro Hac Vice pending

Washington, D.C. 20036
Tel. (202) 822-7035
aobrien@nea.org
mmarandola@nea.org
krgarcia@nea.org

*Attorneys for National Education Association and Prince George's County Educators Association*