UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 105(3), Plaintiffs request leave to file a memorandum not to exceed 45 pages in support of their motion for a preliminary injunction. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs have filed a First Amended Complaint alleging that Defendants violated the Constitution and acted arbitrarily and capriciously, and contrary to law under the Administrative Procedure Act by dismantling the U.S. Department of Education. Plaintiffs are civil rights organizations, labor organizations, and parents of students in the Montgomery County Public Schools. Defendants are the United States, the U.S. Department of Education, and Secretary of Education Linda McMahon.

2. Plaintiffs intend to file a motion for a preliminary injunction to avoid irreparable harm from the dismantlement of the Department of Education by Defendants. Under Local Rule 105(3), absent order of the Court, the memorandum in support of that motion may be no longer than 30 pages.

3.      Plaintiffs seek leave to file a memorandum not to exceed 45 pages. This is a complicated case of exceptional public importance. The amended complaint is 45 pages long and contains five counts of relief. The memorandum in support of Plaintiffs' motion for a preliminary injunction must demonstrate that Plaintiffs are likely to succeed on the merits, that Plaintiffs will likely suffer irreparable harm absent a preliminary injunction, and that the equities and the public interest weigh in favor of a preliminary injunction. Among other things, the memorandum will describe the statutory functions of the Department of Education, an agency with an array of important statutory responsibilities that had 4,133 employees[1] and a budget of over $268 billion[2] before the dismantlement challenged in the complaint. The memorandum will describe the dismantlement that has occurred and the resulting harm that Plaintiffs have suffered and will continue to suffer as a result of that dismantlement. The memorandum will also contain a detailed discussion of the applicable law showing that the dismantlement violates the Constitution and is arbitrary and capricious, and contrary to law under the Administrative Procedure Act. Addressing those issues—and others—in a manner that will be of assistance to the Court in deciding the motion for a preliminary injunction will require more than 30 pages.

4.      Plaintiffs accordingly request leave to file a memorandum not to exceed 45 pages in support of their motion for a preliminary injunction.

5.      Counsel for Defendants has informed the undersigned that Defendants do not oppose this motion.

---

[1] *U.S. Department of Education Initiates Reduction in Force*, U.S. Dep't of Educ. (Mar. 11, 2025) https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force.

[2] Further Consolidated Appropriations Act, Pub. L. No. 118-47, div. D, 138 Stat. 460, 682–693 (2024) (discretionary appropriations); USAFacts, *What does the Department of Education do?*, https://bit.ly/4kkNSG7 (last accessed June 28, 2025).

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and allow Plaintiffs to file a memorandum not to exceed 45 pages in support of their motion for preliminary injunction.

Date: July 1, 2025

Respectfully submitted,

/s/ Abigail V. Carter

| | |
|---|---|
| Joseph M. Sellers (D. Md. Bar No. 06284) | Leon Dayan** |
| Ethan Judd* | Abigail V. Carter (D. Md. Bar No. 20952) |
| Ryan Wheeler* | John Pellettieri* |
| Jenna Waldman* | Kara A. Naseef** |
| **Cohen Milstein Sellers & Toll PLLC** | Grace Rybak** |
| 1100 New York Avenue, NW, Suite 800 | Lane Shadgett (D. Md. Bar No. 31686) |
| Washington, D.C. 20005 | **Bredhoff & Kaiser, PLLC** |
| Tel. (202) 408-4600 | 805 15th Street NW, Suite 1000 |
| Fax (202) 408-4699 | Washington, D.C. 20005 |
| jsellers@cohenmilstein.com | Tel. (202) 842-2600 |
| ejudd@cohenmilstein.com | Fax (202) 842-1888 |
| rwheeler@cohenmilstein.com | ldayan@bredhoff.com |
| jwaldman@cohenmilstein.com | acarter@bredhoff.com |
| | jpellettieri@bredhoff.com |
| Robert Kim* | knaseef@bredhoff.com |
| Jessica Levin* | grybak@bredhoff.com |
| Wendy Lecker* | lshadgett@bredhoff.com |
| Theresa Luhm* | |
| **Education Law Center** | *Attorneys for National Education Association, Prince George's County Educators Association, AFSCME Council 3* |
| 60 Park Place, Suite 300 | |
| Newark, NJ 07102 | |
| Tel. (973) 624-1815 | |
| Fax (973) 624-7339 | Alice O'Brien* |
| rkim@edlawcenter.org | Marissa Marandola* |
| jlevin@edlawcenter.org | Kristin Garcia* |
| wlecker@edlawcenter.org | **National Education Association** |
| tluhm@edlawcenter.org | 1201 16th Street NW |
| | Washington, D.C. 20036 |
| *Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2* | Tel. (202) 822-7035 |
| | aobrien@nea.org |
| | mmarandola@nea.org |
| | krgarcia@nea.org |
| | |
| | *Attorneys for National Education Association and Prince George's County Educators Association* |
| Aaron S. Ament* | |
| Daniel A. Zibel (D. Md. Bar No. 31554) | |
| Eric Rothschild* | |

**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for National Education Association*

*\*Admitted Pro Hac Vice*
*\*\*Admission Pro Hac Vice pending*