UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | Civil Action No. 8:25-cv-965-JRR<br><br>**Hearing Requested** |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs hereby move, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction against all Defendants as set out in the attached Proposed Order.

For the reasons explained in the accompanying memorandum of law, Plaintiffs have met the standard for a preliminary injunction because they are likely to succeed on the merits of their claims under the U.S. Constitution and the Administrative Procedure Act, they presently suffer and will continue to suffer irreparable injury absent a preliminary injunction, the balance of equities weighs in their favor, and the issuance of the injunction would be in the public's interest.

### REQUEST FOR A HEARING

Pursuant to Local Rule 105.6, Plaintiffs respectfully request a hearing on their Moton for a Preliminary Injunction to be scheduled as soon as practicable after the motion has been fully briefed.

Date: July 1, 2025

Joseph M. Sellers (D. Md. Bar No. 06284)
Ethan Judd*
Ryan Wheeler*
Jenna Waldman*
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel. (202) 408-4600
Fax (202) 408-4699
jsellers@cohenmilstein.com
ejudd@cohenmilstein.com
rwheeler@cohenmilstein.com
jwaldman@cohenmilstein.com

Robert Kim*
Jessica Levin*
Wendy Lecker*
Theresa Luhm*
**Education Law Center**
60 Park Place, Suite 300
Newark, NJ 07102
Tel. (973) 624-1815
Fax (973) 624-7339
rkim@edlawcenter.org
jlevin@edlawcenter.org
wlecker@edlawcenter.org
tluhm@edlawcenter.org

*Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2*

Aaron S. Ament*
Daniel A. Zibel (D. Md. Bar No. 31554)
Eric Rothschild*
**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org

Respectfully submitted,

*/s/ Abigail V. Carter*
Leon Dayan**
Abigail V. Carter (D. Md. Bar No. 20952)
John Pellettieri*
Kara A. Naseef**
Grace Rybak**
Lane Shadgett (D. Md. Bar No. 31686)
**Bredhoff & Kaiser, PLLC**
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
jpellettieri@bredhoff.com
knaseef@bredhoff.com
grybak@bredhoff.com
lshadgett@bredhoff.com

*Attorneys for National Education Association, Prince George's County Educators Association, AFSCME Council 3*

Alice O'Brien*
Marissa Marandola*
Kristin Garcia*
**National Education Association**
1201 16th Street NW
Washington, D.C. 20036
Tel. (202) 822-7035
aobrien@nea.org
mmarandola@nea.org
krgarcia@nea.org

*Attorneys for National Education Association and Prince George's County Educators Association*

2

eric@defendstudents.org

*Attorneys for National Education Association*

\**Admitted Pro Hac Vice*
\*\**Admission Pro Hac Vice pending*