UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Description | Cross Reference to Memorandum |
|---|---|---|
| A | Declaration of Abigail Carter | |
| A-1 | Executive Order, "Improving Education Outcomes by Empowering Parents, States, and Communities" | 1, 5, 24, 38 |
| A-2 | Secretary McMahon's March 3, 2025 Speech, "Our Department's Final Mission" | 4 |
| A-3 | Transcript of Secretary McMahon's March 11, 2025 Fox News Interview | 6 |
| A-4 | Transcript of Donald J. Trump's September 13, 2023 Agenda 47 Video | 4 |
| A-5 | Department of Education Webpage, "Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools" | 27 |
| A-6 | Associated Press Article, "Trump Has Called for Dismantling the Education Department. Here's What That Would Mean" | 4 |

| A-7 | Transcript of President Donald J. Trump's 2024 TIME Person of the Year Interview | 4 |
|---|---|---|
| A-8 | Reuters Article, "Trump Seeks Executive Order, Cooperation with Congress to Shut Education Department" | 4 |
| A-9 | Reuters Article, "Trump Says He Wants Education Department to be Closed Immediately" | 4 |
| A-10 | Office of Planning, Evaluation, and Policy Development, "Directive on Department Grant Priorities," as filed in *American Association of Colleges for Teacher Education v. McMahon*, No. 1:25-cv-00702 (D. Md. Mar. 17, 2025), Dkt. No. 24-2 | 5, 20 |
| A-11 | Department of Education Press Release, "U.S. Department of Education Initiates Reduction in Force" | 5, 6 |
| A-12 | U.S. Senate Committee on Appropriations Press Release, "Pressed by Murray, McMahon Says 'No' Analysis Was Conducted Before Firing Half of the Department of Education's Staff" | 6 |
| A-13 | Declaration of Rachel Oglesby, as filed in *New York v. McMahon*, No. 25-10601-MJJ (D. Mass. June 10, 2025), Dkt. No. 147-1 | 7 |
| A-14 | Department of Government Efficiency's February 10, 2025, 7:13 p.m. X Post | 9 |
| A-15 | Department of Government Efficiency's February 10, 2025, 7:43 p.m. X Post | 9 |
| A-16 | Department of Education Press Release, "U.S. Department of Education Cancels Additional $350 Million in Woke Spending" | 10 |
| A-17 | Office of Federal Student Aid, Fiscal Year 2024 Annual Report | 12 |
| A-18 | Department of Education, Office of Inspector General, Final Audit Report for Audit No. ED-OIG/A19N0002, "The Resolution of | 27 |

| | | |
|---|---|---|
| | Discrimination Complaints by the Department's Office for Civil Rights" | |
| A-19 | U.S. House of Representatives, Joint Explanatory Statement accompanying Appropriations Act | 21 |
| A-20 | Department of Education, Fiscal Year 2024 Congressional Action | 20 |
| A-21 | Declaration of Rachel Oglesby, as filed in *California v. U.S. Department of Education*, No. 1:25-cv-10548 (D. Mass. Mar. 12, 2025), Dkt. No. 55-1 | 20 |
| A-22 | Hechinger Report Article, "Education Department Misses Key Deadline for Delivering Statistics Report" | 26 |
| A-23 | Office of Management and Budget, May 2, 2025 Letter on President Trump's Fiscal Year 2026 Budget Request to Senate Committee on Appropriations | 33 |
| A-24 | ProPublica Article, "Elon Musk's Team Decimates Education Department Arm That Tracks National School Performance" | 38 |
| A-25 | National Center for Education Statistics Report, "Students With Disabilities" | 45 |
| A-26 | USA Facts Article, "What Does the Department of Education Do?" | 4 |
| A-27 | NPR Article, "Education Department stops $1 billion in funding for school mental health," | 7 |
| A-28 | Department of Education, Education for the Disadvantaged Fiscal Year 2026 Budget Request | 17, 45 |
| A-29 | Department of Education, Fiscal Year 2025 Higher Education Budget Request | 20 |
| A-30 | U.S. Senator Thom Tillis Press Release, "Tillis Statement on Senate Passage of the Bipartisan Safer Communities Act" | 2 |

| | | |
|---|---|---|
| A-31 | Education Week article, "Trump Tells States He's Holding Back $6.8 Billion for Schools" | |
| B | Declaration of Anthony P. Ashton | 34, 40, 42, 44 |
| C | Declaration of Daaiyah Bilal-Threats | 7, 17, 18, 30, 34, 40–45 |
| D | Declaration of Colleen Campbell | 6, 12, 13, 26 |
| E | Declaration of Miguel Cardona | 7, 40, 43 |
| F | Declaration of Donna L. Christy | 34, 41–44 |
| G | Declaration of Wisdom Cole | 40, 41 |
| H | Declaration of R. Jason Cottrell | 6, 9, 16, 18, 21, 29 |
| I | Declaration of John Curley | 33 |
| I-1 | Memorandum of Understanding between American Institutes for Research in the Behavioral Sciences and Newton Public Schools | |
| I-2 | February 10, 2025 Email, "Stop Order on Charting My Path for Future Success Project" | 33 |
| J | Declaration of Doe Declarant #1 | |
| K | Declaration of Doe Declarant #2 | 12, 13, 26 |
| K-1 | Government Accountability Office, July 27, 2018 Letter to Congress | |
| K-2 | October 29, 2023 Department of Education Decision Memorandum Requesting Approval for the Use of the Secretary's Compromise Authority for Remediating Potential Harm to Borrowers Caused by Return to Repayment Servicing Errors | |
| K-3 | USDS Award Notice Attachments, Attachment 08: Service Level Methodology Performance Metrics | |
| K-4 | USDS Business Operations Servicing Requirements: Attachment 01, USDS Section 17001.010 | |
| L | Declaration of Doe Declarant #3 | 6, 14, 20, 27 |

| | | |
|---|---|---|
| M | Declaration of Doe Declarant #4 | 6, 11–13, 26 |
| N | Declaration of Doe Declarant #5 | 5, 6, 14, 15, 27, 44 |
| O | Declaration of Doe Declarant #6 | 6, 14, 15, 27, 28 |
| O-1 | Fiscal Year 2024 CMS Report | |
| P | Declaration of Doe Declarant #7 | 5, 6, 18 |
| Q | Declaration of Doe Declarant #8 | 5, 9, 10, 16–18, 26, 28, 29, 43 |
| R | Declaration of Doe Declarant #9 | 5, 9, 10, 26, 33, 38 |
| R-1 | March 11, 2025 Email, "CHCO – Notice to Employees Impacted by Reduction in Force (RIF)" | 5 |
| R-2 | April 10, 2025 Email, "Notice of Separation Due to Reduction in Force" | 5 |
| S | Declaration of Doe Declarant #10 | 6, 14, 15, 27 |
| T | Declaration of Doe Declarant #11 | 6, 10, 17, 18, 29 |
| U | Declaration of Doe Declarant #12 | 14, 15, 27 |
| V | Declaration of Doe Declarant #13 | 6, 16, 18, 29 |
| W | Declaration of Jane Doe #1 | 15 |
| X | Declaration of Jane Doe #2 | |
| Y | Declaration of David Downey | 5, 6, 16, 18 |
| Z | Declaration of John Q. Easton | 7–10, 26 |
| AA | Declaration of Montserrat Garibay | 6, 10, 16, 29 |
| BB | Declaration of Rachel Gittleman | 5, 6, 12, 13, 26, 40 |
| CC | Declaration of Terri Gonzales | 6, 14, 28, 44 |
| CC-1 | March 11, 2025 Email, "CHCO – Notice to Employees Impacted by Reduction in Force (RIF)" | |

| | | |
|---|---|---|
| CC-2 | April 10, 2025 Email, "Notice of Separation Due to Reduction in Force" | |
| DD | Declaration of Blondie Gordon | 43 |
| EE | Declaration of Mara Greengrass | 43 |
| FF | Declaration of Jessica Heiser | 15, 28, 45 |
| GG | Declaration of Ed Hermes | 21, 30, 34, 36, 40, 43, 44 |
| GG-1 | Department of Education, February 18, 2025 Letter, "Grant Award Termination S374A230045" | 21 |
| HH | Declaration of Dr. Jerry Johnson | 17, 18, 40, 43 |
| II | Declaration of Denise Joseph | 6 |
| II-1 | January 29, 2025 Email, "Administrative Leave Notice" | |
| JJ | Declaration of Kris Keranen | 45 |
| KK | Declaration of Dr. John B. King, Jr. | 7, 40, |
| LL | Declaration of Emma Leheny | 6, 7, 16, 18, 29 |
| MM | Declaration of Catherine E. Lhamon | 7, 14, 27 |
| NN | Declaration of Marcie Lipsitt | 15, 28, 45 |
| OO | Declaration of Chris Miller | 12, 13, 26 |
| PP | Declaration of Melissa Mills | 40–42 |
| QQ | Declaration of Skylahr Mimms | 43 |
| RR | Declaration of Patrick Moran | 40–43 |
| SS | Declaration of Brenda Murphy | 41, 43 |
| TT | Declaration of Sarah Newman | 5, 6, 10, 16–18, 25, 26, 28, 29 |
| UU | Declaration of Matt Nosanchuk | 14, 27 |
| VV | Declaration of Jose Ortiz | 5, 14, 27, 44 |


| | | |
|---|---|---|
| WW | Declaration of Ronald Petracca | 19, 36, 37, 39 |
| XX | Declaration of Alyssa Picard | 6, 12, 13, 40 |
| YY | Declaration of Rebecca Pringle | 13, 40–43, 45 |
| ZZ | Declaration of Dezmond Rosier | 43 |
| AAA | Declaration of Jada Scott | 41 |
| BBB | Declaration of Hannah Secka | 15, 42 |
| CCC | Declaration of John Shaner | 43 |
| DDD | Declaration of Deborah Spitz | 16, 18, 29 |
| EEE | Declaration of Lisa Tessitore | 5, 6, 12, 13, 26 |
| EEE-1 | Email Automatic Reply | |
| FFF | Declaration of Marianna Vinson | 21, 30, 34, 37, 39, 43, 44 |
| FFF-1 | Department of Education, April 25, 2025 Letter, "Notice of Non-Continuation of Grant Award" | 21, 34, 37 |
| GGG | Declaration of Mary Wall | 16, 19, 21, 30 |
| HHH | Declaration of Christy Wenger | 19, 21, 30 |
| III | Declaration of Shaniqua Williams | 40–42 |
| JJJ | Declaration of Elizabeth Witt | 10, 16, 17, 28 |
| LLL | Declaration of Erin Pollard Young | 5, 9, 10, 23, 26, 38 |
| LLL-1 | March 11, 2025 Email, "CHCO – Notice to Employees Impacted by Reduction in Force (RIF)" | 5 |
| LLL-2 | April 10, 2025 Email, "Notice of Separation Due to Reduction in Force" | 5 |