**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants.* | Civil Action No. 25-965-JRR |

**<u>DECLARATION OF ABIGAIL V. CARTER</u>**

I, Abigail V. Carter, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a member of the law firm Bredhoff & Kaiser, P.L.L.C. and counsel of record for Plaintiffs the National Education Association, Prince George's County Educators Association, and AFSCME Council 3. I am admitted to the U.S. District Court for the District of Maryland.

2.      I submit this declaration in support of the Plaintiffs' Motion for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65.

3.      I make the following statements of my own knowledge or a review of files in my possession.

4.      Attached as Exhibit 1 to this declaration is a true and accurate copy of the March 20, 2025 Executive Order titled "Improving Education Outcomes by Empowering Parents, States, and Communities" as it appears on the White House's website at https://www.whitehouse.gov/ presidential-actions/2025/03/improving-education-outcomes-by-empowering-parents-states-and-communities/. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

5.      Attached as Exhibit 2 to this declaration is a true and accurate copy of Secretary of Education Linda McMahon's March 3, 2025 speech titled "Our Department's Final Mission" as it appears on the Department of Education's ("the Department's") website at https://www.ed.gov/about/news/speech/secretary-mcmahon-our-departments-final-mission.  This copy was downloaded by a paralegal at my law firm on June 22, 2025.

6.      Attached as Exhibit 3 to this declaration is a true and accurate copy of the transcript of Secretary McMahon's March 11, 2025 interview on Fox News. The interview is available on the Fox News website at https://www.foxnews.com/video/6369901522112. Using the video available at that online link, a paralegal at my law firm created the transcript with assistance from the Rev software program on June 23, 2025.

7.      Attached as Exhibit 4 to this declaration is a true and accurate copy of the transcript of Donald J. Trump's September 13, 2023 video, available online at https://www.donaldjtrump.com/agenda47/agenda47-president-trumps-ten-principles-for-great-schools-leading-to-great-jobs. Using the video available at that online link, a paralegal at my law firm created the transcript with assistance from the Rev software program on June 25, 2025.

8.      Attached as Exhibit 5 to this declaration is a true and correct copy of the webpage titled "Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools," available on the Department of Education website at https://ocrcas.ed.gov/open-investigations. This copy was downloaded by an attorney at my law firm on June 25, 2025.

9.      Attached as Exhibit 6 to this declaration is a true and accurate copy of the November 20, 2024 Associated Press article titled "Trump Has Called for Dismantling the Education Department. Here's What That Would Mean" as it appears on the Associated Press website    at    https://apnews.com/article/trump-education-department-secretary-linda-mcmahon-

a49af0778fa7c50163619d1764f93c91. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

10.    Attached as Exhibit 7 to this declaration is a true and accurate copy of the transcript of President Donald J. Trump's November 25, 2024 TIME Person of the Year interview as it appears on Time Magazine's website at https://time.com/7201565/person-of-the-year-2024-donald-trump-transcript/. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

11.    Attached as Exhibit 8 to this declaration is a true and accurate copy of the February 4, 2025 Reuters article titled "Trump seeks executive order, cooperation with Congress to shut Education Department" as it appears on Reuters' website at https://www.reuters.com/world/us/trump-says-he-would-like-close-dept-education-with-executive-action-2025-02-04/. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

12.    Attached as Exhibit 9 to this declaration is a true and accurate copy of the February 13, 2025 Reuters article titled "Trump says he wants Education Department to be closed immediately" as it appears on Reuters' website at https://www.reuters.com/world/us/trump-says-he-wants-education-department-be-closed-immediately-2025-02-12/. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

13.    Attached as Exhibit 10 to this declaration is a true and accurate copy of the Department's Office of Planning, Evaluation, and Policy Development's "Directive on Department Grant Priorities" as filed in *American Association of Colleges for Teacher Education v. McMahon*, No. 1:25-cv-00702 (D. Md. Mar. 17, 2025), Dkt. No. 24-2. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

3

14.     Attached as Exhibit 11 to this declaration is a true and accurate copy of the Department's March 11, 2025 Press Release entitled "U.S. Department of Education Initiates Reduction in Force" as it appears on the Department's website at https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

15.     Attached as Exhibit 12 to this declaration is a true and correct copy of the June 3, 2025 Senate press release titled "Pressed by Murray, McMahon Says 'No' Analysis Was Conducted Before Firing Half of the Department of Education's Staff" as it appears on the U.S. Senate Committee on Appropriations' website at https://www.appropriations.senate.gov/news/minority/pressed-by-murray-mcmahon-says-no-analysis-was-conducted-before-firing-half-of-the-department-of-educations-staff. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

16.     Attached as Exhibit 13 to this declaration is a true and correct copy of the Declaration of Rachel Oglesby as it was filed in *New York v. McMahon*, No. 25-10601-MJJ (D. Mass. June 10, 2025), Dkt. No. 147-1. This copy was sent to an attorney at my law firm on June 25, 2025.

17.     Attached as Exhibit 14 to this declaration is a true and correct copy of the Department of Government Efficiency's February 10, 2025, 7:13 PM X post as it appears on X at https://x.com/doge/status/1889105335991820585. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

18.     Attached as Exhibit 15 to this declaration is a true and correct copy of the Department of Government Efficiency's February 10, 2025, 7:43 PM X post as it appears on X at

https://x.com/doge/status/1889113011282907434. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

19.    Attached as Exhibit 16 to this declaration is a true and correct copy of the Department's February 13, 2025 press release titled "U.S. Department of Education Cancels Additional $350 Million in Woke Spending" as it appears on the Department's website at https://www.ed.gov/about/news/press-release/us-department-of-education-cancels-additional-350-million-woke-spending. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

20.    Attached as Exhibit 17 to this declaration is an excerpt of a true and correct copy of the Office of Federal Student Aid Fiscal Year 2024 Annual Report as it appears on the Department's    website    at    https://www.ed.gov/media/document/2024-fsa-annual-report-108481.pdf. This copy was downloaded by a paralegal at my law firm on June 22, 2025. The original document is 269 pages. This excerpt reflects pages 1–4, 140–141, and 269.

21.    Attached as Exhibit 18 to this declaration is a true and correct copy of the Department's Office of Inspector General's final audit report for Audit No. ED-OIG/A19N0002 titled "The Resolution of Discrimination Complaints by the Department's Office for Civil Rights" as    it    appears    on    the    Office    of    Inspector    General's    website    at    https://oig.ed.gov/sites/default/files/reports/2025-02/FY16A19N0002042324v100SECURED.pdf. This    copy    was downloaded by a paralegal at my law firm on June 22, 2025.

22.    Attached as Exhibit 19 to this declaration is an excerpt of true and correct copy of the U.S. House of Representatives' Joint Explanatory Statement accompanying the Appropriations Act, 2024 as it appears on the House's website at https://docs.house.gov/billsthisweek/20240318/Division%20D%20LHHS.pdf. This copy was downloaded by a paralegal at my law

firm on June 22, 2025. The original document is 269 pages. The excerpt reflects pages 1–2 and 255–256.

23.    Attached as Exhibit 20 to this declaration is a true and correct copy of the Department of Education's FY 2024 Congressional Action as it appears on the Department's website at https://www.ed.gov/sites/ed/files/about/overview/budget/budget24/24action.pdf. This copy was downloaded by a paralegal at my law firm on June 27, 2025.

24.    Attached as Exhibit 21 to this declaration is a true and correct copy of the Declaration of Rachel Oglesby as it was filed in *California v. U.S. Department of Education*, No. 1:25-cv-10548 (D. Mass. Mar. 12, 2025), Dkt. No. 55-1. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

25.    Attached as Exhibit 22 to this declaration is a true and correct copy of The Hechinger Report's June 2, 2025 article titled "Education Department Misses Key Deadline for Delivering Statistics Report" as it appears on The Hechinger Report's website at https://hechingerreport.org/proof-points-condition-of-education/. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

26.    Attached as Exhibit 23 to this declaration is an excerpt of a true and correct copy of the Office of Management and Budget's May 2, 2025 letter on President Trump's FY 2026 budget request to the Senate Committee on Appropriations as it appears on the White House's website at https://www.whitehouse.gov/wp-content/uploads/2025/05/Fiscal-Year-2026-Discretionary-Budget-Request.pdf. This copy was downloaded by a paralegal at my law firm on June 22, 2025. The original document is 46 pages. The excerpt reflects pages 1–3 and 6–11 of that document.

27.    Attached as Exhibit 24 to this declaration is a true and correct copy of ProPublica's February 11, 2025 article title "Elon Musk's Team Decimates Education Department Arm That Tracks National School Performance" as it appears on ProPublica's website at https://www.propublica.org/article/department-of-education-institute-education-science-contracts-doge. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

28.    Attached as Exhibit 25 to this declaration is a true and correct copy of the National Center for Education Statistics' ("NCES") 2024 report titled "Students With Disabilities" as it appears on NCES' website at https://nces.ed.gov/programs/coe/indicator/cgg/students-with-disabilities#suggested-citation. This copy was downloaded by a paralegal at my law firm on June 22, 2025.

29.    Attached as Exhibit 26 to this declaration is a true and correct copy of USA Facts' webpage titled "What does the Department of Education do?" as it appears on USA Facts' website at https://usafacts.org/explainers/what-does-the-us-government-do/agency/us-department-of-education/. This copy was downloaded by a paralegal at my law firm on June 25, 2025.

30.    Attached as Exhibit 27 to this declaration is a true and correct copy of the May 1, 2025 NPR article titled, "Education Department stops $1 billion in funding for school mental health," as it appears on NPR's website at https://www.npr.org/2025/05/01/nx-s1-5382582/trump-school-mental-health. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

31.    Attached as Exhibit 28 to this declaration is an excerpt of a true and correct copy of the Department's Education for the Disadvantaged FY 2026 Budget Request as it appears on the Department's website at https://www.ed.gov/media/document/fy-2026-congressional-justification-education-disadvantaged-110143.pdf. This copy was downloaded by a paralegal at

my law firm on June 27, 2025. The original document is 57 pages. The excerpt reflects pages 1–17 of that document.

32.    Attached as Exhibit 29 to this declaration is an excerpt of a true and correct copy of the Department's FY 2025 Higher Education Budget Request as it appears on the Department's website at https://www.ed.gov/sites/ed/files/about/overview/budget/budget25/justifications/w-highered.pdf. This copy was downloaded by a paralegal at my law firm on June 27, 2025. The original document is 169 pages. The excerpt reflects pages 1 and 30–33 of that document.

33.    Attached as Exhibit 30 to this declaration is a true and correct copy of U.S. Senator Thom Tillis' press release titled "Tillis Statement on Senate Passage of the Bipartisan Safer Communities Act," as it appears on Senator Tillis' website at https://www.tillis.senate.gov/2022/6/tillis-statement-on-senate-passage-of-the-bipartisan-safer-communities-act. This copy was downloaded by a paralegal at my law firm on June 28, 2025.

34.    Attached as Exhibit 31 to this declaration is a true and correct copy of the June 30, 2025 Education Week article titled, "Trump Tells States He's Holding Back $6.8 Billion for Schools," as it appears on the Education Week website at https://www.edweek.org/policy-politics/trump-tells-states-hes-holding-back-6-8-billion-for-schools/2025/06. This copy was downloaded by an attorney at my law firm on July 1, 2025.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on July 1, 2025.

/s/ Abigail V. Carter
Abigail V. Carter