# Exhibit A-26



# What does the Department of Education do?

Updates published annually

The Department of Education (Education Department, ED) is a cabinet-level executive branch agency responsible for overseeing education policy and administering funding for programs and individuals. The department's functions include supporting state and local education systems, promoting educational equity for all students, and providing grants and loans to higher education institutions and students. It was established in 1980 after the Department of Health, Education, and Welfare was reorganized into separate entities.

---

**In FY 2024,**

## $268 B

was spent by the Department of Education

---

**In FY 2024,**

## 4.0 %

of federal spending was by the Department of Education

**Source: Office of Management and Budget and US Department of the Treasury**

# How much does the Department of Education spend?

The Department of Education spent $268.4 billion in fiscal year (FY) 2024. This was 4% of the $6.78 trillion in overall federal spending. The department ranked 6th among federal agencies in total spending.

## The Department of Education accounted for 4.0% of all federal spending in FY 2024.

Share of ED net spending compared to the top ten highest spending agencies in FY 2024

Federal spending may shift over time due to population growth, changes in policy and programs, and emerging problems to address. Adjusting for inflation, the Department of Education's federal spending has increased from $56.9 billion in 1980 to $268.4 billion in 2024.

## The Department of Education's federal spending in FY 2024 was higher than

# in FY 1980.

Yearly federal net spending by ED, adjusted for inflation (2024 dollars), FYs 1980–2024

Since 1980, the Department of Education's spending has increased 371.6%, while overall spending has increased 193.7%.

The department's spending grew more than overall spending, which means that the department's share of the federal budget increased. In 2024, ED accounted for 4% of all federal spending. That's 2.3 percentage points higher than 2014 and 1.5 points higher than in 1980.

Major legislation, internal or global economic conditions, and acute events like the COVID-19

pandemic can affect spending year to year. For example, the federal budget fluctuated during the pandemic, rising from $5.3 trillion (in 2023 dollars) in 2019 to $7.7 trillion in 2020 and $7.8 trillion in 2021.

## The Department of Education's share of federal spending in FY 2024 was higher than in FY 1980.

Percentage of federal budget dedicated to ED, FYs 1980–2024

Most federal spending can be categorized as direct or indirect. Direct spending refers to money the federal government spends on budget items such as federal programs, employee salaries, and debt interest. Indirect spending refers to federal transfers to state and local governments.

In FY 2024, the Department of Education transferred 25.4% of its total spending to states and local governments.

The chart below outlines all ED spending.

## How did the Department of Education spend its budget in 2024?
Federal government net spending isolated to ED, FY 2024

Federal agencies often contain divisions including bureaus, offices, and subagencies. In FY 2024, the Department of Education divisions with the highest expenditures were the Office of Federal Student Aid, the Office of Elementary and Secondary Education, and the Office of Special Education and Rehabilitative Services.

# The Department of Education's highest-spending division is the Office of Federal Student Aid.

ED net spending by division, FY 2024

Read related content about the Department of Education:

- **How the federal government supports education**: The Department of Education (ED) is just one federal entity supporting students. Other agencies, including the Department of the Interior, the Department of Agriculture, and even the VA, support students, primarily with funding or specialized programs.

- **What IES is and what it does:** The Institute of Education Sciences funds education research and disseminates findings and statistics about education in the US.

# How many people work for the Department of Education?

Some 4,000 of the 2.31 million total civilian federal employees work for the Department of Education as of September 2024. This is 6.5% more people than the department staffed in 2010.

# The number of federal employees working for the Department of Education has increased 6.5% since 2010.

Number of federal employees working for ED, September 2010–2024

ED accounts for 0.2% of the overall federal workforce. As the number of federal employees has changed, so too has the way the workforce is organized, with resources allocated to agencies depending on government priorities. ED constituted a similar share of the overall federal workforce in September 2024 than in 2010 (0.2%).

While the number of employees on an agency's payroll contributes to that agency's expenditures, some agencies have relatively few employees compared to their budget or vice versa, giving them

an outsized share of either the budget or the workforce. According to the most recent data, the Department of Education's share of the workforce (0.2%) is smaller than its share of the budget (4%).

# Who leads the Department of Education?

The Department of Education is led by the secretary of Education, who is nominated by the president, confirmed by the Senate, and then sworn into office. The secretary of education is a cabinet-level position, making them one of the 15 members who serve at the discretion of the president. The position typically ends when the appointee resigns, is replaced, or when a new president takes office and appoints their own cabinet. Some secretaries may serve temporarily during administrative transitions.

**Keep exploring**

Updates annually
**What does the Office of Personnel Management do?**

Updates annually
**What does the Office of Federal Student Aid do?**

Updates annually
**What does the Institute of Education Sciences do?**

**Methodology**

USAFacts standardizes data, in areas such as time and demographics, to make it easier to understand and compare.

**Page sources**

USAFacts endeavors to share the most up-to-date information available. We sourced the data on this page directly from government agencies; however, the intervals at which agencies publish updated data vary.

# Office of Personnel Management

FedScope

# Office of Management and Budget and US Department of the Treasury

Budget of the US Government and Monthly Treasury Statement



# USAFacts is a not-for-profit, nonpartisan civic initiative making government data easy for all.

**Learn more about us**

## Subscribe

Subscribe to get more unbiased, data-driven insights sent to your inbox weekly.



## Browse

Crime
Defense & security
Economy
Education
Environment
Government spending
Immigration
Health
Population

## More

Guides and reports
Editorial guidelines