# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## **DECLARATION OF ANTHONY P. ASHTON**

I, Anthony P. Ashton, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am Senior Associate General Counsel of the National Association for the Advancement of Colored People ("NAACP"). The NAACP is headquartered in Baltimore, Maryland, and operates across the entire country. I am a lifetime member of the NAACP.

3. The NAACP maintains many units, including state and state-regional conferences which cover every state plus the District of Columbia. The NAACP has over two thousand local branches, college chapters, prison chapters, or youth councils. In total, the NAACP has more than 200,000 members, including approximately 6,000 in Maryland.

4. As Senior Associate General Counsel for the NAACP, I work to address legal concerns of the National NAACP, the various NAACP units, and individual NAACP members. I

am familiar with the various challenges that our members face, including challenges related to education and the provision of education-related services.

5. Achieving educational equity and educational excellence is a central mission of the NAACP. Our mission statement provides that our purpose is to accelerate the well-being, education, and economic security of Black people and all persons of color. Our bylaws also make it mandatory for every unit of the NAACP—whether the National NAACP, a state conference, or a local branch—to have a standing Education Committee that focuses on education-related issues.

6. Education is especially important to our organization because of the identities of our members. A large proportion of the NAACP's members are parents with school-aged children. Of those children, many or most of them attend public schools, including schools that receive Title I funds and schools that receive other federal funds, such as schools in rural areas.

7. Many children of NAACP members have disabilities and receive services related to those disabilities at their public schools, whether through an Individualized Education Program ("IEP") or otherwise. Those students rely on their IEPs and school disability-related resources to learn and develop.

8. Children of NAACP members also rely on mental health services in their schools, including services provided by school therapists or counselors. These services provide critical benefits to members by helping them navigate and/or prevent mental health crises. Adult NAACP members who attend college also rely on these services.

9. I know that the Department of Education ("Department") recently canceled school-based awards which fund these mental health services at public schools. NAACP members attend schools that will lose funding as a result of these cuts. As just one example, NAACP members

attend Lincoln Public Schools in Lincoln, Nebraska. I know that Lincoln Public Schools have had their mental health funding cut.

10. Some children of NAACP members who attend public schools also rely on language services, such as through English Second Language programs or specialized multilingual educations.

11. Some children of NAACP members are subjected to discrimination at their schools, whether on the basis of race, disability, or some other protected characteristic. Historically, when that has happened, members have filed complaints with the Department's Office for Civil Rights ("OCR"). There are even instances when a local NAACP branch or state conference files an OCR complaint on behalf of members' children who have been subjected to discrimination. Multiple such complaints on behalf of NAACP entities are currently pending before OCR. For example, the NAACP Lubbock Branch ("Lubbock NAACP") has pending complaints challenging two West Texas school districts' continuing failure to prevent bullying, harassment, and inappropriate discipline against Black students. The Lubbock NAACP complaints were assigned to OCR's Dallas office, which I understand is now closed. Those complaints were being investigated, but since Defendants' actions, no substantive improvements or remedies have occurred.

12. Prompt resolution of those OCR complaints is critical to address ongoing discrimination to which NAACP members or their children are currently being subjected in their schools.

13. Thousands of NAACP members are current college students. These members attend all types of collegiate institutions, including private universities, public schools, and trade schools. Indeed, the NAACP often maintains chapters at such institutions.

3

14. Of particular note is our membership base at Historically Black Colleges and Universities ("HBCUs"). The NAACP maintains chapters and has members at many HBCUs. There are NAACP chapters at some of the oldest HBCUs (such as Cheyney University in Pennsylvania), some of the largest HBCUs (such as Howard University in Washington, D.C.), and state-sponsored HBCUs across the country (such as Alabama State University or Morgan State University here in Maryland).

15. HBCUs often rely heavily on federal funding to operate certain academic programs and student services. Consequently, NAACP members at those HBCUs also rely on federal funding. When funding to HBCUs is cut, NAACP student members lose out on key educational programs and resources, and NAACP members who work at HBCUs risk losing their jobs.

16. Many NAACP members who are current or soon-to-be college students also rely on federal funding to finance their education. For instance, many NAACP members are currently paying their way through college by way of Pell Grants or the Federal Work Study program.

17. There are also many NAACP members who currently hold significant amounts of student debt via direct student loans. Some of these members are currently seeking debt relief via the Public Service Loan Forgiveness program ("PSLF"); in fact, multiple members who work at the NAACP participate in the PSLF program or have otherwise applied for it.

18. All of these services and programs that NAACP members rely on are largely dependent on the continued functioning of the Department. That is because the Department facilitates the continued funding of these services through the administration of federal grants; oversees the operation of these services through data collection and publication; and sometimes itself serves an enforcement role, as is the case with OCR.

19. In recognition of the critical role the Department plays, the NAACP has a long history of engaging in both formal and informal advocacy with the Department with respect to education-related issues that affect NAACP members. The NAACP also often hosts events related to Department resources; for instance, within the past few years, the NAACP has hosted informational sessions on Public Service Loan Forgiveness and other student debt relief programs.

20. If the Department ceases to continue to timely fund and administer the many education-related services upon which NAACP members rely, members across the country will face serious harm. Member children whose schools lose out on prompt federal funding would have diminished educational attainment, poorer instruction, and less support from disability, mental health, or language specialists; member college students would lose out on their ability to fund their educations; and members with pending OCR complaints would continue to be subjected to unremedied discrimination.

I declare under penalty of perjury under the laws of the United States, to the best of my knowledge, the foregoing is true and correct.

Executed on July 1, 2025.

Anthony P. Ashton