# Exhibit G

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., *Plaintiffs*, v. THE UNITED STATES OF AMERICA, et al., *Defendants*. | Civil Action No. 25-965-JRR |

**DECLARATION OF WISDOM COLE**

I, Wisdom Cole, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Senior National Director of Advocacy for the National Association for the Advancement of Colored People ("NAACP"), a position I have held since 2024. Previously, I was the National Director for the NAACP Youth and College Division, and before that, I worked as a National Campaigns & Training Manager with the NAACP. I have worked in organizing and advocacy with the NAACP for several years now.

3. In both my current position and my previous positions, I have focused heavily on education-related issues, particularly related to student debt. The student debt crisis is of special concern to our members at the NAACP: thousands of our members are in some amount of student

debt, and the total student debt load across the population of NAACP members totals well into the millions.

4. My role at the NAACP over the past several years has largely been to advocate for new forms of student debt relief, while also ensuring that our members are provided with high-quality resources to advise them of their rights related to student debt and their best options for pursuing repayment or forgiveness under the law as it currently stands.

5. The capstone of these efforts has been the "50k and Beyond" campaign, which I created in 2021 and currently direct. The 50k and Beyond campaign is the NAACP's largest-ever advocacy project related to student debt relief. A core focus of that campaign is to provide our members with the highest quality information on ways in which they can alleviate their student debt burden. Information on the campaign is available at https://naacp.org/campaigns/50k-beyond.

6. The backbone of our information-providing efforts is regular communication with the Department of Education. Historically, the Department of Education ("the Department") has gathered and disseminated a number of key resources on student debt to interested stakeholders like the NAACP. These resources include data and statistics on student debt; state-by-state fact sheets that explain the Department's investment in certain loan repayment-related programs; reports on policy changes that affect student loan repayment; and webinars and events that advise the public of new student debt initiatives the Department was pursuing. Other resources included Department-created tools—like the College Navigator tool (https://nces.ed.gov/collegenavigator/) and the College Scorecard tool (https://collegescorecard.ed.gov/)—which the NAACP uses to analyze the costs of colleges across the country. The College Navigator provides information that is critical to NAACP's work on student debt, like services for students with disabilities, enrollment by race, ethnicity, and gender, retention and graduation rates, student-to-faculty ratio, cost of

attendance, and availability of financial aid. Likewise, the College Scorecard provides information on the annual average cost of attendance, the median earnings of graduates, and the median total debt after graduation, among other information. All of these various resources provided key, specific information on unique facets of the student debt crisis.

7. I understand that these resources are threatened by the fact that the Administration is dismantling the Department of Education and has cut large numbers of staff from the Institute of Education Sciences ("IES"). The College Navigator is created by the National Center for Education Statistics ("NCES"), which is a center within IES. NCES is also responsible for collecting and administering the data that is used to create the College Scorecard. Without staff to perform this work, to keep the data current and accurate, and to ensure that these resources continue to be updated, these tools will be of little utility to the NAACP and our members.

8. In addition, for years, the Department of Education provided all of these resources directly to me and my team via email on a weekly or sometimes even daily basis. Our primary contact was Ms. Kaitlyn Vitez, a career officer at the Department of Education. Ms. Vitez's job title was "Higher Education Liaison" and she worked in the Department's National Engagement Division, a sub-office of the Office of Communications and Outreach. I had a direct working relationship with Ms. Vitez and consistently communicated with her in my roles at NAACP.

9. Whenever the NAACP needed specific statistics or information related to student debt relief, or if Ms. Vitez reported to us that a new debt-relief policy change was taking effect and we had questions about its implementation, I would reach out to Ms. Vitez directly via email. She, and the other representatives of her office, would answer my questions and provide me with the Department's latest information related to higher education issues.

10. This information that the NAACP obtained from the Department and from Ms. Vitez was, and is, critical to our organization's mission. That's because the strategy we pursue for our ongoing 50k and Beyond campaign is wholly informed by the data we receive from the Department. Being able to review accurate statistics and reports from the Department tells us where we need to focus our advocacy efforts and how we should spend our resources. For instance, if we learn from the Department's data that Black Americans are starting to increase their reliance on the Public Service Loan Forgiveness program, we will choose to spend more time and money publicizing resources on how to navigate and utilize the PSLF program. Or, at an even broader level, if we learn from the Department that the student debt load of Americans is increasing at a faster pace than we anticipated, we as an organization will choose to devote more of our resources to the 50k and Beyond campaign, at the expense of the many other campaigns the NAACP currently engages in.

11. Indeed, on multiple occasions between 2021 and now, the scope and focus of the 50k and Beyond campaign was redefined or adjusted based on information and data we received from the Department of Education.

12. The information, reports, and data we regularly received from the Department and Ms. Vitez was also critical for the wellbeing of our members. That's because the thousands of NAACP members who have student debt rely on us to provide them with up-to-date information on pathways to repayment and forgiveness. We provide this information to our members in multiple ways, including through email, social media, and our website.

13. As just some examples of the information we provide, we have furnished our members with comprehensive guides on the Public Service Loan Forgiveness program; the Income-Driven Repayment Plan Forgiveness program; the Perkins Loan Cancellation and

Discharge program for members who work for the government, military, or public service providers; teacher loan forgiveness programs; and debt relief programs for members who were victims of fraud, members whose schools closed, and members who have become bankrupt, permanently disabled, or deceased.

14. The information we provide in these guides is predicated on the statistics and resources we would receive from Ms. Vitez and from her office in the Department of Education. Over the years of the 50k and Beyond campaign, we have repeatedly updated these guides to account for new policy changes and new data. Indeed, prior to 2025, we would give our members updates on their loan repayment options on a monthly or even bimonthly basis.

15. These updates helped our members understand whether they qualified for debt relief, and if so, how to get it. That's important to our members because federal debt relief is extremely complicated and confusing; without our updates, members can and do end up confused about how to obtain loan forgiveness, which can leave them saddled with huge financial burdens that they may not know they can obtain relief from.

16. My regular interaction with the Department of Education (and consequent delivery of updates to our members) continued from 2021 until March of 2025. Over that period, Ms. Vitez and I communicated, on average, every few days. Ms. Vitez and her office always helped to ensure that we had the information the NAACP needed to fulfill its mission.

17. The last email I received from Ms. Vitez was on March 10, 2025. On that day, she sent me and other stakeholders an update informing us about new Title VI enforcement efforts at colleges and universities across the country.

18. I did not receive any updates from Ms. Vitez on March 11, or on any day thereafter. Nor has anyone else from Ms. Vitez's office reached out to the NAACP, or otherwise provided

the NAACP with updates on student debt statistics, Department of Education efforts related to loan repayment, or expected policy changes.

19. I have been unable to establish communication with anyone from the Department of Education since March 10. It has now been two months since I have received any updates related to student debt relief or changes in Department policy. Consequently, our campaign has been unable to provide up-to-date information on student debt programs to our members.

20. Our campaign has been stymied because of this lack of information. The NAACP cannot make decisions about the direction the campaign should take, and the investments it should make, without current and accurate data from the Department of Education.

21. I know of no further steps I can take to remedy this problem. I am not aware of any other employees who currently work at the National Engagement Division whom I can contact, and it is unclear how the NAACP can otherwise obtain up-to-date statistics and information that is held by the Department.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 10, 2025.

_____
Wisdom Cole