# Exhibit I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## DECLARATION OF JOHN CURLEY

I, John Curley, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, documents I have reviewed, and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am offering this Declaration in my individual capacity and not on behalf of my employer.

3. I am currently employed as a Transition Specialist at Newton South High School in the Newton, Massachusetts public school district. I am a licensed Special Education Teacher through the Massachusetts Department of Elementary and Secondary Education.

4. I am a member of the National Education Association ("NEA"), a plaintiff in the above-captioned lawsuit, and the Newton Teachers Association ("NTA"), an affiliate of the Massachusetts Teachers Association and NEA. I serve as a building representative and member of

the NTA Representative Assembly on behalf of my colleagues. I have served in those roles since 2020.

5. I have more than 18 years of professional experience in secondary special education, including 11 years in Newton. In 2014, I began working in Newton as a paraprofessional at Newton South High School. In 2016, I became a special education teacher and Inclusion Facilitator of a program for students with Autism and similar profiles. In 2019, I was hired in my current position as the Newton South High School's Transition Specialist.

6. I first learned about the Charting My Path for Future Success pilot program (the "Program"), authorized under 20 U.S.C. §§ 9512(1), 9561(b)–(c), through conversations with district colleagues and contacts from the American Institutes for Research ("AIR"), a nonprofit, nonpartisan research organization, throughout summer 2023. At that point, AIR was reaching out to potential districts to gauge interest.

7. Based on documents and information I have reviewed, and my personal knowledge and experience, the Program was designed to determine which programs and supports were most effective in preparing students with disabilities for life after high school. AIR received a contract from the U.S. Department of Education to study and design different transition services models and run a three-semester pilot of the models with 1,600 students attending 100 high schools in 13 school districts across the country—including Newton South High School and Newton North High School in the Newton Public Schools. Students who participated were sorted into three cohorts, and each cohort was enrolled in one of three programs: 1) standard transition services (the control group); 2) the Self-Determined Learning Model of Instruction (SDLMI) Transition program, which used a self-determination learning model of instruction and incorporated students' families into their transition planning; or 3) the SDLMI-Transition + Mentoring program, which

supplemented the SDLMI-Transition program with one-on-one mentoring provided by the students' SDLMI instructor. The SDLMI-Transition program and one-on-one mentoring have separately been found to be effective models for providing transition support to students with disabilities. The Program sought to determine whether these approaches are even more effective in combination.

8.   In 2023, I began discussing the Program and whether we could implement it in Newton with other transition service providers in the district. Those conversations led to direct talks between my small team of the district's Transition Coordinator and the Transition Specialist for Newton North High School, AIR staff, other project members, and district stakeholders (e.g., building principals, student services personnel). Due to my role as Transition Specialist, I was asked to serve as a liaison between building administration, district administration, and AIR. My initial tasks in this role were to help coordinate site visits, Zoom meetings, parent nights, and other informational events while the district considered signing on to the Program.

9.   In the 2023–2024 school year, I worked with the research team from AIR and their partners at the University of North Carolina Charlotte and the University of Kansas, as well as our internal team in the Newton Public Schools to draft and execute a Memorandum of Understanding ("MOU") between the school district and AIR. Annexed hereto as **Exhibit 1** to this Declaration is a true and correct copy of the MOU between AIR and the Newton Public Schools District.

10.   We also collaborated to review cost tables, to hire the staff necessary to implement the Program, and to convince building and district administrators that this pilot was worthwhile. While students in the control group would continue to receive their usual services from pre-existing staff, we needed to hire staff to lead the other two groups. We hired two instructors at Newton North High School and two instructors at Newton South High School to work directly

3

with students in the SDLMI-Transition and SDLMI-Transition with Mentoring pilots. The instructors were existing district employees who, before being hired to work in the Charting My Path program, worked as Special Education Teachers, Paraprofessionals, and Behavior Therapists. They all applied for instructor positions within the program, interviewed, and then were reassigned to that role for the duration of the study. All of the instructor candidates were NTA members and had been represented by NTA in bargaining before joining the Program in non-bargaining unit positions. The candidates received assurance from the district that they would return to an assignment in their prior bargaining unit after the study concluded.

11. When the 2024–2025 school year started, I continued acting as a liaison between program instructors, AIR staff, and building and district staff (e.g. principals, student services leaders), and attended orientation sessions for program instructors offered by AIR and the University of Kansas and UNC Charlotte. In September–December 2024, instructors, along with myself and a Transition Specialist assigned to Newton North High School, worked to recruit students and families to enroll in the Program for the spring semester. They obtained consent from parents and guardians, figured out the logistics about when and where the classes were going to take place, and accessed technical support from the University of Kansas and UNC Charlotte necessary to get the programs up and running. Throughout this process, I collaborated with the instructors on direct outreach to families and students, worked with instructors to look at available schedules for students who enrolled in the program, and provided instructors with technical guidance and assistance related to accessing student Individualized Education Programs ("IEP").

12. Our recruitment efforts were very successful. Newton South recruited just under 50 percent of eligible students to enroll in the Program, which amounted to approximately 30–35 students. In total, approximately 80–85 Newton Public Schools students were enrolled to

4

participate in the Program—50 students at Newton North High School plus the 30–35 participants at Newton South High School.

13.     Starting in January 2025, instructors at Newton South High School and Newton North High School began teaching students in the pilot cohorts. In the SDLMI-Transition program, the instructors met with their students twice each week in small groups and planned to meet with each student and their family five times each semester. They planned to also regularly meet with IEP transition staff and attend students' IEP meetings. In the SDLMI-Transition + Mentoring program, the instructors also planned one-on-one meetings with students twice each month to provide mentorship support. Initial sessions were focused on defining the term "post-school goal." Several of the students had begun meeting one-on-one with their instructors, and several of the families had already attended or scheduled upcoming meetings.

14.     Within weeks of starting, the Programs were very well received by our students at Newton South High School. Students expressed that they were already benefiting from the extra supports the SDLMI-Transition program and the SDLMI-Transition + Mentorship program offered. Multiple students and parents told Program instructors that the models were what they had been looking for in transition services.

15.     Based on my years of experience in transition work, the Program curriculum was comprised of some of the most comprehensive, student-centered materials I had ever seen. Multiple parents reported seeing a "spark" in their child that they hadn't seen before or that they hadn't seen in a long time. And the instructors felt excited to be able to help students in areas that often get overlooked in traditional classes such as short-term goal setting, identifying barriers to success, and self-monitoring.

16.     We already had plans in place to continue the program in the 2025–2026 school year, consistent with the MOU between Newton Public Schools and AIR. The study was to focus on the same group of students again during their senior year. The students would have had an additional year to go through the curriculum, adjust their goals and plans, and further develop their relationship with their instructors. The instructors were working with building administrators to offer course credit for Program participation as a further incentive for students.

17.     But on February 10, 2025, I received an email from the AIR project director, informing me and my counterpart at Newton North High School that the U.S. Department of Education had canceled the Charting My Path contract. Annexed hereto as **Exhibit 2** to this Declaration is a true and correct copy of this email.

18.     When the contract was canceled, the Charting My Path study ended abruptly. Based on my involvement in the MOU process, it is my understanding that AIR was covering all costs of the Program incurred by the District, and that this arrangement was contingent upon "the continued funding of the Project by ED." *See* Ex. 1 at 5. The email we received from AIR was a stop work order and directed us to "stop work immediately effective 2/10."

19.     The next day, on February 11, 2025, I informed the instructors and building administrators about the contract cancellation and the Program ending. Program classes were cancelled for the day, and students and families were officially notified later in the week.

20.     Our students and instructors were devastated at the news. Students were confused at the sudden ending of the program and the inability to have closure. Students and families were angry at the abrupt termination of the program. Three of the four instructors in the Newton School District took substantial pay cuts when they lost their roles in the program and were reassigned to other roles with lower base salaries.

6

21. For those that returned to paraprofessional roles, these roles do not pay year-round, where as their position as an instructor in the program came with a summer stipend.

22. The abrupt termination of the Program, and my role in telling the instructors, students, and families that these vital services would abruptly end, took an emotional toll on me as well. I took medical leave—from April 1 to May 1, 2025—in part because of the significant anxiety and stress that caused me.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 23, 2025.

John A. Curley

8