# Exhibit K-3

Attachment 08
Service Level Methodology Performance Metrics

## I. PERFORMANCE MANAGEMENT:

Unified Servicing and Data Solution (USDS) Servicers shall adhere to FSA's Service Level Agreements and Service Level Objectives and shall include performance management mechanisms that would enable improved and ongoing achievement of metrics. FSA has established common performance metrics that USDS Servicers shall adhere to during the performance period of this contract.

The performance of USDS Servicers will be evaluated against the Service Level Agreements ("**SLA Metrics**") and Service Level Objectives ("**SLO Metrics**") on a monthly basis.

**SLA Metrics** measure performance on key borrower facing tasks that are critical to providing high quality customer service. Failure to meet an SLA Metric will result in a negative performance incentive (NPI) of **up to 5%** per SLA metric from the USDS Servicer's invoice for CLIN 3 Contact Center and Back-Office Processing Operation & Maintenance for the corresponding month which was measured where the services were performed. If a USDS Servicer fails to meet multiple SLA metrics the cumulative NPI will **not exceed 20%** in a given month. Below is the list of **SLA Metrics** that USDS Servicers are expected to comply with while performing this contract.

| SLA Metric | Metric Threshold | | Requirement | NPI Factor |
|---|---|---|---|---|
| **Customer Satisfaction** | 70% | or higher | 49000.030 | 25 |
| **Abandon Rate** | 4.0% | or lower | 49000.040 | 100 |
| **Interaction Quality Monitoring** | 95% | or higher | 49000.050 | 40 |
| **Accuracy Rate** | 95% | or higher | 17000.120 | 40 |
| **Timeliness** | 95% | or higher | 20015.010 | See NPI Factors below: |
| IDR Applications (Process) | 15 | business days | 5012.010 | 20 |
| Discharge (Predetermination) | 30 | business days | 23001.040 | 20 |
| Discharge (Process) | 30 | business days | 23001.050 | 20 |
| Auto Closed School (Discharge) | 30 | business days | 23007.020 | 20 |
| Borrower Defense (Discharge) | 15 | business days | 23018.033 | 20 |
| TPD - VA (Discharge) | 15 | Business days | 13008.023 | 20 |
| IDR (Discharge) | 15 | Business days | 42012.000 | 20 |
| PSLF (Discharge) | 15 | Business days | 23020.020 | 20 |
| Deferment (Process) | 10 | business days | 21000.010 | 20 |
| Forbearance (Process) | 10 | business days | 22000.002 | 20 |
| Loan Consolidations (LVC) | 10 | business days | 15007.022 | 20 |
| Loan Transfers (Loading) | 10 | business days | 18000.060 | 20 |
| Control Mail (Draft Responses) | 4 | business days | 32000.040 | 20 |
| FSA Feedback (Resolve) | 60 | business days | 32005.042 | 20 |
| **Finance** | | | | |
| Unmatched Fund Balance = $0 | 60 | calendar days | 6028.020 | |
| Suspense Balance <=5% | 60 | calendar days | 6023.000 | |
| Unapplied Balance = $0 | 10 | Months | 8049.000 | |

1

**SLO Metrics** are key performance indicators of USDS Servicers compliance with various servicing requirements. Failure to meet an SLO Metric will result in the USDS Servicer submitting and implementing an FSA approved corrective action plan (CAP) to achieve compliance with the SLO Metric. This does not remove or limit all other options available under the contract when the SLO Metric is also a contractual requirement.

In order to strengthen transparency and comply with statutory requirements[1], FSA intends to publicly release data related to the USDS Servicers' performance including, but not limited to, call center performance, timeliness, accuracy and customer satisfaction. FSA reserves the right to release performance and operational metrics related to the performance of this contract.

## II. Calculating SLAs:

This section outlines how FSA will measure SLAs and calculate any NPI for failing to meet the SLA Metrics. (Also see Attachment 09 - SLA and Future Borrower Allocation Calculator)

Key Terms:

- **Completed Tasks w/n SLA threshold**: Number of tasks completed during the review period within the SLA requirements.
- **Completed Tasks**: Number of tasks completed during the review period.
- **NPI Factor**: A weighting factor that affects when a full or partial NPI will be applied.
- **Overdue Tasks**: Number of tasks at the end of the review period that have been open for more than twice the SLA threshold.
- **SLA NPI Factor**: The NPI for failing to meet an SLA and does not exceed 5%.
- **SLA On Time Rate**: A calculated rate comparing the number of completed tasks, completed task with the SLA threshold and overdue task (See equation below).
- **SLA Threshold**: The minimum level of service required for each SLA Metric (e.g., the SLA threshold for Abandon Rate is 4%).
- **USDS Performance**: The actual level of performance for that SLA metric (e.g., the USDS Performance would be the actual abandon rate for the relevant month).

### A. *Customer Satisfaction*, *Quality Monitoring* and *Accuracy* SLA Metrics

For evaluating these metrics FSA will use the following formula:

([SLA Threshold] - [USDS Performance]) * [NPI Factor] / 10000 = [SLA NPI]

For example, if a USDS Servicer had a monthly *Customer Satisfaction* score of 65%, this is how the NPI would be calculated:

---

[1] P.L. 117-103, FY2022 Consolidated Appropriations Act, "That FSA shall strengthen transparency through expanded publication of aggregate data on student loan and servicer performance."

- SLA Threshold        70
- USDS Performance    65
- NPI Factor        25
- FORMULA    NPI: (70 – 65) * 25 / 10000 = 1.25%

**B. *Abandon Rate* SLA Metric**

For evaluating this metric FSA will use the following formula:

([USDS Performance] - [SLA Threshold]) * [NPI Factor] / 10000 = [SLA NPI]

For example, if a USDS Servicer had a monthly abandon rate of 6%, this is how the NPI would be calculated:

- SLA Threshold        4
- USDS Performance    6
- NPI Factor        100
- FORMULA        NPI: (6 – 4) * 100 / 10,000 = 2.0%

**C. *Timeliness* SLA Metrics**

For evaluating these metrics FSA will use the following formula:

([Completed Tasks w/n SLA] – [Overdue Tasks]) / [Completed Tasks] = [USDS Performance]

([SLA Threshold] - ([USDS Performance]) * [NPI] / 10000 = [SLA NPI]

For example, if a USDS Servicer fully processed 15,000 IDR applications in a given reporting period, 12,500 IDR applications were processed within the 15 business day SLA and 100 IDR applications are overdue and have been open for 30 business days.

- Completed Tasks        15,000
- Completed Tasks w/n SLA    12,500
- Overdue Tasks            100
- SLA Threshold            95
- USDS Performance        See SLA On Time Rate
- NPI Factor        20
- FORMULAS
    - SLA On Time Rate:    (12,500 – 100) / 15,000 = 83%
    - NPI: (95 – 83) * 20 / 10000 = 2.5%

3

On an annual basis, FSA reserves the right to unilaterally adjust the SLA NPI Factors each by up to 100% up or down at no additional cost to the Government. For example, at end of the first year of contract performance FSA may adjust the NPI factor for timeliness from 20 to 30.

**D. Finance SLA Metrics**

Federal agencies rely on the Department of the Treasury (Treasury) to accept their daily collections (e.g., borrower payments) received from designated financial institutions. Treasury settles millions of collection transactions every day. Treasury tracks these collections by assigning each to a Treasury schedule number (schedule). Treasury typically reports multiple borrower collections on a single schedule to allow agencies to automate and simplify collection reporting in accordance with government-wide requirements.

Contractors are required to report those collections with the Treasury schedule number to FSA's general ledger (FMS) via a summary deposit (SUMDEP) transaction. The SUMDEP transaction places the borrower collections in a suspense fund (3875FNY). 3875FNY is a temporary fund the Department of Education (Department) uses to hold collection transactions until the transaction is applied to a loan program fund (e.g., Direct Loan fund, FFEL fund, TEACH fund, etc.).

As the contractor applies these collections to borrowers' accounts, the contractor reports collection transactions (COLLEC) to FMS by the Treasury schedule number. These COLLEC transactions move the collections from the suspense fund to the loan program fund associated with the borrower's account. Cash reporting is tracked by the Treasury schedule number.

For Fund Balance with Treasury (FBwT) reporting purposes, a schedule number is considered unmatched when the amounts reported by Treasury and the contractor (e.g., via the SUMDEP transaction) do not equal. For Suspense reporting purposes, a suspense account balance is the total dollar amount (i.e., absolute value) of unapplied schedules remaining in 3875FNY. A schedule is considered unapplied when it does not equal zero (e.g., SUMDEP transactions ≠ COLLEC transactions). Note that there are additional cash management related FMS transactions, but these were not needed to provide a high-level overview of the FBwT and Suspense reporting processes. Additional information is contained in **Attachment 2 Financial Technical Requirements** in the 6000, 7000, and 8000 financial requirements sections.

The Department reports to the Office of Management and Budget (OMB) & Treasury on the status of FSA's suspense account balances (i.e., 3875FNY). FSA must reconcile suspense account balances on a monthly basis. Suspense account balances are subject to scorecard performance evaluations by Treasury for continual authorization to use suspense accounts (i.e., approved waiver). Treasury may reconsider FSA's approved waiver authorization at any time based on FSA's performance.

Failure to meet one of the three financial SLA Metrics will result in a NPI of **1%** per SLA metric not met from the USDS Servicer's invoice for CLIN 3 (Contact Center and Back-Office Processing Operation & Maintenance) for the corresponding month which was measured where the services were

performed. For evaluating this metric FSA will use the following formula based on three completed tasks required to meet a minimum level of service:

1. Unmatched Fund Balance with Treasury (FBwT) schedules will not exceed 60 calendar days of aging.
2. The contractor shall ensure that at no time will the absolute value of the servicer's suspense balance older than 60 calendar days exceed 5% of the servicer's total suspense balance's absolute value.
3. No unapplied balances will remain after the 10th month.

*Unmatched Fund Balance with Treasury (FBwT)*

Unmatched FBWT schedules will not exceed 60 calendar days of aging.

For evaluating this metric FSA will use the following formula:

Number of Unmatched FBWT Schedules Older than 60 Calendar Days > 0 = 1.0% NPI

For example, the contractor had 100 unmatched FBwT schedules exceeding 60 days of aging.

- # of Unmatched FBwT Schedules > 60 Calendar Days         100
- FORMULAS
    - NPI:                        100 > 0 = 1.0%

*Suspense Balance*

The contractor shall ensure that at no time will the absolute value of the contractor's suspense balance older than 60 calendar days exceed 5% of the contractor's total suspense balance's absolute value.

For evaluating this metric FSA will use the following formula:

Percent of 3875FNY Suspense Balance over 60 Calendar Days >5% = 1.0% disincentive

For example, the contractor had 10% of the contractor's suspense balance older than 60 days.

- Suspense Balance Total            $500,000
- Suspense Balance (Over 60 days)    $ 50,000
- FORMULAS
    - NPI:    $50,000 / $500,000 > 5% = 1.0%

*Unapplied Balance*

No unapplied balance (i.e., suspense balance) will remain after the 10th month.

For evaluating this metric FSA will use the following formula:

Total Unapplied Balances Remaining After the 10th month > $0 = 1.0% disincentive

For example, the contractor had a $100,000 suspense balance that remained after the 10th month

- Total Unapplied Balance > 10th month                $100,000
- FORMULAS
    - NPI =                              $100,000 > $0 = 1.0%

## NEGATIVE PERFORMANCE INCENTIVES:

Failing to meet a single SLA Metric will result in a negative performance incentive of **up to 5%** per SLA metric from the USDS Servicer's invoice for CLIN 3 (Contact Center and Back-Office Processing Operation & Maintenance) for the corresponding month which was measured where the services were performed. Total negative performance incentives for all the SLA Metrics will not exceed **20%** in each month. This does not remove or limit all other options available under the contract when the SLA Metric is also a contractual requirement.

If a USDS Servicer fails to meet an **SLA Metric**, the sum of the corresponding negative performance incentives shall be calculated and provided to the USDS Servicer for application to the applicable invoice for the month of services measured.

By the end of the month after services are delivered, FSA will provide the USDS Servicer a summary of the SLA Metric(s) the USDS Servicer failed to meet and the total amount of the NPI. The total amount of the NPI shall be shown as a reduction in the invoice submitted for the performance period for the corresponding month which was measured where the services were performed. Should the Contractor disagree with the Government's calculation of a negative performance incentive, it shall proceed in accordance with FAR 52.233-1, Disputes.

In the event a USDS Servicer repeatedly fails to meet SLA Metrics, consecutively fails to meet the same SLA Metric for at least two periods, the NPI shall be increased by fifty percent (50%) upon each additional failure (calculated as 1.50 multiplied by the NPI that would have been payable had it not been for the multiple consecutive SLA defaults), and shall be further increased by an additional fifty percent (50%) for any subsequent, consecutive failure to meet the Minimum Service Level Target of the same individual Service Level. In no event shall the sum of NPI due to Government with respect to all **SLA Metrics** occurring in a single month exceed the total value of the invoice for the associated month measured.

USDS Servicer acknowledges and agrees that the NPI shall not be deemed or construed to be liquidated damages or a sole and exclusive remedy or in derogation of any other rights and remedies Government has hereunder or under the Contract, including but not limited to the "Non-Compliance and Invoicing" section in the Performance Work Statement.

## MEASURING SLA & SLO PERFORMANCE

Operational reporting and evaluations by FSA or our vendors will be utilized to determine a USDS Servicer's compliance with the **SLA Metrics** and **SLO Metrics**. The assessment methodology for each metric (e.g., description of each metric, how it is measured, etc.) shall be provided and finalized post award. FSA reserves the right to waive any performance metric in a given period.

At the end of each review period, FSA will compile the relevant operational, performance and oversight reports. FSA will provide the USDS Servicer with FSA's assessment of their performance for the review period. If the USDS Servicer does not concur with the assessment, the Servicer may provide their written rationale within 5 business days of receipt for FSA's consideration.  The written rationale shall describe why the areas of non-concurrence should be changed along with any supporting data.  FSA will consider the response before finalizing the assessment.

### DEFINING SLO METRICS

The requirements defining the **SLO Metrics** are described in **Attachment "01 – Business Operations Servicing Requirements"** and associated attachments; **Attachment "02 – Financial Technical Requirements"** and associated attachments, and **Attachment "03 - IT Requirements Repository"** and associated attachments (collectively, Requirements),

The list of SLO Metrics can be found in **<u>Attachment 08 - SLA and Future Borrower Allocation Calculator</u>** under the "SLOs Servicing Timeliness" and "SLOs Financial: tabs.