# Exhibit K-4



# Business Operations Servicing Requirements

**Attachment 01**

## Revision History

| VERSION | DATE | AUTHOR | DESCRIPTION |
|---------|------|--------|-------------|
| Version 0.0.1 | 3/29/2022 | Acquisition Team | Initial USDS Procurement Package |
| Version 0.0.2 | 6/22/2022 | Acquisition Team | USDS Amendment 0003 |
| Version 0.0.3 | 7/06/2022 | Acquisition Team | USDS Amendment 0004 |
| Version 0.0.4 | 7/12/2022 | Acquisition Team | USDS Amendment 0005 |
| Version 0.0.5 | 2/23/2023 | Acquisition Team | USDS Discussions |
| Version 0.0.6 | 3/07/2023 | Acquisition Team | USDS Award |
|  |  |  |  |

*TABLE OF CONTENTS*

| Section | Category | Deferred Future CLIN 7 Requirements |
|---|---|---|
| 2000 | Accessibility | |
| 3000 | Website and applications | 3002.030, 3002.031, 3002.050, 3002.070 |
| 4000 | Common Origination and Disbursement Interface | |
| 5000 | Repayment Plans | |
| 9000 | Treasury | |
| 12000 | NSLDS | |
| 14000 | Interaction with DMCS | |
| 15000 | Consolidation Origination | |
| 16000 | Common Application Interface | |
| 17000 | Compliance & Monitoring | |
| 18000 | Servicing Transfers | |
| 19000 | System Access | |
| 20000 | Processing - General | 20014.000 |
| 21000 | Deferments | |
| 22000 | Forbearances | |
| 23000 | Discharges, Forgiveness, Bankruptcy, and Litigation | 23003.000 |
| 24000 | Correspondence, Communication & Due Diligence | 24019.020, 24019.051 |
| 25000 | Borrower Benefits & Subsidies | |
| 26000 | Interest Rates, Interest Calculation, Charges and Fees | |
| 27000 | Interest Capitalization | |
| 28000 | Payment & Refund Processing | 28008.031, 28008.040, 28015.031 |
| 29000 | Adjustment Processing | |
| 30000 | Credit Reporting & Processing | 30027.000, 30027.010, 30027.020 |
| 31000 | Cohort Default Rate Activity | |
| 32000 | Control Mail, Ombudsman & Escalated Issues | |
| 33000 | Outreach Campaigns | |
| 34000 | Specialty Programs | |
| 35000 | Specialty Tasks | |
| 36000 | Training | |
| 40000 | Change Management | |
| 42000 | IDR Forgiveness | |

| 46000 | Records Retention | |
| 47000 | Data Management & Integration | 47000.000, 47001.000, 47002.002, 47003.000, 47006.000, 47008.000, 47009.000, 47010.000, 47011.000 |
| 48000 | Reporting | 48000.000 |
| 49000 | Contact Center | |
| 50000 | Other | |
| Appendix A | Attachment Crosswalk | |

| | Instructions for these requirements |
|---|---|
| 1 | These requirements are referenced as Attachment #1 in the Statement of Work (SOW). If you are submitting a proposal for this solicitation, it is assumed the proposed solution will meet all of these requirements. For any requirements not currently met, the offeror should clearly identify those requirements and provide a plan for meeting them within the implementation schedule in accordance with the solicitation instructions to offerors. |
| 2 | There are attachments referenced as part of the requirements. As with the statement above, submitting a proposal assumes the system meets all of the requirement at go-live. |
| 3 | The requirements mention the work required by the contractor. The word contractor is synonymous with "USDS Servicer".  All vendors should ensure their solution can support the requirements. |
| 4 | The term "system" in this document refers to the offeror's total solution, if not specifically spelled out. |

- - 2009.020: The contractor shall transfer all alternative format information contained in the borrower history to the receiving contractor for the contractor's record.
  - 2009.030: The contractor shall request any alternative format information on borrowers received from the sending contractor.

- **2010.000: The contractor shall process inbound large print communications from the borrower.**

- **2011.000: It is the responsibility of the contractor to provide specially trained customer service representatives (CSR) to assist with accessibility issues raised by the blind and/or other borrowers with disabilities or requesting alternative formats.**

  - 2011.010: The contractor shall train all CSRs on the basic availability of and process to request alternative formats. All contact center staff should also be trained on how and when to refer accessibility issues to the specially trained accessibility CSR(s).
  - 2011.020: The contractor shall accept requests from blind and visually impaired borrowers via email, chat, website, text, postal mail, or telephone as well as accept/respond to TDD (Telecommunications Device for the Deaf) calls.
  - 2011.030: The contractor shall provide blind and visually impaired borrowers the ability to contact a designated CSR or representative(s) via email, internet, or telephone.
  - 2011.040: The contractor shall have the ability to read/interpret incoming Braille correspondence if received from borrowers.

- **2012.000: The contractor shall comply with Section 508 of the Rehabilitation Act of 1973, which requires that federal agencies' electronic publications (forms, letters, etc.) and information technology (websites) is accessible to people with disabilities.**

  - 2012.010: The contractor shall ensure the website meets all Section 508 standards and Web Content Accessibility Guidelines (WCAG 2.0)
  - 2012.020: The contractor shall complete internal testing of the website prior to implementation of the initial website and prior to any future implementation of website modifications.
  - 2012.030: The contractor shall ensure all testing efforts (internal, independent and FSA) include review of all electronic forms including, but not limited to student loan statements, notice, communications, and publications.

- **2013.000: The contractor shall provide independent testing of the website to ensure it meets Section 508 standards and WCAG 2.0.**

  - 2013.010: The contractor shall secure an independent testing service (approved by FSA) to execute testing of the website and provide certification that the independent agency confirms the site meets the proper standards.
  - 2013.020: The contractor shall have the website tested by the independent service at least one time per calendar year and prior to any significant website changes.
    - 2013.021: A significant change is defined as any changes that add new features and functions or new design patterns.  Text changes, configuration changes or functional enhancements that fit within existing design patterns that had previously been tested would not need new independent testing.
  - 2013.030: The contractor shall resolve high and medium priority problems/issues found by the independent testing service and have the website re-tested for compliance to ensure the website meets standards prior to any implementations.
  - 2013.040: The contractor shall share all testing results from the independent service with FSA, including all details, issues, recommendations.

**Section 3000: Website and Mobile Application**

- **3000.000: The Contractor shall develop and host a Federal Servicing website that allows borrowers/students to access to loan and grant servicing accounts.**

  - 3000.010: The website shall adhere to Federal best practices for availability and accessibility
  - 3000.020: The website shall at minimum be compatible (allowing all functionality) and tested with the leading browsers and operating systems, as defined in https://studentaid.gov/notices/site-requirements. This list will be reevaluated and updated by FSA annually.
  - 3000.030: The website shall be available 24 hours a day, 365 days a year (366 in leap years) except during FSA-approved routine maintenance or during FSA approved outages.
    - 3000.031: Requests for routine maintenance or approved outages shall be made to FSA no less than 30 calendar days prior to the outage date, except under emergency situations.
  - 3000.040: The website shall be compliant with Sections 504 and 508 of the Rehabilitation Act of 1973 (29 U.S.C. sections 794 and 794d, as amended), including WCAG 2.0 Level AA Success Criteria, and WCAG 3.0 criteria (upon finalization of the standard).
    - 3000.041: The contractor shall monitor the 508 standards for updates and compliance and have a remediation plan approved by FSA for any discovered accessibility issues.
  - 3000.050: The website shall be optimized for mobile device experiences (mobile web) through responsive design. All website functionality and content shall be fully available in both desktop and mobile device viewports.
    - 3000.051: Mobile applications are not required to be launched or maintained, provided all app functionality is available in equivalent mobile responsive views and with equivalent ease of use in the website.
  - 3000.060: The contractor shall make all website content and functionality accessible to FSA, including authenticated borrower account information and functionality, though the use of dummy or test account log-ins or test environment access.
  - 3000.070: The contractor shall make all digital communications accessible to FSA electronically, including all website accessible content, such as page copy, response form templates, secure inbox communication templates, chatbot intents (if applicable), annual report templates, and notifications. This access is informational, and prior approval for content by FSA is not required.
    - 3000.071: The contractor shall provide FSA with electronic updates to all new or changed website accessible digital communications on a quarterly basis. Notice of changes and updates is informational, and prior approval for content additions or changes by FSA is not required.

- **3001.000: The website shall provide plain language information and communications to borrowers.**

  - 3001.010: All future content shall adhere to the standards of the Plain Writing Act of 2010 (the Act) (Public Law 111-274), as expressed in the Federal Plain Language Guidelines (see https://www.plainlanguage.gov/guidelines/), as well as the FSA Writing Style Guide.
  - 3001.020: The website shall display summary account level information to the user.
    - 3001.021: Title IV loan data that is NOT owned by Government must be separated from loans that are owned by the Government but can be displayed together for presentation purposes for the borrower as long as they meet all cyber security requirements. However, full separation of loans not owned by the Government on the website is the preferred solution.

- **3005.000: The contractor shall support through APIs the ability for borrowers to make online payments. The contractor shall enable the following capabilities:**

  - 3005.010: The website shall provide the ability to sign up for and end autopay.
  - 3005.020: The website shall display the effective interest rate of each loan.
  - 3005.030: The website shall allow a borrower to choose how to allocate their payments.
  - 3005.040: The website shall allow a borrower to set standing instructions on how to allocate future payments.
  - 3005.050: The website shall allow a borrower to schedule a payment date and shall also provide the borrower the option to advance or not advance the due date for each online payment.
  - 3005.060: The website shall provide a payoff amount.
  - 3005.070: [DELETED]

- **3006.000: The contractor shall accept eSigned and Digital signatures per Electronic Signatures in Global and National Commerce Act (E-Sign Act) as they apply to electronic transactions conducted by lenders, guaranty agencies, schools, and borrowers (program participants) under the student loan programs authorized by Title IV of the Higher Education Act of 1965 (HEA), as amended.**

  **Note: Please refer to:**
  https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/gen0106Arevised.pdf

  - 3006.010: The contractor should accept digitally signed documents, as long as the digital signature complies with prior E-SIGN guidance (where applicable).
  - 3006.020: Certificate-Based Signatures: The only acceptable form of certificate-based signatures are those signed using a certificate issued by US Government, and the certificate must be marked as valid. In such a case, the contractor would need to either retain a copy of the original document containing the valid certificate or retain a copy of the "certificate properties" showing the validity of the signature and the signer's information. The signer's information should clearly show that the United States Government issued the certificate.
  - 3006.030: Digital Facsimile Signatures: This is a digitally drawn signature using a Pen Pad, touch enabled device, or similar technology. This is fundamentally no different from a photocopy or fax of a "wet-signature." As an example, a document or form signed using some product suites associated with DocuSign or Adobe Sign (formerly EchoSign), would be an example of a digital facsimile signature that is equivalent to an actual, physical signature. In these cases, contractor do not need to verify the signature any more than they would a wet signature. If the signature appears to be drawn by hand, no further verification is required, and it should be accepted.
  - 3006.040: Digitization of Wet Signatures: A digitization of a pen and ink manually drawn signature begins with a signature with ink on paper, which is then digitized using a scanner or camera. Like digitally drawn signatures, these signatures are not fundamentally different from a photocopy or fax of a "wet signature". In these cases, contractor do not need to verify the signature any more than they would a wet signature.
  - 3006.050: A Typeset Signature (e.g. typing one's name, initials, or other representation in place of a signature) is not an example of an acceptable digital signature.

- **3007.000: The contractor shall allow borrower forms on the website to be completed via "Form Wizards" on the website.**

  - 3007.010: The contractor shall maintain the currently existing website form wizard version of each form. No new wizards are required to be developed. The wizard shall allow the user to complete the form in a step-by-step process and allows the user to fill in

*Section 5000: Repayment Plans*

- **5000.000: The contractor shall provide and support repayment plan options for all loan types, including plans in existence prior to, and after, the Higher Education Reconciliation Act of 2005 (HERA).**

  **See attachment 5000_DL Repayment Guide**
  - 5000.010: The contractor shall provide and support Traditional Repayment Plans:
    Standard - Pre-HERA ('grandfathered') and Post-HERA repayment terms
    Graduated - Pre-HERA ('grandfathered') and Post-HERA repayment terms
    Extended - Pre-HERA ('grandfathered') and Post-HERA repayment terms
  - 5000.020: The contractor shall provide and support Income Driven Repayment Plans:
    Income-Contingent Repayment (ICR)
    Income-Based Repayment (IBR)
    Pay As You Earn Repayment (PAYE)
    Revised Pay As You Earn Repayment (REPAYE)
  - 5000.030: The contractor shall provide and support Alternative Repayment Plans:
    Alternative Fixed Payment
    Alternative Fixed Term
    Alternative Graduated
    Alternative Negative Amortization

- **5001.000: The contractor shall allow a borrower to change repayment plans as applicable based upon regulations for the various loan programs.**

  - 5001.010: There is no limit to how often a borrower may change repayment plans.
  - 5001.020: The new repayment plan monthly payment amount shall take effect with the current payment due date if the new amount is less than the current plan.
    The new repayment plan monthly payment amount shall take effect with the next payment due date if the new payment amount is more than the current plan.
    For Example: If Billy Borrower's due date is the 14th today is June 7th, Billy's "current Due Date would be June 14th, the amount if a "lower payment" it would be effective on June 14th, if a "higher" payment amount it would be effective as of July 14th.
  - 5001.030: The contractor shall change the borrower repayment plan without changing the due date unless the borrower also requests a change in the due date.
  - 5001.040: If the borrower's due date is advanced more than 30 calendar days, the contractor shall remove any prepaid status and make the borrower due for the new monthly payment amount within the next 30 calendar days.
  - 5001.050: If the borrower's due date is less than 21 calendar days in the future, and the new monthly payment amount is more than the current monthly payment amount, the new payment amount will be in effect for the following billing cycle.
    For Example: If Billy Borrower's due date is the 14th and on June 7th he requests to change his repayment plan, which results in a higher payment amount, the new higher payment amount will not take effect until the July 14th billing. The June 14th bill should remain at the current lower payment amount.
  - 5001.060: If the borrower's due date is less than 21 calendar days in the future, and the new monthly payment amount is the same or less than the current monthly payment amount, the new payment amount will be in effect this current billing cycle.
    For Example: If Billy Borrower's due date is the 14th and on June 7th he requests to change his repayment plan, which results in the same or a lower payment amount, the new payment amount will take effect with the June 14th billing.

- **5002.000: The contractor shall allow a borrower to change their due date. The day the payment is due shall be limited to the 1st to 28th of the month.**

obtained, maintained, and disclosed in reports. Appropriate internal controls shall be applied to all system inputs, processing and outputs.

- o 17000.120: The contractor shall ensure a minimum accuracy rate of at least 95% as measured by FSA when processing borrower applications, requests and other tasks.

- **17001.000: The contractor shall comply Federal, State and Local Laws**

  - o 17001.010: The contractor shall comply with all Federal, State and local laws, rules, and regulations applicable to its performance under this contract.
  - o 17001.020: The contractor acknowledges that they are not the U.S. Department of Education and is not acting as the Government under this Contract. As such the contractor acknowledges that any claim or defense of Sovereign Immunity or Qualified Immunity is not applicable to work performed under the Contract and any task order issued under the Contract.
  - o 17001.030: The contractor shall take any necessary steps to support oversight by federal or state agencies, regulators, or law enforcement officials.

- **17002.000: The contractor shall execute internal quality control on all operational activity.**

  - o 17002.010: The contractor shall provide FSA access to system data to monitor, review, and report all operational activities performed (including calls, chat sessions, emails, processing, payment applications, adjustments, social media, etc.) performed by the staff.

    The contractor shall provide FSA with access to historical system data to review and report operational activities performed (including calls, chat sessions, emails, processing, payment applications, adjustments, social media, etc.).
  - o 17002.020: The contractor shall establish FSA approved monitoring practices and standards.
    - ▪ 17002.021: The contractor shall review employee monitoring results (internal and completed by FSA/others) and incorporate those results into updated/improved internal control and monitoring activities.
  - o 17002.030: The contractor shall record results of the monitor/review processes and provide the results to FSA on a quarterly basis in a report format approved by FSA. Each report will be due no later than 10 business days from the end of each federal FY quarter.
  - o 17002.040: The contractor shall determine corrective action processes needed in response to any issues found during monitoring activities, obtain FSA approval, and then execute those actions when needed to ensure satisfactory results.
    - ▪ 17002.041: The contractor shall document and retain all corrective actions taken and provide to FSA on demand.

- **17003.000: The contractor shall maintain validation that all contract requirements are being met.**

  - o 17003.010: The contractor shall develop processes/procedures to periodically validate that all requirements of the contract are being met and execute the validation on at least an annual basis.
  - o 17003.011: The contractor shall maintain the validation documentation for the duration of the contract. A copy of all, or part, of the validation shall be provided to FSA on demand.
  - o 17003.020: The contractor shall provide the method by which each requirement can be validated and the processes/procedures to validate them to FSA on demand.

- **17004.000: The contractor shall promptly notify FSA of any issue or instances of non-compliance and work with FSA to resolve those issues.**

made during in-school, grace, or periods of deferment or forbearance do not count toward eligibility for the 12 required on-time payments.
- o 25009.040: The contractor shall evaluate the borrower on the 7th day after the due date of the thirteenth payment due (excludes any forbearance & deferment time).
- o 25009.050: If the first 12 payments were made "on-time" (within 6 calendar days of the due date) the borrower earns the rebate.
- o 25009.060: The borrower will lose the repayment incentive benefit after the contractor reviews the account on the 7th day after the due date of the thirteenth payment to determine if the on time payment agreement has been fulfilled.

- **25010.000: The contractor shall provide the provisions allotted to borrowers per the Servicemembers Civil Relief Act (SCRA) HEOA section 422 HEA sections 428(d) and 438**

  - o 25010.010: [Moved to 25012]

  - o 25010.020: The contractor shall limit the interest rate to 6% on the borrower's loans (FFEL and Direct Loans) while the borrower is in active military duty. This applies to borrower in service as of August 14, 2008.

    Note: Borrower's serving before the effective date of this change may not receive a refund of the interest paid in excess of the 6% limit before August 14, 2008.
    - 25010.021: Eligible military borrower is one who is:
      --serving on active duty,
      --the debt was incurred prior to entry on active duty
      --and that military service affects the member's ability to pay.
    - 25010.022: For loans which are eligible under the SCRA, the contractor shall reduce the interest rate to 6% for the duration of the borrower's eligibility for SCRA benefits and shall, if the borrower is repaying his or her loan under the standard, graduated, or extended repayment plan, re-amortize the borrower's loan using the reduced interest rate.
    - 25010.023: The contractor shall not accelerate the principal amount owed and forgives (vs. defers) the excess interest payments that would have been due under the higher interest rate so that the borrower is not liable for the excess after he or she is released from active service.
    - 25010.024: When implementing annual variable rate changes, the contractor shall ensure that an active duty borrower's interest rate is always the lower of the statutory rate or 6%.
  - o 25010.030: The contractor shall apply the interest benefit back to the later of the Active Duty Status "Begin" Date or August 14, 2008 if a borrower is identified as eligible for the 6% interest limit and the benefit was not previously provided.
    - 25010.031: An eligible borrower shall receive the 6% interest rate limit on the statutory rate prior to the application of any benefits that may reduce the rate (i.e. A borrower with a statutory rate of 6.25% who is taking advantage of the .25% ACH benefit should be given the 6.0% rate and then receive the ACH benefit in addition, giving that borrower a 5.75% active interest rate).
  - o 25010.040: The contractor shall use the DoD (DMDC) database to compare ALL borrowers in the contractor's portfolio to identify all military personnel that qualify for Service Civil Relief Act (SCRA) benefits and may benefit from targeted counseling and tracking of other military benefits.

    https://scra.dmdc.osd.mil/
    - 25010.041: If the service member requests SCRA or are eligible for other military benefits, but does not send a copy of their military orders, the contractor shall check the DoD database to confirm eligibility for the interest rate reduction

*Section 30000: Credit Reporting and Processing*

- **30000.000: The contractor shall report the status of borrower loans to Equifax, Experian, TransUnion and Innovis credit reporting agencies (CRAs) once a month. See attachment 30000 Student Loan Credit reporting guide**

  - o 30000.010: The contractor shall register with Equifax, Experian, TransUnion and Innovis credit reporting agencies as a Data Furnisher of credit information.
  - o 30000.020: The contractor shall use the Metro 2 Reporting format & standards to report to the credit reporting agencies. File layout and instructions can be found at www.cdiaonline.org.
  - o 30000.030: The contractor shall establish the data furnisher name with the credit reporting agencies of "US Department of Education" and report the unique identification number in the data record.
  - o 30000.040: The contractor shall report to the credit bureau using account data on the last day of the month. This data will be transmitted to the credit bureau within 7 business days of month end.
  - o 30000.050: The contractor shall comply with the Fair Credit Reporting Act (FCRA) http://www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0111-fair-credit-reporting-act.pdf
  - o 30000.060: If a Plus Loan has an endorser, report the endorser as a co-borrower to the credit bureaus

- **30001.000: The contractor shall report to credit reporting agencies at a loan level when a borrower account is first opened and continue until the loan has been fully satisfied.**

  - o 30001.010: The contractor shall report each loan individually to credit reporting agencies. Although loans may be displayed to borrowers within a single account, credit reporting shall remain at the individual loan level with specific reporting for each loan.
  - o 30001.020: The contractor shall report Original Loan Amount as the original amount borrowed at origination, including all disbursements of the loan. This information would not change after the last disbursement of a loan and would not include any unpaid interest charges assessed subsequent to origination.
  - o 30001.030: The contractor shall report Current Balance to reflect all outstanding principal and interest owed at the time of reporting. The contractor shall not include in the "Current Balance" field any accrued interest charges that have been waived or subsidized by the government.
  - o 30001.040: The contractor shall report a loans Terms Duration to reflect the scheduled number of months in a loan term for repayment plans with fixed amortization schedules (e.g., standard, extended, and graduated plans). For loans being repaid via income-driven repayment plans, the contractor shall report the maximum length of time under the repayment plan until the borrower would be eligible for loan forgiveness. When a borrower elects to change payment plans, the Terms Duration field would be updated accordingly to reflect the scheduled or maximum duration associated with the new repayment plan

- **30002.000: The contractor shall report the borrower's credit history when the borrower's account is in school.**

  - o 30002.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = blank
    Terms Frequency - D (Deferred)

- ▪ 32009.051: The contractor shall provide an explanation for the determination, contact information of personnel knowledgeable about dispute, information informing borrower how they can request copies of documents used by the contractor to make the determination, and explanation of the method by which the borrower can appeal the determination.
  - o 32009.060: The contractor shall maintain a system/solution that supports the input, tracking, and resolution of all complaints/disputes and allows for FSA access to the system/solution and summary and detailed reporting to FSA.

- **32010.000: The contractor shall accept and process appeals on account disputes.**

  - o 32010.010: The contractor shall accept written appeals from borrowers in response to a determination on an account dispute.
  - o 32010.020: The contractor shall provide written acknowledgement to the borrower that the contractor has received the appeal request and started the appeal process. The notice shall be send within 10 business days from written request for appeal.
  - o 32010.030: The contractor shall conduct a reassessment of the borrower dispute performed by an employee of the contractor at a higher supervisory level than the employee(s) involved in the initial account dispute determination.
  - o 32010.040: The contractor shall notify the borrower of the outcome of the appeal within 30 business days from receipt of appeal. The notification shall include the outcome of the appeal and include any reason for denial (if denied). All responses shall inform borrowers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.
  - o 32010.050: The contractor shall post an explanation of the appeal process available and instructions on how to request an appeal on the servicing website.

- **32011.000: The contractor shall forward any misdirected complaints to the appropriate contractor or entity.**

  - o 32011.010: The contractor shall forward any complaints received to the appropriate contractor or entity within 1 business day of reviewing the complaint.
  - o 32011.020: The contractor shall use NSLDS and/or other FSA systems to identify the correct entity to be responding to the complaint. If the correct entity cannot be identified the contractor shall contact the FSA liaison for assistance in determining where to forward the complaint.

- **32012.000: The contractor shall ensure no negative consequences occur to the borrower during the time the complaint is being reviewed.**

  - o 32012.010: The contractor shall prevent negative credit reporting from occurring while the complaint is under review.
  - o 32012.020: The contractor shall halt all collection activities on the account while the complaint/dispute is being researched/resolved if the complaint/dispute is related to the delinquency.

- **32013.000: The contractor shall provide a contact to support complaint handling.**

  - o 32013.010: The contractor shall provide a management level employee to be the primary contact for state or federal agencies inquiring about borrower complaints/disputes/issues.
  - o 32013.020: The contractor shall ensure a written response is provided for each complaint received from a state or federal agency and that the complaint has been properly added to a tracked within the servicing solution's complaint tracking system.

- **32014.000: The contractor shall respond to FOIA and Privacy Act requests.**

- 32014.010: The contractor shall respond FOIA and Privacy Act requests within 5 calendar days.

*Section 49000: Contact Center*

- **49000.000: The contractor shall maintain a customer contact center(s) for borrowers.**

    o 49000.010: The contractor shall ensure the contact center is open the following minimum hours:
        - Mon: 0800-2300 EST
        - Tue – Fri: 0800-2000 EST
        - Sat: 1000-1400 EST
    o 49000.020: The contractor shall have English and Spanish speaking representatives during all open hours.
    o 49000.030: The contract shall maintain a minimum of customer satisfaction rating of at least 70 as determined by FSA's Customer Satisfaction Survey.
        49000.040: The contractor shall maintain a monthly abandon rate below 4%.
        - 49000.041: Calls Offered to Agents: The total number of calls offered to a queue for agents to answer, which includes callers put in a virtual hold or given other call back options.
        - 49000.042: Calls Handled by Agents: The total number of calls answered by the agent. If utilizing virtual hold or other callback options, this includes the total number of virtual hold or other callback options that resulted in a caller speaking to an agent on the same day as a call. This does not include voicemail messages left for callers opting for callbacks or call backs that do not connect with the caller.
        - 49000.043: Calls Abandoned: The total number of calls that have been offered into a communications network or telephone system but is terminated by persons originating the contact before an agent answers their calls.
        - 49000.044: If a caller opts to utilize either virtual hold or other callback features and a contact is made with the caller following their request, the call must be reported as a Call Handled. If an attempt is made the same day to reach a caller following their request and they are unavailable, the call must be also reported as a Call Abandoned. If a caller makes a request for a callback and no attempt is made to reach the caller in the same day as the request, the call must be reported as an Abandoned Call.
        - 49000.045: Abandon Rate is the percentage of callers offered to an agent who hang up before an agent is able to intercept the call ("Calls Abandoned" / "Calls Offered to Agents").
    o 49000.050: The contractor shall ensure that 95% of customer interactions (e.g., inbound and outbound calls, chats and emails) pass an interaction quality monitoring review as measured by FSA. FSA will develop, with input from the contractor, a scorecard for evaluating customer interactions and will update that scorecard periodically.
    o 49000.060: The contractor shall have a Call Management System to handle all inbound and outbound calls including required recording and reporting, as well as Interactive Voice Response capabilities.

- **49001.000: The contractor shall adhere to the Telephone Consumer Protection Act (TCPA).**

    o 49001.010: The contractor shall receive customer consent when contacting customer via cell phone and text messages.
        - 49001.011: When capturing cell phone consent directly from the borrower, the contractor shall use language that aligns with the cell phone consent language in the Direct Loan MPN. (e.g. [I authorize] the schools, ED, and their agents and contractors to contact me regarding my loan request or my loan, including repayment of my loan, at any cellular telephone number I provide now or in the

future using automated dialing equipment or artificial or prerecorded voice or text messages.)
- o DEFERRED FUTURE CLIN 7 REQUIREMENT - 49001.020: The contractor shall force a customer to choose their options the first time they log in to the website. Consent should be stored with an effective date and viewable on the website.
- o 49001.030: If the customer does not log into the website, the contractor shall consider no consent granted unless consent has been granted via another source (chat, COD, email, postal mail, promissory note etc.) and stored. The default if the customer does not login to the website shall be No Consent.
- o 49001.040: The contractor shall store the effective date of the consent when received from sources other than the web. Images of any written/digital correspondence shall be retained.

- **49002.000: The contractor shall receive the customer's consent for eCorrespondence communications.**

  - o 49002.010: The contractor shall receive customer consent via web, email, chat, verbal or paper.

    Note: This is used in conjunction with the eCorrespondence option data provided in the Loan Origination Activity file.
  - o 49002.020: If the customer consents via web the contractor have the customer confirm receipt and understanding of terms and conditions of eCorrespondence and record that action on the customer's account.
  - o 49002.030: If the customer consents via verbal, email, chat, or paper the contractor shall notate the conversation on the customer's account and disclose the terms and conditions of eCorrespondence.
  - o 49002.040: The contractor shall help the customer to withdraw consent to eCorrespondence via web, email, chat, verbal, paper or the eCorrespondence data received via the Loan Origination interface.
    - ▪ 49002.041: The contractor shall maintain an effective date for each change the customer makes and that effective date shall be used in determining if the customer's option should be updated.
    - ▪ 49002.042: The contractor shall maintain an audit trail for each eCorrespondence option change that a customer selects. The audit trail needs to include, the date, time, effective begin date, end date (if current option is being updated), and option chosen.
    - ▪ 49002.043: The contractor shall maintain an audit trail for each web chat conversation with a customer when the conversation results in updates that are made to the customer's account.

- **49003.000: The contractor shall refer to the 24001 Communication Listing for triggers specific to eCorr**

- **49004.000: The contractor shall ensure FSA has access to a real-time call statistics dashboard.**

  - o 49004.010: The contractor shall provide FSA with a dashboard/terminal as needed to allow FSA to see and validate calling functions such as wait times, talk times, wrap-up times, call allocations and blocked calls. The details of all splits, numbers, etc. should be available.

- **49005.000: The contractor shall support FSA customer service surveys.**