# Exhibit O-1

# FY2024 Management Report for CMS as of 9/30/2024

(Total Cases Resolved 14,366 YTD vs. 16,574 PTD)  
Snapshot On: 10/16/2024 05:44:18

| COMPLAINT | | CHI | CLE | DAL | NY | ATL | BOS | DCM | KC | DEN | PHI | SF | SEA | DAT | ED | TOTAL | YTD | PTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Staff | (Full Time/Part Time) | 43/2 | 58/0 | 44/0 | 54/0 | 30/0 | 40/1 | 34/0 | 33/1 | 34/1 | 47/0 | 35/0 | | | | 487/5 | | |
| Investigative Staff | (Full Time/Part Time) | 32/2 | 25/0 | 40/0 | 42/0 | 20/0 | 29/1 | 26/0 | 24/1 | 22/1 | 35/0 | 24/0 | | | | 351/5 | | |
| Receipts - (September) | | 132 | 102 | 179 | 94 | 123 | 85 | 122 | 88 | 133 | 60 | 141 | 65 | 11 | 0 | 1,335 | | |
| Receipts Year to Date (YTD) | | 1,552 | 1,261 | 1,946 | 1,241 | 1,219 | 1,187 | 1,519 | 983 | 1,302 | 998 | 1,588 | 863 | 277 | 1,734 | 17,670 | -8% | 19,223 |
| Receipts Year to Date without Multi (YTD) | [1732] | 1,552 | 1,261 | 1,946 | 1,241 | 1,219 | 1,187 | 1,519 | 983 | 1,302 | 998 | 1,588 | 863 | 277 | 2 | 15,938 | 17% | 13,633 |
| Receipts Prev Year to Date (PTD) | | 1,281 | 1,601 | 1,601 | 935 | 1,100 | 927 | 1,273 | 832 | 1,086 | 819 | 1,549 | 846 | 179 | 5,630 | 19,223 | | |
| Receipts Prev Year to Date without Multi (PTD) | [5590] | 1,281 | 1,165 | 1,698 | 935 | 1,100 | 927 | 1,273 | 832 | 1,086 | 819 | 1,549 | 846 | 179 | 40 | 13,633 | | |
| Completed Evaluation Stage (count) | | 1,293 | 1,230 | 1,698 | 960 | 1,032 | 940 | 1,348 | 893 | 1,187 | 779 | 1,497 | 729 | 211 | 1,752 | 15,549 | | |
| Completed Evaluation Stage (Average Age) | | 99 | 81 | 128 | 124 | 182 | 88 | 91 | 159 | 72 | 106 | 106 | 119 | 27 | 146 | 114 | | |
| Resolved - (September) | | 112 | 107 | 166 | 96 | 105 | 114 | 101 | 93 | 87 | 75 | 139 | 93 | 10 | 0 | 1,298 | | |
| Meeting 201 (b) Approved (formerly ECR/FRBP) | | 16 | 12 | 9 | 39 | 17 | 21 | 6 | 12 | 25 | 1 | 14 | 6 | 0 | 10 | 178 | 111 | |
| Dismissals 100 | | 626 | 498 | 859 | 379 | 459 | 503 | 577 | 424 | 521 | 302 | 713 | 306 | 8 | 1,736 | 7,913 | 7,191 | |
| RRR Initiated | | 287 | 255 | 404 | 307 | 208 | 229 | 290 | 189 | 257 | 206 | 426 | 203 | 17 | 16 | 3,294 | 6,799 | |
| Dismissals 110 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Closure 110 | | 76 | 89 | 57 | 50 | 85 | 21 | 65 | 42 | 57 | 74 | 65 | 22 | 0 | 4 | 730 | 667 | |
| No Violation/Insufficient Evidence | | 74 | 129 | 122 | 128 | 57 | 46 | 92 | 84 | 58 | 33 | 34 | 32 | 0 | 0 | 889 | 667 | |
| Noncompliance LOF Issued | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | - | |
| Letter of Impending Enforcement Action | | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 | - | |
| Resolved Year to Date (YTD) | | 1,522 | 1,243 | 1,748 | 1,236 | 1,134 | 1,001 | 1,461 | 944 | 1,251 | 932 | 1,608 | 911 | 246 | 1,756 | 15,237 | 12,384 | -12.9% 16,464 |
| Resolved Year to Date without Multi (YTD) | [1732] | 1,121 | 904 | 1,236 | 815 | 619 | 698 | 1,043 | 764 | 1,036 | 583 | 1,044 | 582 | 228 | 24 | 10,673 | 16% 10,874 | |
| Cases Due by Day 180 | | 1,176 | 1,104 | 1,526 | 916 | 880 | 868 | 1,167 | 815 | 1,154 | 713 | 1,419 | 626 | 219 | 1,756 | 14,339 | 12,607 | |
| Cases Resolved by Day 180 | | 1,049 | 930 | 1,243 | 823 | 660 | 833 | 1,001 | 684 | 983 | 636 | 1,215 | 646 | 116 | 5,645 | 16,464 | 85% | |
| % of Cases Resolved by Day 180 (≥80%) | | 74% | 73% | 71% | 66% | 55% | 70% | 71% | 81% | 83% | 63% | 65% | 64% | 93% | | 70% | | |
| Resolved Prev Year to Date (PTD) | | 1,049 | 930 | 1,243 | 823 | 660 | 833 | 1,001 | 684 | 983 | 636 | 1,215 | 646 | 116 | 55 | 10,874 | | |
| Resolved Prev Year to Date without Multi (PTD) | [5590] | 22 | 66 | 101 | 93 | 81 | 28 | 46 | 72 | 41 | 36 | 55 | 23 | 0 | 8 | 672 | 304 | |
| Cases Resolved over 730 days old and older | | 56 | 135 | 123 | 102 | 395 | 79 | 200 | 108 | 15 | 38 | 17 | 50 | 1 | 5 | 1,324 | 1,192 | |
| Cases Open at least 1,460 days (4 Years) | | 10 | 29 | 30 | 33 | 45 | 11 | 32 | 45 | 4 | 9 | 13 | 10 | 0 | 0 | 271 | 115 | |
| Cases Resolved that were 1,460 days old or older | | | | | | | | | | | | | | | | | | |
| RPRA | | CHI | CLE | DAL | NY | ATL | BOS | DCM | KC | DEN | PHI | SF | SEA | DAT | ED | TOTAL | YTD | PTD |
| Resolved Year to Date | | 28 | 68 | 27 | 32 | 23 | 19 | 51 | 18 | 70 | 41 | 35 | 29 | 189 | 0 | 630 | 464 | |
| Resulted in Change (without Agreement/Monitoring) | | 113 | 60 | 123 | 107 | 36 | 61 | 64 | 106 | 94 | 52 | 136 | 25 | 3 | 0 | 1,002 | 788 | |
| Mediation 201 (b) (formerly ECR/FRBP) | | 15 | 16 | 5 | 13 | 14 | 8 | 7 | 5 | 19 | 4 | 8 | 7 | 0 | 0 | 123 | 121 | |
| Mediation 201 (a) | | 31 | 116 | 51 | 28 | 53 | 27 | 70 | 31 | 136 | 34 | 36 | 32 | 2 | 0 | 647 | 434 | |
| Resulted in Change (with Agreement) | | | | | | | | | | | | | | | | | | |
| Violation with Enforcement | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **COMPLIANCE REVIEW** | | CHI | CLE | DAL | NY | ATL | BOS | DCM | KC | DEN | PHI | SF | SEA | DAT | ED | TOTAL | YTD | PTD |
| Monitoring Reports Complete (Count) | | 824 | 1,406 | 1,553 | 2,354 | 1,622 | 1,489 | 832 | 2,207 | 1,369 | 1,029 | 995 | 1,377 | 836 | 0 | 1,430 | 1,657 | |
| Monitoring Reports Complete (Average Age) | | | | | | | | | | | | | | | | | | |
| Cases in Monitoring | | 28 | 39 | 53 | 31 | 33 | 29 | 17 | 76 | 53 | 35 | 37 | 6 | 68 | 0 | 505 | 503 | |
| # of Cases Over 730 | | 85 | 198 | 125 | 124 | 181 | 110 | 185 | 220 | 153 | 76 | 80 | 175 | 746 | 1 | 2,459 | 2,333 | |
| % of # Cases Over 180 (≤25%) | | 218 | 340 | 447 | 240 | 867 | 209 | 429 | 260 | 96 | 179 | 152 | 151 | 2 | 103 | 3,693 | 2,359 | |
| # of Cases Over 365 | | 396 | 577 | 794 | 446 | 1,280 | 378 | 692 | 395 | 234 | 369 | 453 | 330 | 3 | 123 | 6,470 | 4,536 | |
| % of # Cases Over 180 (≤25%) | | 58% | 72% | 65% | 64% | 75% | 60% | 66% | 57% | 49% | 62% | 58% | 66% | 13% | | 64% | 60% | |
| Calendar Average Age | | 636 | 737 | 1,055 | 708 | 1,477 | 535 | 889 | 482 | 326 | 555 | 614 | 500 | 16 | 0 | 8,530 | 6,106 | |
| Pending | | 431 | 558 | 709 | 570 | 961 | 548 | 691 | 653 | 347 | 466 | 361 | 502 | 115 | 0 | 602 | 592 | |
| | | 1,091 | 1,019 | 1,632 | 1,098 | 1,972 | 817 | 1,346 | 849 | 665 | 888 | 1,061 | 761 | 127 | 0 | 13,396 | 10,189 | |
| **DIRECTED INVESTIGATION** | | CHI | CLE | DAL | NY | ATL | BOS | DCM | KC | DEN | PHI | SF | SEA | DAT | ED | TOTAL | YTD | PTD |
| Started | | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 11 | [17] | |
| Resolved | | 1 | 0 | 2 | 0 | 1 | 3 | 0 | 1 | 2 | 2 | 3 | 0 | 3 | 0 | 18 | 67 | |
| Pending | | 9 | 5 | 3 | 7 | 12 | 5 | 8 | 11 | 5 | 3 | 3 | 16 | 38 | 0 | 125 | 132 | |
| FY2024 Initiated | | 8 | 4 | 2 | 6 | 4 | 4 | 7 | 10 | 4 | 3 | 2 | 14 | 38 | 0 | 114 | 116 | |
| Resolved | | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 3 | |
| Pending | | 11 | 7 | 12 | 15 | 8 | 16 | 8 | 17 | 11 | 8 | 9 | 53 | 0 | 0 | 183 | 193 | |
| **TECHNICAL ASSISTANCE** | | CHI | CLE | DAL | NY | ATL | BOS | DCM | KC | DEN | PHI | SF | SEA | DAT | ED | TOTAL | YTD | PTD |
| Proactive TA Completed (including carryover proactive) | | 11 | 0 | 1 | 4 | 4 | 8 | 1 | 0 | 48 | 8 | 3 | 0 | 13 | 0 | 102 | 90 | |
| Reactive TA Completed (including carryover reactive) | | 0 | 1 | 10 | 0 | 0 | 0 | 5 | 0 | 1 | 1 | 10 | 4 | 17 | 0 | 66 | 53 | |
| Case-related TA Completed (including carryover case-related) | | 0 | 3 | 18 | 18 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 18 | 0 | 44 | 43 | |

Unless noted otherwise by "without multi", numbers include multiple complaints filed by Mr. Mark Rossmiller.