# Exhibit Q

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

### DECLARATION OF DOE DECLARANT #8

I, Doe Declarant #8, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I joined the U.S. Department of Education ("the Department") in November 2010 and worked there for more than fourteen years as a statistician in the National Center for Education Statistics ("NCES"), a division of the Institute of Education Sciences ("IES"). When I joined NCES, I served as the Program Director of the Common Core of Data. In 2013, I became the Senior Mathematical Statistician for Administrative Data, a role I served in for over twelve years. Before joining the Department, I worked in the U.S. Census Bureau, the Government Accountability Office, and the Bureau of Labor Statistics, and I did a detail at the Office of Management and Budget.

3. The Administrative Data Division of NCES manages and analyzes data from all state and local K-12 education agencies and from all postsecondary institutions of higher education. This information is collected, analyzed, and disseminated annually through several

major universal statistical programs, in addition to some smaller initiatives. The major programs include the Common Core of Data ("CCD"), the Education Demographic and Geographic Estimates ("EDGE") Program, and the Integrated Postsecondary Education Data System ("IPEDS"). The Administrative Data Division's collections provide basic, universal information that is essential to the operation of other Department programs. CCD, the EDGE Program, and IPEDS are key to the Department's administration of the grant programs on which states, school districts, and institutions of higher education rely, as well as other mandatory Department functions.

### EDFacts and the Common Core of Data

4. The CCD, NCES's primary database on public elementary and secondary education in the United States, is a national statistical program that collects and compiles administrative data from state education agencies ("SEAs") covering the universe of all public elementary and secondary schools and school districts in the United States. Education Sciences Reform Act of 2002 ("ESRA") authorizes NCES to collect survey data to support this collection, which is the only elementary and secondary education data collection with universal reach. *See generally* 20 U.S.C. §§ 9541(b)(3), 9543.

5. The CCD is one of many collections across the Department that relies on EDFacts, a Department-wide initiative conducted by NCES to collect, analyze, report on, and promote the use of high-quality pre-kindergarten through grade 12 data. EDFacts centralizes data provided by SEAs and provides users with the ability to analyze and report on submitted data. The system is used by NCES and grant-making offices across the Department to gather and access survey and administrative data.

6. Department regulations require that SEAs submit an annual EDFacts package as a condition for receiving funds through state-administered formula grant programs. *See* 34 C.F.R.

§ 76.720; Annual Mandatory Collection of Elementary and Secondary Education Data for EDFacts (OMB 1850-0925). The package typically includes a number of CCD composite surveys, as well as surveys to collect data for the Office for Civil Rights' biannual Civil Rights Data Collection, and for monitoring and accountability reviews for grants under the Elementary and Secondary Education Act ("ESEA"), as amended by the Every Student Succeeds Act ("ESSA"); the Individuals with Disabilities Education Act ("IDEA"); and the Carl D. Perkins Career and Technical Education Act of 2006, as amended by the Strengthening Career and Technical Education for the 21st Century Act ("Perkins V").

7. As part of its work to provide high-quality data on the condition of education in the United States, NCES, and the Administrative Data Division in particular, administers EDFacts, including contracts for the maintenance and development of the platform, and collects data for the grant-making offices, which in turn use the data collected to administer federal financial aid programs. NCES staff manage the external contracts and facilitate the coordination with other offices throughout the Department that are necessary to keep EDFacts running.

8. As for other collections across the Department, SEAs upload data responsive to the CCD on EDFacts, and NCES, in turn, processes the data and produces it in a usable, reliable, and accurate format for end users, including educators, policymakers, school administrators, advocates, and researchers.

9. The CCD provides statistical and descriptive information on public elementary and secondary education. One component is a basic directory listing of all public elementary and secondary schools and education agencies in the United States, including contact information and location, and basic data on students and staff, including demographic characteristics. The second component provides financial data covering state and school district revenues and current

expenditures. Through three surveys on SEA and school district finances, NCES collects information on average daily attendance, student counts, educator compensation, local revenues by source, expenditures by function and object, capital outlays, and debt, among other data. Those surveys include the School District Finance Survey (F-33), which provides finance data for all Local Education Agencies ("LEAs"). The surveys also include the National Public Education Finance Survey. For this survey, SEAs must submit statistics that include average daily attendance, revenue, and expenditure data. NCES uses these data to determine the average State Per-Pupil Expenditure for elementary and secondary education, as defined in the ESEA. *See* 20 U.S.C. § 7801(2).

10. The Department uses the State Per-Pupil Expenditure data computed by NCES directly in calculating allocations for some of the largest formula grant programs administered by the Department, including Title I-A and Title II-A of the ESEA; Impact Aid; and Indian Education Programs. For example, Basic Grant allocations, the largest component of Title I-A funding, must be calculated under the statute by multiplying a State Per-Pupil Expenditure factor by the number of Title I-eligible children in a state and then applying adjustments set forth in the statute. The ESEA specifies that districts are authorized to receive 40 cents in Title I-A funding for each State Per-Pupil Expenditure dollar to spend on education services provided to disadvantaged students.

11. Because the Title I-A statutorily mandated formula is based primarily on estimates of children in a state living in poverty weighted by NCES's State Per-Pupil Expenditure figures, it is critical that both the data submitted by SEAs and the subsequent analysis and calculations by NCES staff be as accurate and reliable as possible: a change of just $1 in State Per Pupil Expenditure can alter a state's Title I-A allocation by more than one million dollars. NCES, *Appendix B: Comparison of the NPEFS and the F-33 Surveys Should NCES Replace the NPEFS*

*with State-Aggregated F-33 Data* 2, https://www.reginfo.gov/public/do/DownloadDocument?objectID=5622201.

12. Other grant programs, like the Education for Homeless Children and Youth Program under title VII of the McKinney-Vento Homeless Assistance Act and Student Support and Enrichment Grants under Title IV-A of the ESEA, also rely on NCES's State Per-Pupil Expenditure calculations indirectly because their formulas are based, in whole or in part, on states' Title I-A allocations.

13. The Administrative Data Division provides grant program offices throughout the Department with the CCD and EDFacts data inputs they need to run formula grant allocations each year. For each grant program that requires the use of CCD or EDFacts data, the Division undertakes an extensive process to compile and quality-check the relevant data and produce it in a format usable by the program offices' allocations teams. In the case of IDEA Parts B and C, for example, staff in the Office of Special Education Programs ("OSEP") develop requests for the data needed to calculate allocations and ask SEAs to submit this information to EDFacts. When the data are uploaded, NCES staff work with external contractors to retrieve it and prepare it at the level of statistical accuracy necessary to reliably input the data into the IDEA Part B and C formulas.

14. In some cases, this work on behalf of grant program offices requires NCES to create new data based on CCD or EDFacts data that are not directly collected from SEAs but are a mandatory component of a grant formula. For example, Title III-A of the ESEA awards formula grants to SEAs to provide supplemental services that improve the English language proficiency and academic achievement of English learners ("ELs"). Funds are allocated to states based on their proportional share of ELs and immigrant students relative to the nationwide population of each, but the statutory definitions of these terms are too broad for a single survey question in the CCD

5

or EDFacts to cover the full universe of ELs and immigrant students. Instead, to provide a reasonably reliable EL and immigrant student count, the Division compiles counts of students participating in EL programs in each state, measures of students' language proficiency, and data on students' primary language and country of birth. These data are used to estimate states' EL and immigrant student populations; the estimates are used as student counts to calculate SEAs' Title III-A awards.

## The EDGE Program

15.     The EDGE Program designs and develops resources to help understand the social and spatial context of education in the United States. Using data from the U.S. Census Bureau's American Community Survey ("ACS"), EDGE creates custom indicators for school district social, economic, and housing conditions. As the primary collector and distributor of geospatial data within the Department, EDGE provides geospatial data required for policymaking and by statute and ensures the Department's compliance with the Geospatial Data Act of 2018.

16.     Under interagency agreements between NCES and Census, EDGE uses spatial data collected by the two agencies to create geographic local classifications, school geocodes, school district boundaries, and other types of data to support spatial analysis. NCES staff act as contracting officers for these interagency agreements, with Census assuming a role similar to that of an external contractor. EDGE personnel thus initiated the annual cycle of producing new data resources, established the framework for education-specific deliverables, and completed the multilevel quality control and peer review processes to ensure accuracy.

17.     The data resources created by EDGE feed directly into numerous Department grant programs that rely on geographic or geospatial data and/or locale assignments. For data to be usable in grant allocation calculations or eligibility determinations, it must report information at

the school district level. But most data reported by Census, for example, income and poverty, is reported at the state, county, and/or municipality levels, not the school district level.

18. To create estimates of relevant Census data that align with school district boundaries, pursuant to an interagency agreement, the EDGE Program and Census conduct an annual school district boundary survey. EDGE personnel also serve as contracting officers for the interagency agreement with Census, and in that capacity, oversee Census' boundary mapping process. This survey operates on a two-year delay, meaning that the survey to inform federal funding determinations for the 2025–2026 school year began in July 2023 and reflects information for the 2023–2024 school year.

19. One of the deliverables EDGE produces in this process is called the School District Boundary Change File, which identifies changes in school district boundaries and grade range since 2007–2008. District boundaries shift every year: since the 2007–2008 school year, the survey has identified about 3000 boundary changes. *School District Boundaries*, *Additional Resources: School District Boundary Change Files*, NCES (2024), https://nces.ed.gov/programs/edge/Geographic/DistrictBoundaries (download "School District Boundary Changes Files"). NCES and Census use the results of the school district boundary survey to create special tabulations of certain Census data by school district geography, rather than at the state or county level typically used in Census reporting.

20. For example, EDGE works with the Census Bureau's Small Area Income and Poverty Estimates ("SAIPE") Program to produce targeted estimates of school district poverty. Title I-A and numerous other Department grant programs use estimates of poverty at the school district level to allocate formula funds. To provide this statutorily required input, EDGE and Census facilitate the translation of Census's county-level income and poverty data to the school

7

district level. The SAIPE estimates of school district poverty produce three data points for each of the more than 13,000 school districts in the United States: (1) total population; (2) population of children ages 5–17; and (3) related children ages 5–17 in families in poverty. This last estimate is a critical component in the determination of Title I grants. *See* 20 U.S.C. § 6333(c)(1)(A). The updated SAIPE estimates are made available inside the Department, including to the program grant offices, in December of each year for use in preparation for the next school year.

21. SAIPE estimates play a key role in many of the Department's formula grant programs. For example, all four Title I-A grant formulas are primarily driven by a district's number of formula-eligible children, and a district's number of children living in poverty, as estimated by EDGE and Census through SAIPE, accounts for about 97% of that count, on average. The accuracy and currency of the school district boundaries that inform SAIPE therefore has a substantial effect on districts' Title I-A award allocations. SAIPE estimates also drive Title I allocations in other ways. For example, Title I-A's Targeted Grant and Education Finance Incentive Grant formulas incorporate a poverty concentration weight, which is based on the count of formula-eligible children, including children living in poverty as determined by SAIPE. And districts are eligible for Title I-A Concentration Grants only if the number of formula-eligible children in the district exceeds 6,500 or 15 percent of the district's 5- to 17-year-old population—another estimate provided via the EDGE/Census SAIPE partnership. Similarly, a district qualifies for funds through the Rural Low-Income Schools Program ("RLIS") in Title V of the ESEA only if SAIPE data indicates that 20 percent or more of the children served by the LEA are living in poverty.

22. SAIPE estimates and other Census poverty and population measures adjusted by NCES are also used to determine allocations under formula grant programs outside of the ESEA. For example, Basic Grant awards under Title I of Perkins V are allocated to states by the

8

Department under a statutory formula. States must in turn sub-allocate the bulk of their Perkins V funds to LEAs in proportion to the number of children in each district living in poverty—as estimated via SAIPE—compared to the total number of children who reside in the district. 20 U.S.C. § 2351(a)(2).

23. Outside of the school district boundaries survey and the data resources derived from it, one of the Department's most commonly used geographic data items is the NCES "locale code," a general geographic indicator that categories all U.S. territory into four types of areas: City, Suburban, Town, and Rural. Each type of area contains three subtypes. The EDGE Programs assign a locale code to every school and institution of higher education in the United States.

24. Locale codes are used in all of NCES's administrative data collections and most school-based sample surveys and assessments, including the National Assessment of Educational Progress ("NAEP"), a statutorily mandated assessment of student performance. *See* 20 U.S.C. § 9622(a). They are particularly important to the Department's administration of Title V-B of the ESEA, the Rural Education Achievement Program ("REAP"), which helps rural LEAs to participate more fully and effectively in other ESEA programs and allows them to provide better educational services to their students. The ESEA authorizes two programs under REAP, the Small, Rural School Achievement ("SRSA") program and the Rural and Low-Income School ("RLIS") Program. To qualify for funds through either SRSA or RLIS, an LEA must be considered "rural." The ESEA defines a district as "rural" only if all of its schools are either assigned a rural school locale code by NCES or are located in an area of the state defined as rural by a state agency. 20 U.S.C. §§ 7345(b), 7351(b). The Department uses NCES locale code assignments to determine eligibility for SRSA and RLIS grants. U.S. Dep't of Educ., *Rural Education Achievement Program*

9

*(REAP) 2025* at 2–3, https://downloads.regulations.gov/ED-2025-SCC-0019-0003/attachment_2.pdf.

### The Integrated Postsecondary Education Data System

25. The Integrated Postsecondary Education Data System ("IPEDS") is a system of twelve interrelated survey components conducted annually from the more than 6,000 college, university, and technical and vocational institutions in the United States that participate in federal student financial aid programs. IPEDS is a statutorily mandated data collection under the Higher Education Act of 1965 ("HEA"), as amended. *See* 20 U.S.C. §§ 1015a, 1094(a)(17); *see also* 34 C.F.R. §§ 668.85, 668.86. Congress has also directed NCES to implement through IPEDS detailed institutional reporting requirements under the Student Right to Know Act, the Campus Security Act, and the Higher Education Opportunity Act of 2008.

26. The HEA requires NCES to make IPEDS data available to the public through a College Navigator website that provides information about institutions of higher education such as student demographics, services, retention and graduation rates, costs, and availability of financial aid. 20 U.S.C. § 1015a(i). NCES must post annual College Affordability and Transparency lists, which use IPEDS data to list the institutions with the highest and lowest tuitions, net prices, and tuition and net price increases, on the College Navigator website. 20 U.S.C. § 1015a(c).

27. Like the CCD and the EDGE Program, IPEDS generates data that is used directly in the administration of grant programs. The HEA creates formula and competitive grant programs that provide funding directly to Minority-Serving Institutions ("MSIs"), colleges and universities that serve high concentrations of minority students who, historically, have been underrepresented in higher education. To receive funding through these programs, colleges and universities must meet the statutory criteria for designation as an MSI.

28. Some MSI designations are based on an institution's student enrollment demographics and financial health, among other factors. For example, to qualify as a Hispanic-Serving Institution ("HSI"), a college or university's undergraduate student body must consist of at least 25% Hispanic students. Likewise, a Predominately Black Institution ("PBI") must have at least 1,000 undergraduates, of whom not less than 40% are Black American students, not less than 50% are low-income or first-generation college students and are in a degree-conferring program.

29. It is my understanding that the Office of Postsecondary Education ("OPE") uses IPEDS data to determine whether an institution is eligible for MSI funding in the first instance. In addition, to qualify as an MSI at any step of the HEA process, an institution of higher education must have participated in IPEDS for the most recent academic year.

30. IPEDS data are also used to calculate eligibility for participation in Title IV programs under 34 C.F.R. part 682 by ensuring that proprietary institutions derive at least 10% of their revenues from nonfederal sources as described in the 90/10 rule. 34 C.F.R. § 668.28.

31. Seven NCES staff members worked on IPEDS with the support of an external contractor. Unlike other programs at NCES, database administration, quality control, and the extraction, transfer, and loading of data were conducted by NCES staff. IPEDS staff were also responsible for pulling institution data from Federal Student Aid to build the universe file. To ensure data quality, the NCES IPEDS team worked with the contractor to build controls into the system through which institutions upload data and to adopt procedures to test data quality before publication and dissemination.

## The Office of the Commissioner

32. Outside of the three divisions, the Office of the Commissioner was responsible for cross-cutting functions. This work was carried out by the Commissioner and Deputy Commissioners for Education Statistics with the support of various subunits and staff, including

11

the Chief Psychometrician, who reviewed the methodology for all NCES assessments, including NAEP, and the Chief Statistician, whose Statistical Standards and Data Confidentiality Staff reviewed all NCES deliverables before release, publication, and dissemination to ensure that they met the Department's statistical quality standards and followed applicable collection and dissemination protocols.

33. The Office of the Commissioner also housed the Annual Reports and Information Staff, which produced the annual *Report on the Condition of Education*. The *Report* summarizes important developments and trends on key topics on all levels of education (from early childhood to postsecondary and beyond), labor force outcomes, and international comparisons. The Report is mandated by ESRA and must be submitted to the President and appropriate congressional committees no later than June 1 of each year. 20 U.S.C. § 9545(b). The *Condition of Education* draws on hundreds of tabulations from the Digest of Education Statistics—an even more expansive collection of annually updated data tables that draws on data from across NCES, as well as other federal statistical agencies. The Digest reports long-term trends and other policy-relevant statistics from statutorily required data collections, including the CCD, IPEDS, and longitudinal studies.

## NCES Reductions in Force

34. On March 11, 2025, the Department sent "notices of separation due to reduction in force" to scores of NCES employees. These Reductions in Force ("RIFs") left only three of NCES's approximately 100 employees working in the Department. The three remaining employees work in the Office of the Commissioner. Only one is trained and certified as a Contracting Officer's Representative, meaning that one employee is the only remaining employee who can manage the NCES contracts and interagency agreements. None of the remaining employees at NCES have managed an administrative data collection or sample survey or worked on any of the NCES data resources used for the formula grant programs.

35. Based on my experience, without expert staff, or indeed, any staff at NCES to guide the planning, gathering, and dissemination of the annual administrative data collections, the quality, reliability, and responsiveness of this data will be compromised to the extent it is collected at all. For example, no personnel will be available to assist SEAs in submitting quality inputs to EDFacts for inclusion in the CCD, provide training and assistance to institutions of higher education uploading data to the IPEDS system, or clean and process the data. The skeleton staffing levels not only decimate NCES's capacity to carry out the annual collections but also means that the Department will lose its ability to update the platforms in response to changes in its statutory data collection obligations that frequently occur when the major federal education statutes are reauthorized. Further, without the geospatial data analysts employed in the EDGE Program, NCES lacks capacity to update the SAIPE estimates and locale codes used in a variety of formula grant and other programs.

36. At current staffing levels, it is also not possible, based on my experience, for NCES to meet its statutory publishing, reporting, and dissemination duties. For example, for the first time in its history, NCES missed the June 1 statutory deadline to submit a comprehensive *Report on the Condition of Education* to Congress and the President this year. *See* 20 U.S.C. § 9545(b).

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 23, 2025.

<u>/s/ Doe Declarant #8*</u><br>
Doe Declarant #8

\* Plaintiffs' counsel hereby certifies that they have a signed copy of the foregoing document available for inspection.