# Exhibit W

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | Civil Action No. 25-965-JRR |

### DECLARATION OF JANE DOE #1

I, Jane Doe #1, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a resident of and taxpayer in Montgomery County, Maryland.

3. My son, C.E., is a senior in high school in Montgomery County Public Schools ("MCPS").

4. My son has an Individualized Education Program ("IEP").

5. In June 2024, I filed a complaint with the United States Department of Education, Office of Civil Rights ("OCR"), on behalf of my son, alleging disability discrimination and retaliation.

6. My son had been transferred, against our will, to a different high school in Spring 2023, as a result of my filing a complaint against the school district with the Maryland State Department of Education.

7. As a result of his transfer, my son lost a year of educational progress. In fact, test results revealed that he regressed academically.

8. Until late 2024, I was working—and in regular communication—with an OCR investigator based in the Philadelphia regional office of OCR.

9. I have not heard from the OCR investigator since November 2024. At that time, he informed me that he drafted allegations based on the information I provided him.

10. I sent the OCR investigator an email in January 2025, then left two voicemails, in February and March 2025. I received no reply.

11. On April 14, 2025, I wrote to the assigned OCR investigator again. I received the following automated response: "My employment status has changed, and I no longer have access to this email account. To ensure continuity, please direct any related inquires to OCR-Transition@ed.gov." I then forwarded my email to that address.

12. I received a reply from a separate OCR attorney informing me that my case had been reassigned. The email said in relevant part: "Your case is being evaluated. We will review the case file, and update you or request any needed information. Thank you for your patience."

13. I heard nothing after that.

14. On May 23, 2025, I wrote to the new OCR attorney to inquire about the status of my case. To date, I have received no reply.

15. There has been no progress in my complaint since November 2024.

16.     I fear that the closure of the Philadelphia regional office and the staff cuts at OCR have stopped my OCR complaint, and that my son will now not get redress for the harms caused to him by the events underlying my OCR complaint. My son is now in his second semester of his senior year, so it is doubtful that the academic regression he suffered as a result of the discrimination will be addressed by the time the school year ends.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 6, 2025.

/s/ Jane Doe #1*
Jane Doe #1

*Counsel hereby certifies that he or she has a signed copy of the foregoing document available for inspection at any time by the court.