# Exhibit X

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## DECLARATION OF JANE DOE #2

I, Jane Doe #2, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a resident of and taxpayer in Montgomery County, Maryland.

3. I have three children who are students in public schools in Montgomery County Public Schools ("MCPS").

4. My elementary age child, C.C., who attends a Title I school, receives Emergent Language Development services under the Elementary and Secondary Education Act, including individualized comprehension support and pull-out sessions with a certified Emergent Multilingual Learners teacher and paraeducator support.

5. These services are critical to C.C.'s academic success.

2

6. I fear that any disruption in support, oversight, and/or funding from the U.S. Department of Education will jeopardize the services upon which my child relies to access his education.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 18, 2025.

/s/ Jane Doe #2*
Jane Doe #2

*Counsel hereby certifies that he or she has a signed copy of the foregoing document available for inspection at any time by the court.