# Exhibit Z

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

### DECLARATION OF JOHN Q. EASTON

I, John Q. Easton, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth below.

2. I was confirmed by the Senate to a six-year term as Director of the Institute of Education Sciences ("IES"), a semi-independent division of the U.S. Department of Education ("the Department"), and served in that role from May 2009 to August 2014. My association with IES began before my term as Director, when President George W. Bush nominated me to the National Assessment Governing Board ("NAGB"), which sets policies for the National Assessment of Educational Progress ("NAEP"), also known as the "Nation's Report Card." I served on the Board from 2003-2007. In addition, I reviewed research proposals submitted to the National Center for Education Research (as an appointed peer reviewer) from 2007 until my appointment as Director of IES.

3. Just before becoming IES Director, I was the Executive Director of the Consortium on Chicago School Research at the University of Chicago. I also had a long affiliation with the Chicago Public Schools ("CPS"), where I served in several research capacities, including as director of CPS's Department of Research, Analysis, and Assessment, and as director of research for the Chicago Panel on School Policy. After my federal service, I became a Distinguished Senior Fellow and, later, Vice President for Programs at the Spencer Foundation. I then returned to the University of Chicago's Consortium of School Research. Most recently, I transitioned to the Institute for Policy Research at Northwestern University, where I currently serve as Interim Executive Director of the Early Childhood Research Alliance for Chicago.

4. I hold a Ph.D. in measurement, evaluation, and statistical analysis from the University of Chicago; a master's degree from Western Washington University; and a bachelor's degree from Hobart and William Smith Colleges. I am a co-author of two books and have written and co-written several dozen research papers and journal articles.

5. Through my professional and academic experiences, I am knowledgeable about IES's functions, requirements, and purpose, and education research and policy more broadly.

6. Congress created IES as a semi-independent division of the Department through the Education Sciences Reform Act of 2002 ("ESRA"), 20 U.S.C. § 9501 *et seq.* As established by ESRA, IES consists of four centers: the National Center for Education Research ("NCER"), the National Center for Education Statistics ("NCES"), the National Center for Education Evaluation and Regional Assistance ("NCEE"), and the National Center for Special Education Research ("NCSER"), along with the Office of Science, which oversees peer review for grants.

7. ESRA establishes the framework for IES's organization and functions. IES's semi-independent status is a key component of the statute's model for improving the scientific validity

2

and reliability of education research. Significantly, ESRA grants the Director of IES authority to publish research, statistics, reports, and evaluations "without the approval of the Secretary or any other office of the Department," as long as publications have been subjected to rigorous peer review before being made available to the public. *Id.* § 9576(a), (c). This autonomy, combined with the Director's six-year term in office, insulates IES from pressure to hide or distort results inconsistent with an administration's political priorities. Indeed, I cannot recall a single instance in my five years as Director when it was suggested or even vaguely hinted that IES should alter the outcomes or conclusions in a publication before its release. As a result, IES operates as a nonpartisan research agency within the Department and has developed a reputation for producing research and data of the highest scientific quality.

8. In creating IES, ESRA assigned specific mandatory responsibilities to each of IES's four centers:

   a. NCER is "to sponsor sustained research that will lead to the accumulation of knowledge and understanding of education . . . ." *Id.* § 9531(b). It fulfills this mandate by supporting at least eight research and development centers, each focusing on at least one of eleven topics listed in ESRA, and awarding competitive education research grants. *Id.* § 9533(a), (c).

   b. NCSER plays a similar role with respect to special education. This Center must "sponsor research to expand knowledge and understanding of the needs of infants, toddlers, and children with disabilities," to improve services provided under the Individuals with Disabilities Education Act ("IDEA"), and to evaluate IDEA implementation and effectiveness. *Id.* § 9567(b).

3

  c. NCES must "collect, report, analyze, and disseminate statistical data related to education in the United States" by carrying out various administrative data collections, longitudinal surveys, and sample surveys, *see id.* § 9543(a), and administer NAEP, *id.* §§ 9621–9624.

  d. NCEE "shall . . . provide technical assistance," evaluate federal education programs to determine their impact, synthesize and disseminate the results of evaluation and research, and encourage the use of scientifically valid education research and evaluation by practitioners and others. *Id.* § 9561(b). The Center also must establish a network of 10 Regional Educational Laboratories ("RELs") to support applied research, development, and technical assistance in partnership with states and school districts. *Id.* § 9564.

 9. In my experience, each of the four centers plays a critical role in carrying out IES's statutory mission of "provid[ing] national leadership in expanding fundamental knowledge and understanding of education from early childhood through postsecondary study . . . ." *Id.* § 9511(b)(1).

 10. For example, NCES performs the essential work of providing trustworthy, accurate information about the condition of education to an incredibly broad public, consisting of practitioners, policymakers, school and district administrators, researchers, advocates, and parents. Its premier product, the administration of the statutorily mandated NAEP examination and publication of related reports and data, is widely regarded as the gold standard of large-scale assessment. NAEP is the only nationally administered assessment that tracks and reports on learning trends over time at the national, state, and selected district levels. NCES staff, in collaboration with external contractors, are responsible for developing, administering, scoring, and

4

reporting the assessment of thousands of students, in tens of thousands of schools, in 4th, 8th, and 12th grades. NCES and its contractors develop and maintain several online sources that enable in-depth and comprehensive investigations into NAEP findings.

11. Throughout my career, I have relied heavily on NAEP data myself and observed its many uses by others. While at the University of Chicago Consortium on School Research, I frequently presented NAEP data to CPS leaders, comparing Chicago results to state and national data and using NAEP item maps to illustrate what "proficient" student work looks like in comparison to the performance of the average CPS student. As IES Director and a member of NAGB, I gained a fuller understanding of how critical NAEP data are to policy, curriculum, instruction, research, and fiscal questions at every level of U.S. education. Policymakers, administrators, and other stakeholders routinely look to the high-quality, reliable NAEP results to make informed decisions about education policy. It is my understanding that all but two of the 30-plus NCES employees with prior experience working on NAEP were eliminated in the March 11, 2025 Reduction in Force ("RIF").

12. NCES also collects the critical data necessary to effectively study education systems, provide guidance to states and school districts, develop and implement new policy initiatives, and distribute federal formula grants to states and districts. Through products like the Common Core of Data, NCES produces accurate information on discrete topics, such as the number of certificated teachers in each state or how many eighth-grade science teachers are employed nationwide, that is not available from any other source. Other large-scale data collections, especially NCES's longitudinal surveys, are an invaluable resource for understanding how students' knowledge, skills, and development change over time and evaluating the influence of various factors on these outcomes. It is my understanding that all of the NCES employees

5

working on administrative data collections, sample surveys, and longitudinal studies were eliminated in the March 11 RIF.

13. NCER and NCSER foster research on underfunded and high-need education topics, with an eye towards identifying evidence-based interventions and strategies that can be adopted by policymakers and practitioners and promoting the development of early-career education researchers. By funding state-of-the-art research and training programs, NCER and NCSER build the knowledge and understanding of education practice, systems, and policy needed to improve the quality of education in the United States and optimize education outcomes for all learners.

14. IES staff play an essential role in ensuring that research grants awarded by NCER and NCSER result in quality reports and publications that will contribute to education practice. Years after my term as IES Director, I became a co-principal investigator on a team that received a competitive Education Research Grant from NCER. Our study used secondary data to explore associations between pre-K access, patterns of school-based pre-K enrollment, and student academic outcomes. Our goal was to inform policy by exploring a key lever for increasing enrollment among at-risk, traditionally-underserved students and to lay a foundation for future efficacy studies of pre-K enrollment policies and practices.[1] During the grant period, I participated in numerous conversations with the NCER program officer assigned to the project. I had the opportunity to observe this individual's great competence from both sides of the table, first as IES Director and later as a grantee. She was a wonderful partner in our work and was truly helpful in discussing and distilling our results and findings.

---

[1] IES, *Exploring the Role of Access to School-based Pre-kindergarten: Enrollment and Academic Outcomes under Decentralized and Centralized Enrollment Policies* (2018), https://ies.ed.gov/use-work/awards/exploring-role-access-school-based-pre-kindergarten-enrollment-and-academic-outcomes-under.

15. As of this writing, NCER has 425 open research grants.[2] It is my understanding that all NCER employees except the Commissioner were eliminated in the March 11 RIF. As a result, none of the 425 grantees will be able to access the technical assistance that was available to me and my team, which will necessarily impact the quality of grant applications and the ability of grant applicants and grant recipients to successfully complete the grant requirements.

16. The last of IES's centers, NCEE, is a vital source of information on education research and federal education programs for the public. Through well-known, widely used platforms like the Education Resources Information Center ("ERIC") and the What Works Clearinghouse, NCEE communicates the results of peer-reviewed, reliable research for a lay audience, translating findings into practice guides, toolkits, and other classroom-focused resources and making white papers and other gray literature available free of charge. In addition, NCEE's evaluations of federal education programs provide objective insight into their impact and effectiveness, information that is essential for policymakers to decide whether to continue, modify, or end particular initiatives. It is my understanding that all NCEE employees, too, were eliminated in the RIF, leaving only the Commissioner, who is also serving as the Acting Director of IES. The loss of these personnel will reduce the volume and quality of education research and resources available to end users—including me. In my current work at Northwestern University, I am taking advantage of very valuable information provided in an NCEE REL publication[3] as I prepare a research brief on Illinois' Kindergarten Readiness Assessment.

---

[2] IES, *Education Research Grants*, https://ies.ed.gov/use-work/awards/exploring-role-access-school-based-pre-kindergarten-enrollment-and-academic-outcomes-under.

[3] IES, *REL 2020-012, Appendixes: Children's Knowledge and Skills at Kindergarten Entry in Illinois: Results from the First Statewide Administration of the Kindergarten Individual Development Survey* (2012), https://files.eric.ed.gov/fulltext/ED599358.pdf

17. IES requires highly qualified staff with clear responsibilities within this diverse portfolio of work to fulfill its statutory functions. Since its founding in 2002, IES has generally employed approximately 200 full-time employees, with some variation based on fluctuations in the Department budget and IES salary allocations. Before the March 11 RIF, the head count at IES was about 192 full-time employees. This was a lean staffing model compared to other federal science, research, and statistical agencies with similar objectives in relation to their parent department.[4] For example, NCES's staffing as a proportion of its overall budget, prior to the March 11 RIF, was about a tenth of the level of the other twelve principal federal statistical agencies.[5]

18. As a result of this staffing model, IES relies on external contractors and interagency agreements to complete much of its statutorily required work. For example, IES has never had sufficient personnel to administer NAEP and other large-scale assessments without the support of contractors to do the groundwork associated with outreach to recruit participating schools, mailing out assessment packages, and scoring hundreds of thousands of exams. But oversight and direction from subject-matter experts are necessary to make these arrangements function. IES staff assigned to manage contracts and interagency agreements bring the content expertise and experience needed to ensure that IES data and research products are impeccably reliable, accurate, and scientifically valid. They develop the frameworks within which contractors carry out work and set specific targets and requirements for each project. They also are responsible for quality control at each stage of a project, from refining concepts and methodology to reviewing reports and other deliverables before publication. While contractors expand IES's capacity to take on work, it has

---

[4] Nat'l Acads. of Scis., Eng'g, & Med., *The Future of Education Research at IES: Advancing an Equity-Oriented Science* 54 (2022), https://nap.nationalacademies.org/read/26428/chapter/1#ii.

[5] For FY 2021–FY 2023, NCES reported a ratio of full-time equivalent contractors to full-time equivalent employees ranging from 11:1 to 16:1, compared to ratios of 0.50:1 or less for other statistical agencies. Am. Statistical Ass'n, *The Nation's Data at Risk* 54 & supp. (2024), https://www.amstat.org/docs/default-source/amstat-documents/the-nation's-data-at-risk---report.pdf; https://www.amstat.org/docs/default-source/amstat-documents/the-nation's-data-at-risk-supporting-materials/national-center-for-education-statistics.pdf.

always been IES employees who ensure the utility and validity of the education research and data endorsed by the Department.

19. Moreover, it is my understanding that the administration has directed the few remaining employees within IES to reduce the costs of all contracts by 50 percent. As a result, the scope of the work to be completed under contracts awarded as recently as October 2024 has been severely reduced, to the point that contractors questioned whether they could perform the work at an acceptable level of quality. In some cases, to ensure the quality of the work that is completed, IES has been forced to eliminate programs and activities. For example, to try to meet the 50-percent reduction requirement for the contracts that support NAEP, NAGB has cancelled all upcoming NAEP assessments, other than the 2026 assessments for 4th and 8th grade reading and math, and deferred other statutorily required NAEP component tests for years.[6] I believe that the loss of writing assessments, state and district-level exams for high-school reading and math, and science and history assessments, among others, will undermine policymakers' and researchers' ability to understand student performance and eliminate a key source of objective, comparative data across state lines.

20. Based on my experience as IES Director, the sweeping March 11 RIF and gutting of IES contracts leaves IES unable to carry out its statutory responsibilities under ESRA. If resources are not restored to IES soon, it will take years, if not decades, to rebuild the agency's capacity. The current staff and contractors have particularized subject-matter expertise in education research, statistics, and policy and years of experience in administering grants, contracts, and interagency agreements. Replacing this depth of knowledge will present a significant

---

[6] Jill Barshay, *A Smaller Nation's Report Card*, Hechinger Report (Apr. 24, 2025), https://hechingerreport.org/proof-points-smaller-naep/.

challenge. In the interim, the losses to our nation's education research and data infrastructure are far-reaching and profound.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 5, 2025.

*June 5, 2025*

*John Q. Easton*

John Q. Easton