# Exhibit EE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants.* | Civil Action No. 25-965-JRR |

**DECLARATION OF MARA GREENGRASS**

I, Mara Greengrass, declare as follows:

      1.      I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

      2.      I am a resident of and taxpayer in Montgomery County, Maryland.

      3.      My son, B.F. is a sophomore at Northwood High School, in Montgomery County Public Schools ("MCPS").

      4.      My son struggles with executive function, and as a result, he has had an Individualized Education Program ("IEP"), for the last year and a half.

      5.      Pursuant to his IEP, my son receives daily paraeducator support, specialized educational programming, a dedicated counselor, and a class on executive function skills. These services are critical to my son's academic success.

6.    In his freshman year, prior to receiving an IEP, my son struggled to pay attention and to communicate with teachers and peers, did not do assignments or classwork, and received poor grades.

7.    MCPS already faces shortages in services for students with disabilities, such as paraeducators.

8.    I fear that any disruption in support, oversight, and/or funding from the U.S. Department of Education will jeopardize the services upon which my son relies to access his education.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 6, 2025.

Mara Greengrass