# Exhibit GG

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., *Plaintiffs*, v. THE UNITED STATES OF AMERICA, et al., *Defendants*. | Civil Action No. 25-965-JRR |

## DECLARATION OF ED HERMES

I, Ed Hermes, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Board Member of the Governing Board of Osborn School District ("Osborn") and father to two Osborn elementary school students. I provide this declaration in my personal capacity in support of Plaintiffs in the above-captioned matter.

3. I earned bachelor's degrees from Arizona State University ("ASU") before becoming a High School teacher on the Navajo Nation. I then earned a juris doctor from the ASU Sandra Day O'Connor College of Law.

4. I submit this declaration to describe the effects that actions taken by the Trump Administration, the U.S. Department of Education ("the Department"), and Secretary of Education Linda McMahon to dismantle the Department are having, and will continue to have, in Osborn.

**Osborn Elementary School District**

5.  Osborn is a public school district consisting of 6 schools serving more than 2,100 students in pre-Kindergarten through eighth grade in Phoenix, Arizona.

6.  I was first elected to the Governing Board in 2020. I served on the Osborn School District Education Foundation from 2018-2020.

7.  Osborn's mission is "The Osborn Community advances the full potential of every child by developing emotional intelligence and academic excellence." Osborn School District, Mission, https://www.osbornnet.org/domain/118 (last visited June 10, 2025).

8.  Members of the Osborn Education Association, an affiliate of the Arizona Education Association and the National Education Association ("NEA"), Osborn's certified educators and classified staff. NEA is a Plaintiff in the above-captioned lawsuit. Member of the Osborn Education Association are also members of NEA.

9.  Osborn's minority enrollment is 90%. The table below shows the district's student racial demographics as of the 2023-2024 school year.

|  | Percentage |
|---|---|
| **African American** | 13.79% |
| **Native American** | 4.82% |
| **Hispanic** | 63.15% |
| **Multiple Races** | 4.49% |
| **White** | 10.97% |

Arizona Report Cards, *Osborn Elementary District*, Student Enrollment Chart, https://azreportcards.azed.gov/districts/detail/4262 (last visited June 10, 2025).

10. According to census data, 685 Osborn students were living in poverty, as of January 1, 2024. *SAIPE School District Estimates for 2023*, Estimates by State, Arizona, U.S. Census Bureau (Dec. 2024), https://www.census.gov/data/datasets/2023/demo/saipe/2023-school-districts.html.

11. According to EDFacts data, there were 85 Osborn students experiencing homelessness during the 2022-2023 school year. *Homeless Enrolled Students by State*, 2022-2023 School Years, ED Data Express, https://eddataexpress.ed.gov/dashboard/homeless/2022-2023?sy=2955&s=774 (last visited June 10, 2025).

12. During the 2023-2024 school year, 20.8% of Osborn students were English learners. *Osborn Elementary District*, July 2023-June 2024 Enrollment Groups, Arizona School Spending, https://schoolspending.az.gov/explore/as-parent-guardian/district/osborn-elementary-district-070408000/enrollment (last visited June 10, 2025).

13. During the 2023-2024 school year, 12.7% of Osborn students had documented disabilities. *Id*.

14. Osborn depends on federal funding streams. For the 2023-2024 school year, federal funding accounted for approximately 29% of the district's budget. This dropped off starting in 2024, when ESSER money (emergency relief aid authorized by Congress in response to the COVID-19 pandemic) was stopped. The great majority of federal funds come through grants or funding streams that impose specific requirements, limitations, or conditions on how the money can be spent. These funds are often referred to as "restricted funds."

| Fiscal Year | Total Federal Funds |
|---|---|
| 2025 | $6,302,000 |
| 2024 | $10,642,000 |
| 2023 | $14,562,000 |

*Budget and Finance*, Osborn School District, https://www.osbornnet.org/domain/165 (download Adopted Budgets for FYs 2023-2025 and navigate to cell S27 on the "Cover" tab for each year).

15. Osborn receives federal funding through various restricted grant programs including Titles I, II, III, IV, VII, and X of the Elementary and Secondary Education Act of 1965 ("ESEA"), as amended by the Every Student Succeeds Act ("ESSA"); and the Individuals with

3

Disabilities Education Act ("IDEA")'s Grants to States for special education services ("Part B"). The following table shows the funding amount for major grants to Osborn from the Department for fiscal year 2025:

| **Formula Grant** | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Title I - Helping Disadvantaged Children | $1,500,000 | $1,500,000 | $1,200,000 |
| Title II - Prof. Dev. and Technology | $145,000 | $145,000 | $135,000 |
| Title III - Limited Eng. & Immigrant Students | $90,000 | $90,000 | $65,000 |
| Title IV - 21st Century Schools | $730,000 | $730,000 | $680,000 |
| Title VII - Indian Education | $32,000 | $32,000 | $32,000 |
| Title X - Homeless Education | $25,000 | $25,000 | $25,000 |
| IDEA Part B | $950,000 | $950,000 | $800,000 |

*Id.* (on "Page 6," column J). Osborn uses federal funding to hire additional educators, buy additional materials, and offer services beyond those supported by state and local dollars. The district does not—and by law, cannot—use federal money to replace funding from state or local sources.

16.     All Osborn schools except for one recently reopened school are eligible to operate school-wide Title I programs. Those funds are critical to academic support services.

17.     As discussed in more detail below, until February 2025, Osborn also benefited from additional federal funding as a partner in a competitive grant awarded to the National Institute for Excellence in Teaching ("NIET") under the Department's Teacher and School Leader ("TSL") Incentive Program. The grant is known as Arizona Prioritizing Recruitment/ Retention and Induction to Maximize Equity ("AZ PRIME").

## AZ PRIME

18.     Arizona's teacher shortage has been an ongoing concern statewide for nearly a decade.

19. Osborn has faced challenges in recruiting and retaining effective teachers and school leaders. High levels of educator turnover drains valuable resources, puts added strain on teachers in the district, and makes building a high-performing, stable teaching faculty difficult.

20. To address the teacher shortage, Osborn partners with Teach for America, placing cohorts of 2-8 teachers annually and employs certified teachers from other countries through the International Teach Alliance. But the training provided through those programs is not sufficient to ensure a high-quality educator workforce throughout the district. To be effective, teachers and school leaders need ongoing professional learning opportunities, mentoring, and support.

21. In 2023, NIET was awarded a three-year grant totaling $16 million. The grant was intended to support the AZ PRIME project for their high-need schools, including Osborn schools. AZ PRIME provided a structure to support new or struggling teachers, to increase teacher effectiveness and retention such as professional development and mentorship, regular coaching sessions, classroom observations with constructive feedback, co-teaching opportunities, and professional learning communities. This helps veteran teachers because it takes the burden of supporting new and inexperienced teachers off their shoulders. The grant also provided opportunities for educators to move through a leadership pipeline which improves the quality of leaders in the district and provides opportunities for veteran teachers to increase their leadership capacity.

22. AZ PRIME was a godsend for Osborn. The grant enhanced Osborn's capacity to recruit and retain experienced, certified, effective, and diverse educators; provide induction support for new teachers; and integrate character education to improve school environment, thereby fostering equity in student access to educational resources and opportunities. To achieve the project objectives of improving teacher and school leader effectiveness and enhancing student

academic performance, AZ PRIME used NIET's TAP System for Teacher and Student Advancement as the base to implement valid and reliable evaluation processes for teachers and school leaders; expand formal, instructionally focused roles for teacher leaders; implement job-embedded, collaborative professional learning for teachers and school leaders; and create and implement a system of practice-based coaching for teachers and school leaders.

23.     Osborn used the funding received through AZ PRIME directly to support teacher salaries. In particular, the funding was used to promote experienced Osborn teachers to become master teachers. These veteran educators with significant experience instruct, coach, and provide professional development for new teachers. Master teachers are critical for developing and retaining staff. Through the grant, Osborn hired 5.5 new master teachers. As a result, Osborn was able to staff two master teachers per school.

24.     There is no question that AZ PRIME has been essential to Osborn. A master teacher is not just a mentor but also a second set of ears, eyes, and hands to assist with difficult situations in the classroom.

25.     On February 18, 2025, halfway through the three-year AZ PRIME grant schedule, NIET received a notice of grant termination from the Department, effective immediately. Attached hereto as **Exhibit 1** is a true and correct copy of the notice of grant termination that NIET shared with Osborn.

26.     NIET also sent Osborn an email that stated:

> The Acting Secretary of Education has determined that it is a priority of the Department of Education to eliminate discrimination in all forms of education across the United States. In line with the Department's obligations to constitutional and statutory law, this priority includes ensuring that Department grants do not support programs or organizations that promote or participate in diversity, equity, and inclusion (DEI) initiatives. The AZ PRIME grant was found to be inconsistent with these priorities, as it either promotes or participates in DEI initiatives that

6

> conflict with the Department's policy of prioritizing merit, fairness, and excellence in education.

This amounted to a loss of approximately $1 million for Osborn over the remaining grant period. The termination blindsided Osborn.

27. The termination notice that NIET received from the Department provided no individualized basis for the termination and contained only generalized statements that AZ PRIME was contrary to the Administration's policies. On information and belief, the notice that NIET received from the Department was identical to notices of termination received by many other awardees in February 2025, except for the recipient's name and grant number. The letter does not identify anything specific about AZ PRIME that caused the termination.

28. In the meantime, as a result of the grant termination, Osborn had to use contingency funds totaling $250,000 in order pay the salaries of employees working under grant-funded contracts through the remainder of the 2024-2025 school year. Osborn will not be able to absorb these salary costs again next year and will have less flexibility when negotiating teacher pay and benefits while the district tries to replenish the emergency funds. In order to replenish the emergency funds used to pay out the remainder of the contracts for grant-funded positions, Osborn will also have to forgo or cut teacher pay and benefits for teachers to make up for the lost funds.

29. Osborn relied on AZ PRIME funding. Without the AZ PRIME funding, Osborn cannot afford to pay the same number of master teachers and administrators. As a result, Osborn made the difficult decision that it can afford to retain only one master teacher per school. Six master teachers, including Hilda Palache Leon, a 20-year educator and master teacher, who is an NEA member, has already received a reduction in force notice.

30. If the grant is not restored or additional federal funding is reduced, Osborn's ability to fulfill its mission to "advance[] the full potential of every child by developing emotional intelligence and academic excellence" will be diminished.

31. This reality is devastating. Osborn made a promise to our kids, and unlike the federal government, we don't break those promises.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 16, 2025.

_____
Ed Hermes

9