# Exhibit II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | Civil Action No. 25-965-JRR |

## **DECLARATION OF DENISE JOSEPH**

I, Denise Joseph, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Maryland. I am over the age of 18 and have personal knowledge of all facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. Beginning December 13, 2015, I have been employed by the U.S. Department of Education ("the Department").

3. I hold a Bachelor of Arts in Urban Studies from the University of Maryland, College Park and a Master of Arts in Liberal Studies from Towson University. In March 2025, I successfully defended my dissertation in Education Policy and Leadership Studies from the University of Maryland, College Park.

4. Since 2021, I have held the position of Management and Program Analyst, GS-343-14, in the Office of Management and Planning, in the Office of Postsecondary Education ("OPE"). According to its website, OPE works to strengthen the capacity of colleges and

universities to promote reform, innovation and improvement in postsecondary education, promote and expand access to postsecondary education, and increase college completion rates for America's students. *Office of Postsecondary Education (OPE)*, U.S. Dep't of Educ., https://www.ed.gov/about/ed-offices/ope (last visited June 21, 2025). OPE administers over 60 programs that address critical national needs and support our mission of increasing access to quality postsecondary education. *OPE – Programs and Initiatives*, U.S. Dep't of Educ., https://www.ed.gov/about/ed-offices/ope#programs-and-initiatives (last visited June 21, 2025). Within OPE, the Office of Management and Planning oversees and coordinates the responsibilities of the Management Support Unit and the Executive Office. The Management Support Unit ("MSU") is responsible for operations management for OPE. MSU serves as the primary catalyst for developing and implementing effective management practices, continuous improvement processes, and organizational capacity building to align and implement OPE's Annual Program Performance Plan in accordance with the Department's Strategic Plan.

5. My position in OPE has been to build the capacity of managers and supervisors to award grants and provide services to higher education institutions, including provision of training, onboarding, management of data, and employee engagement.

6. On January 29, 2025, I was placed on administrative leave from my position at the Department. A true and correct copy of this notice is attached as **Exhibit 1**. The notice states that the leave was "not being done for any disciplinary purpose." Seven other employees in OPE were also placed on leave on or about January 29, 2025.

7. It is my understanding that my colleagues and I were placed on leave in January because our positions were being evaluated, based on some alleged connection between our work and diversity, equity and inclusion. My direct supervisor notified her superiors that my position

was not connected to diversity, equity, and inclusion, but this did not affect my placement on leave. Since the receipt of that notice, I have not been allowed to perform any work on behalf of the Department.

8. Since I was placed on leave in January 2025, it is my understanding that no other Department employee has been performing my job duties, which are necessary to prepare managers and supervisors to award grants and provide services to higher education institutions, including provision of training, onboarding, management of data, and employee engagement.

9. It is my understanding that as of March 2025, approximately 40 staff members of the approximately 180 that were employed in OPE were no longer working at the Department because of being placed on administrative leave, or by resignations or VERA that were encouraged by the Department against the threat of future reductions in force ("RIFs"). These 40 staff members came from the Executive Office, the Advanced Training and Research Group, the Management and Planning Team, the International Foreign Language Branch/Division, the International Studies Group, and MSU. The placement of loss of 40 staff members included numerous program grant managers who I previously supported in my role and who were responsible for committing grant funds and overseeing grantees of grants.

10. On April 10, 2025, I received notice that my employment would be terminated effective June 10, 2025, as part of the widespread RIF at the Department. I have not been offered any other position as part of this RIF.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 23, 2025.

_____
Denise Joseph

4