# Exhibit KK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
et al.,

       *Plaintiffs,*

   v.

THE UNITED STATES OF AMERICA, et al.,

       *Defendants.*

Civil Action No. 25-965-JRR

## <u>DECLARATION OF DR. JOHN B. KING, JR.</u>

I, Dr. John B. King, Jr., declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Chancellor of the State University of New York ("SUNY"), a position I have held since January 2023. As Chancellor, I lead the nation's largest comprehensive system of public higher education, which is made up of 64 colleges and universities and includes four academic health centers, five hospitals, four medical schools, two dental schools, a law school, the country's oldest maritime academy, and the state's only college of optometry. In this capacity, I establish and monitor SUNY's strategic direction; develop, lead, and oversee SUNY's strategic initiatives; and implement SUNY Board of Trustees policies.

3. I previously served as the 10th U.S. Secretary of Education. I held that position at the U.S. Department of Education (the "Department") from January 1, 2016 through January 20,

2017 (first as Acting Secretary and, following confirmation by the United States Senate, as Secretary), after serving from January 2015 to December 2015 as the Department's Delegated Deputy Secretary.

4.    As the U.S. Secretary of Education, I had a specific understanding of the operational and personnel needs for fulfilling the Department's statutory authority and goals. I have carried this understanding into my current role at SUNY.

5.    Prior to serving as the U.S. Secretary of Education, I served as the New York State Commissioner of Education from 2011 to 2014. In that role, I interacted with the Department of and developed an understanding of the key role that the Department played in advancing educational opportunity and quality.

6.    Through my prior service as Secretary as well as my current service as the Chancellor of SUNY, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

7.    I submit this declaration in connection with Plaintiffs' Motion for a Preliminary Injunction seeking relief from the Defendants' attempts to dismantle the Department. On March 11th, the Department announced that it would implement a massive reduction in force ("RIF"), which, in combination with smaller staff reductions since January 2025, would reduce its workforce by almost 50% as part of the Department's "final mission" of shutting itself down. U.S. Dep't of Educ., U.S. Department of Education Initiates Reduction in Force("March 11 Press Release"). This unprecedented RIF has significantly weakened or effectively dismantled vital Department offices tasked with statutory mandates, including the Office of Federal Student Aid ("FSA"), the Office for Civil Rights ("OCR"), the Office of Postsecondary Education ("OPE"), the Institute of Education Sciences (including the National Center for Education Statistics ("NCES")), and the

Office of General Counsel ("OGC"). I am providing this declaration because SUNY's vast economic impact on New York State and the transformational upward mobility for students made possible by the excellence of SUNY's academic programs rely heavily on the Department fulfilling its obligations as required by law.

8.      SUNY is the largest comprehensive system of public higher education in the United States. SUNY is an integral part of the New York economy and any interruption in the educational services that SUNY provides would have a direct and deleterious effect on New York's economy. This effect would be both immediate—in terms of direct economic impact for SUNY institutions and the communities that rely on those institutions—as well as long term, in terms of the weakened ability of SUNY to educate and train the next generation of students. The Department's inability to fulfill its statutory financial aid responsibilities, in particular, would represent a staggering failure and an existential threat to the success of our students.

9.      SUNY campuses are economic engines of the communities they are privileged to serve. In the 2020–21 academic year, SUNY had a total economic impact of $31 billion. If SUNY were a private company, it would rank among the top 10 employers in New York State. In addition to its direct employment of New Yorkers, SUNY indirectly supports 85,415 jobs through the economic activity of our students and campuses in the communities that they serve. For example, in Central New York, SUNY represents 10.9% of total regional economic output; in the Southern Tier, SUNY contributes 10.5% of total regional economic output; and on Long Island, SUNY is responsible for more than $8.5 billion in economic output, or 4.1% of the regional total. Rockefeller Inst. of Gov't, *The Economic Impact of the State University of New York (Academic Year 2020)* 3 (2020), https://rockinst.org/wp-content/uploads/2024/02/SUNY-Economic-Report-AY2020.pdf.

3

10.    SUNY is composed of 64 institutions, including research universities, academic medical centers, liberal arts colleges, community colleges, and colleges of agriculture and technology. SUNY's credit-bearing programs and courses, workforce development programs, and continuing education and community outreach programs have a total of nearly 1.4 million annual enrollments.

11.    SUNY's 64 campuses are geographically distributed widely across New York State, including 18 campuses located in rural areas. More than 95 percent of all New Yorkers live within 30 miles of a SUNY campus.

12.    An estimated one in three New Yorkers with a high school degree enroll in SUNY colleges and universities. As a result, SUNY plays a unique and vital role in preparing New York State's workforce, supporting the success of employers in a vast range of industries and providing a pathway for students of all ages—from recent high school graduates to individuals who have been in the workforce for decades—to pursue their chosen career path, to fill critical positions, and to improve the economic security of themselves and their families.

13.    For example, SUNY Maritime is one of only seven maritime academies in the entire United State and prepares students for careers in the global shipping industry. SUNY's College of Agriculture and Technology at Cobleskill is home to a 200-cow dairy facility and one of the largest cold-water fish hatcheries in the United States. SUNY's health care education and workforce programs produce one-third of New York State's nursing graduates, one-third of its Doctor of Medicine (MD) graduates, and all of its optometry graduates. Onondaga Community College was selected as an education partner for Micron, which is building the largest semiconductor fabrication facility in the history of the United States.

14.    These and other programs across SUNY's campuses play an important part in

4

economic and social mobility. New Yorkers with either an associate's degree or bachelor's degree have consistently lower unemployment rates than New Yorkers without a degree. *(Current Population Survey* via New York State Department of Labor(last visited June 25, 2025). SUNY campuses make it possible for students and families to achieve an enormous return on their investment in a college degree. This return can be seen empirically by comparing the median earnings in the 10 years after a student enrolls at an institution to the average net price of the institution: for example, +$274,000 at Farmingdale State College, +$252,000 at Binghamton University, and +$245,000 at SUNY Polytechnic Institute. Georgetown Univ. Ctr. on Educ. and the Workforce, *Ranking 4,600 Colleges by ROI (2025)*, https://cew.georgetown.edu/cew-reports/roi2025/ (last visited June 25, 2025) (analysis of data from the U.S. Department of Education, College Scorecard). Notably, even this valuable information for families considering the economic advantages of college would not be possible without the Department's data collection and reporting, including through NCES.

15.    There is a place at SUNY for every New Yorker, and SUNY's total enrollment has increased in each of the last two years. This represents the first time in 15 years that SUNY has experienced back-to-back enrollment increases in every SUNY sector.

16.    Under Title IV of the Higher Education Act of 1965, as amended, FSA administers Pell Grants, work-study programs, and subsidized loans, and handles loan disbursement, servicing, and borrower assistance for SUNY students and prospective students. Additionally, FSA is principally responsible for compliance with the Higher Education Act and its components. Reducing its workforce in the manner that has been done will effectively make higher education inaccessible for many, if not most, SUNY students if student loans are delayed in administration. For example, delay of the release of Title IV funding to institutions that have been authorized will

cause significant harm to SUNY and the students attempting to attend a SUNY institution.

17.     New Yorkers receive approximately $1.9 billion in Pell grants annually, including $633 million for 112,000 SUNY students. In Fall 2024, nearly half (49.7 percent) of first-time SUNY undergraduate students were recipients of Pell grants. SUNY's four pre-eminent University Centers (the University at Albany, Binghamton University, University at Buffalo, and Stony Brook University) together enroll twice as many Pell recipients as the entire Ivy League combined. Pell grant recipients represent 55.2 percent of undergraduate students at SUNY Canton, 63.5 percent of undergraduate students at SUNY Morrisville, and 67.4 percent of students at Herkimer Community College.

18.     FSA also develops the Free Application for Federal Student Aid ("FAFSA") form, maintains the technology required for students to submit their FAFSA, processes students' FAFSA submissions, and transmits FAFSA data to college campuses for use in generating current and prospective students' financial aid packages. Completing the FAFSA is essential not only for Pell grant eligibility but also for determining eligibility for New York State-based financial aid programs, including the New York State Tuition Assistance Program ("TAP") and Excelsior Scholarship. More than 100,000 SUNY students rely on TAP and Excelsior, which together provide approximately $340 million in financial aid to SUNY students.

19.     Fifty-two percent of in-state SUNY undergraduate students have their tuition fully covered through a combination of state, federal, and institutional financial aid. As a result, 472 percent of SUNY students graduate with no debt, and those who do graduate with loans owe far less than the national average. There is no replacement for this financial aid, and without it many of our students would simply be unable to complete their degrees.

20.     I understand that President Trump has called for the immediate transfer of student

loan functions to the Small Business Administration, which also announced a 40% RIF in March of 2025. I cannot imagine how this transfer could occur without severely disrupting and undermining the financial aid responsibilities just discussed, as the SBA lacks any appropriate subject matter expertise.

21.     The Department further manages large-scale data collection and enforcement from institutions of higher education across the country. For example, as part of an institution's compliance with the Title IV requirements, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Campus Safety Act ("the Clery Act"). The Clery Compliance Group within the FSA is responsible for enforcement of this Act, and the School Oversight and Eligibility Group within FSA also identifies violations through program reviews. The Act requires institutions of higher education to be transparent about crime reporting on their campuses with the Department and to post Annual Security Reports on their public facing websites for its campus community and prospective students to review. The Violence Against Women Act ("VAWA") amendments to the Clery Act further require reporting on incidents of sexual assault, dating violence, domestic violence, and stalking as well as incidents of hate crime related to gender identity and national origin. Without sufficient enforcement staff, the accuracy of such reporting will be unreliable at best. Further, in December 2024, Congress passed amendments to this Act (the Stop Campus Hazing Act) to include hazing reporting, with compliance on collecting statistics commencing January 1, 2025. Without appropriate staffing, there is a high degree of possibility that no regulations will be promulgated around this new law, nor will there be any guidance from the Department on the implementation of this law, which would be within its purview. This would, again, prevent the Department from fulfilling its statutory obligations.

22.     In addition, the Department's oversight of predatory for-profit colleges and

universities provides an essential protection not only for students who would be subject to their fraudulent practices, but also to SUNY and other public and private higher education institutions that rely on students and families being able to make informed decisions about college cost and outcomes using accurate information. As part of the March RIF, the entire FSA unit that provides oversight of for-profit colleges was reportedly eliminated, which disables this critical oversight function that is necessary to ensure the integrity of federal student aid programs. According to the National Bureau of Economic Research, a non-partisan research organization, students who choose to attend for-profit schools as opposed to similarly selective public schools borrow more money to attend, default on their student loans at a higher rate, and have a lower likelihood of employment post-graduation than at public higher education counterparts. National Bureau of Economic Research, *The Effects of For-Profit Colleges on Student Outcomes and Debt* (November 26, 2018), https://www.nber.org/digest/dec18/effects-profit-colleges-student-outcomes-and-debt. Such disparities exist despite the Department's historical oversight. Abandonment of that critical responsibility by the Department due to a lack of staffing will only serve to exacerbate that situation and lead to higher student debt and lower expected outcomes.

23.    Since its founding, the Department has provided statutorily required civil rights oversight and enforcement that protects the educational rights of every American. This fundamental responsibility helps ensure a pipeline of college-ready students by addressing and preventing civil rights violations that keep K–12 students from accessing high-quality educational experiences. For example, SUNY currently serves more than 30,000 students who identify as having a disability. Disability-related discrimination complaints were the second most common type of complaint handled by the Department's Office for Civil Rights ("OCR") in fiscal year 2023, and OCR's enforcement made it possible for students with disabilities to receive the K–12

services and supports to which they were entitled, contributing to successful high school graduation and college matriculation. There is no replacement for the administrative enforcement of federal civil rights laws that OCR provides.

24.     SUNY is committed to ensuring that every campus is safe and inclusive, and OCR plays a critical role in these efforts. A student will not choose to attend (or remain at) an institution where they do not feel like a valued member of the campus community. OCR enforces several federal civil rights laws, including Title VI, Title IX, Section 504, the Age Discrimination Act, and certain aspects of Title II of the Americans with Disabilities Act. OCR not only engages in investigation and enforcement activities, but it also provides critical guidance materials to effectuate compliance across all institutions of higher education. For example, to combat antisemitism and other forms of discrimination and harassment, SUNY has taken extensive steps to fulfill its responsibilities under Title VI of the Civil Rights Act of 1964. These steps include mandatory Title VI training for all SUNY faculty and staff, requiring that campuses complete Title VI checklists before relevant events, promulgating guidance with expectations for how students can submit and campuses will receive Title VI complaints, demonstrating that complaints are taken seriously and investigated fully, and providing appropriate information to complainants and other interested stakeholders. These efforts by SUNY would not have been possible without the direct and ongoing guidance from OCR. However, OCR's New York Regional Office has been entirely eliminated as a result of the Department's Reduction in Force. In areas including Title VI and Title IX, a prompt and efficient OCR complaint and resolution process is essential to SUNY campuses' ability to demonstrate that they are fulfilling their responsibilities under applicable federal civil rights law. The New York Regional Office was one of the seven regional offices out of twelve that were entirely closed down. Collin Binkley, *Education Department layoffs gut its civil rights office,*

*leaving    discrimination    cases    in    limbo*, Associated    Press    (March    12,    2025),

https://apnews.com/article/trump-education-department-layoffs-civil-rights-

8cbf463cce765f497c10d688ab4d51e1. A loss of 240 staff members, as was reported by the

Associated Press, combined with the loss of the regional offices, will make it impossible for OCR

to meet its statutory obligations. *Id.*

      25.    The Department's OCR is also responsible for providing guidance and technical

assistance on Title IX, which is crucial for campuses, including SUNY. The lack of guidance and

information from OCR causes harm for all institutions attempting to comply with a switch back to

the Title IX regulations promulgated in 2020. The RIF further harms efforts to achieve nationwide

compliance on federal civil rights laws, including Title IX.

      26.    The Department is also responsible for compliance with the Drug Free Schools and

Community Act, and removing critical resources will cause the Department to not fulfill its

oversight duties as outlined in 34 C.F.R. Part 86.

      27.    In addition, the Department's Student Privacy Policy Office ("SPPO") is

responsible for the administration and enforcement of the Family Educational Rights and Privacy

Act ("FERPA"). The SPPO also provides SUNY and other colleges with technical assistance on

various privacy issues. The SPPO's Privacy Technical Assistance Center ("PTAC") provides

resources related to privacy, confidentiality, and data security, including training, webinars, and

technical assistance. In a rapidly changing data environment and amid accelerating advances in

artificial intelligence, SUNY relies upon guidance and resources from the Department's SPPO to

ensure that student data is adequately protected. Any disruption or delay in these functions will

undermine student and family confidence in data collection, security, and use, harming SUNY's

ability to fulfill its educational mission.

28.     The Department's Office of Postsecondary Education ("OPE") is responsible for formulating federal postsecondary education policy and administering programs to support increased access to quality postsecondary education. SUNY campuses are currently implementing approximately 150 unique grants overseen by OPE, and the Department's monitoring and technical support are important to the successful completion of grant-funded activity, transparent reporting on campus and student outcomes, and appropriate stewardship of the public funds involved.

29.     Additionally, the Title III and Title V funding and TRIO grants administered by the Office of Postsecondary Education are critical to the success of many institutions of higher education across the country and to supporting low-income and first-generation college students. And no new grants have been announced in 2025, even though Notices Inviting Applications ("NIAs") are usually posted in the Federal Register beginning in February and concluding in early June.

30.     Accurate and timely data are essential to student success and institutional accountability, and the Department's National Center for Education Statistics is the gold standard for data collection and integrity. In particular, the Integrated Postsecondary Education Data System ("IPEDS")—which conducts statutorily required data collection—plays a critical role across all aspects of higher education, from accreditation to financial aid administration to research that improves student outcomes and program efficiency. NCES, including the IPEDS team, was reportedly almost completely eliminated as part of the Reduction in Force. Benjamin Siegel, *Education Department cuts agency that compiles 'Nation's Report Card' and measures student performance*, ABC News (March 12, 2025), https://abcnews.go.com/Politics/education-department-cuts-agency-compiles-nations-report-card/story?id=119735831.

31.     SUNY relies on this data for many purposes. The most common is for

benchmarking—at the national level, at the sector (Carnegie classification) level, and for campus-specific current and aspirational peer groups. Similarly, the data is used for understanding nationwide and regional trends in higher education (e.g., enrollment overall, at different campus levels, at different award levels, retention and graduation rate trends, etc.). These snapshot benchmarking and trend analyses provide critical context in regard to how SUNY is performing and require that the Department's IPEDS unit function. Absent these measurements, SUNY will be unable to make any comparisons as to its performance in prior years or to the performance of other institutions of higher education and thus will be less able to fulfill its goal of continued improvement in order to provide its students with the best education possible.

32.     The College Scorecard and College Navigator, both of which utilize data collected via IPEDS, also play a critical role in informing prospective students and families about their colleges and academic areas of interest, thereby helping prospective SUNY students and families make informed decisions on college-related enrollment decisions. In addition, these tools are used for external reporting, providing consistency in how colleges across the nation are represented. The College Scorecard is also utilized in Return on Investment ("ROI") analyses that are made publicly available, which help colleges examine their ROIs in a larger context. SUNY relies on these tools to disseminate reliable information about our affordability and value, and our campuses would be at a significant enrollment disadvantage without this data. This is an especially important consideration for public higher education institutions like SUNY, which do not have the marketing resources of private institutions.

33.     In addition, to participate in Title IV student loan programs, SUNY colleges participate in the Middle States Commission on Higher Education ("MSCHE") accreditation process, whose data portions of the report are based on IPEDS data, again providing for consistent

12

and standardized metrics.

34.    Further, SUNY relies on an effective Pre-K–12 education system to prepare high school graduates for college-level work. If students do not receive adequate preparation during their elementary and secondary education, they are less likely to attend college and to persist and complete when they do attend, and more likely to leave college with debt (or the opportunity cost of lost time) but no degree. The planned decimation of the Department's essential Pre-K–12 education functions risks the college and career readiness of the nation's youth. Key functions that, according to media reports, have been targeted for massive cuts or would be made impossible due to staffing reductions, including the major research functions on effective practices to be scaled and disseminated housed in the Institute for Educational Sciences; the reliability of the National Assessment of Education Progress, known as "the nation's report card" because it is the pre-eminent source of cross-state comparisons on student proficiency; and the state and district accountability responsibilities that Congress delegated to the Department in the bipartisan Every Student Succeeds Act.

35.    In sum, I can state unequivocally that the Department's planned RIF would prevent the execution of its statutorily mandated mission and functions. Secretary McMahon sent education stakeholders a letter on March 14, stating that statutorily mandated services will not be disrupted. Given my experience both as Secretary of the Department and now at SUNY, I can attest, as described extensively above, that this is not true. I directly oversaw all of the offices impacted by the RIF, and each of the federal workers in the eliminated lines reported up to me. The impact of the RIF on the New York state economy, SUNY, and the students and communities who rely on SUNY would be immediate and disastrous both in economic terms and in the ability of one of the nation's premier public higher education systems to continue to provide a highly

affordable, excellent education to residents of New York State.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 27, 2025, in Albany, New York.

Dr. John B. King