# Exhibit PP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## DECLARATION OF MELISSA MILLS

I, Melissa Mills, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Minnesota and am over the age of eighteen (18) and competent to testify to the matters described below. This declaration is based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am offering this Declaration in my individual capacity and not on behalf of my employer.

3. I am currently employed as an Infant-Toddler Intervention Teacher at Lakeville Public Schools in Lakeville, Minnesota.

4. I am a member of the National Education Association ("NEA") and Education Minnesota ("EdMN"), the NEA Minnesota state affiliate.

5. I have more than nineteen years of professional experience in special education.

6. I took out $53,865 in federal student loans to finance my education over the course of approximately eight years.

7. I began repaying my student loans in April of 1994 and have made consistent payments since then aside from several brief forbearance periods.

8. I am in the process of applying for Public Service Loan Forgiveness ("PSLF") for which I qualify through my employment as a special education teacher.

9. I first learned about the existence of the PSLF program during a webinar hosted by EdMN. I also reviewed materials related to EdMN's "Degrees, Not Debt" program during this time.

10. I used the software program Summer, which is provided for free by EdMN to members, and Summer's agents assigned to help me consolidate my student loans and begin the process of obtaining PSLF.

11. Upon learning about the 2022 PSLF waiver, I calculated my total number of consolidated payments to be one-hundred and sixty-eight (168) and therefore thought I would be eligible for PSLF.

12. I was notified in August of 2022 that my loans were fully and successfully consolidated.

13. On October 18, 2022, my PSLF waiver was filed with Federal Student Aid ("FSA").

14. In 2023, I received several letters from my loan servicer, the Missouri Higher Education Loan Authority ("MOHELA"). In a letter dated February 3, 2023, it stated I had eight eligible payment months, four qualifying payment months, and one hundred and sixteen qualifying payments remaining. I was told by Summer that the number of eligible payment months and qualifying payment months should be the same.

15. In a letter dated February 7, 2023, MOHELA indicated I had eighty-seven eligible payments, eighty-seven qualifying payments, and thirty-three remaining payments.

16. In a letter dated March 21, 2023, MOHELA indicated I had seventy-eight eligible payments, seventy-three qualifying payments, and forty-seven qualifying payments remaining.

17. In a letter dated October 25, 2023, MOHELA indicated I had eighty-four eligible payments, eighty-three qualifying payments, and thirty-seven qualifying payments remaining.

18. I contacted MOHELA after receiving each letter to administratively correct my file to ensure that my payment count was accurate at the recommendation of Summer's agents. Each time I called, the representatives validated my confusion but were unable to provide any steps as to how I could rectify the situation.

19. On October 29, 2023, I paid $179.60 to MOHELA as my regular monthly payment. I spoke with an agent at MOHELA in December of 2023 who notified me that my October 29 payment would be refunded to me because no payments were past due, and I was in the general COVID-19 forbearance.

20. On December 22, 2023, I called MOHELA and was told that my previous loan servicers, including Navient and American Collection Systems ("ACS"), had several "billing errors." MOHELA informed me that my previous loan servicers had not transferred my loan payment history from 2007 through 2016 to MOHELA.

21. I attempted to contact ACS to rectify the error, but they are no longer operating as a business entity.

22. I then contacted Navient to rectify the error, and they informed me that they did not have my payment records for that time period because ACS had not forwarded them.

23. On May 30, 2024, my student loans were transferred from MOHELA to EdFinancial Services. My loans had previously been transferred from Navient to MOHELA.

24. I reconstructed nineteen (19) of my prior loan payments from 2014 through 2016 using my bank records. I was unable to pass this information on to FSA because their online forms only allowed for three documents to be uploaded at a time.

25. I collected all existing tax documents confirming I paid my student loans during this period, payment receipt books from ACS, and my initial and final loan statements from ACS. My tax returns from 2009, 2010, 2012, 2014, and 2015 all indicated I consistently paid my student loans during those respective years.

26. Agents from Summer recommended that I elevate my case to an escalated review with the Ombudsman's Office at the U.S. Department of Education ("the Department"). I did so in February of 2023.

27. I filed five different cases with FSA in an attempt to clarify the missing information on May 5, 2024; August 9, 2024; October 8, 2024; February 7, 2025; and March 4, 2025.

28. I received a letter from FSA on March 17, 2025, that provided an incorrect case number that is not attached to any of my previous cases. This letter further indicated that my most recent case filing was not addressed because it was duplicative of prior case filings. The letter then provided another incorrect case number and stated that case will be reviewed. That case number does not match the case number provided in my portal of my most recent filings or any previous filings.

29. As of June 18, 2025, I have not received any response or follow-up from FSA on this matter.

30. I have been working with EdMN to seek assistance in correcting my student loan issues through Senator Tina Smith's office. Senator Smith's office has reached out to FSA to seek

assistance, but they have not received any response or follow-up from FSA beyond confirmation that the case was received.

31. Every time I attempt to call FSA to get updates on the issue, I speak with different individuals who have no way to track my case or provide any substantive updates on the matter.

32. I have received far fewer and less frequent communications from FSA since January 20, 2025.

33. I would be debt-free under PSLF and would, in fact, be owed overpayment funds if FSA or my servicers took action to correct my historical student loan payment data.

34. With my debt and without a completed PSLF application, I am unable to save money for retirement in the ways I would like to at this point in my career. Had I invested the money I have continued to put toward my loan payments in my retirement, it would have accrued significant interest by now. Every month that this goes uncorrected is a lost opportunity to save for my retirement and build interest.

35. I fear that other members, like me, may have their cases plagued by administrative errors that are practically unsolvable given the current staffing shortages at the Department. If the Department were fully staffed and functional, I would at least feel like my case was progressing as opposed to perpetual stagnation.

36. I had to restrict and reframe financial decisions I made over the years while raising my children because of these loan payments. If my loans had been forgiven at the appropriate time, I could have made different decisions to better their future.

37. Throughout my career, I have taken on side jobs to supplement my income. I would not have had to take on these additional jobs if I had the financial security that would have accompanied PSLF.

38. If my missing payment records are never rectified, I fear that I will continue suffering financial harm from overpaying for loans that should have already been forgiven.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 20th, 2025.

*/s/ Melissa Mills* \*
Melissa Mills

\*Plaintiffs' counsel hereby certifies that they have a signed copy of the foregoing document available for inspection