# Exhibit QQ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## DECLARATION OF SKYLAHR MIMMS

I, Skylahr Mimms, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a rising sophomore at Prairie View A&M University ("PVAMU"), where I double major in English and Sociology. PVAMU is Historically Black College or University ("HBCU") located in Prairie View, Texas. It is the largest HBCU in the state and the third-largest HBCU in the country.

3. I have been a member of the National Association for the Advancement of Colored People ("NAACP") for several years. I currently serve as the First Vice President of the Youth & College Division of the Texas NAACP. I am also closely involved with the operations with the PVAMU Chapter of the NAACP, and expect to transfer my NAACP membership to the PVAMU Chapter in the near future.

4. The PVAMU NAACP has approximately 65 active members. Of those 65, I would estimate that close to 90%—or over 50 members—fund their college expenses through Pell Grants. I also rely on Pell Grants to cover my tuition costs.

5. I would likewise estimate that close to 90% of PVAMU NAACP members have direct student loans, myself included. That's because Pell Grants alone cannot cover the full cost of our college expenses.

6. I know from reading the news that the Department of Education is currently being dismantled, including through drastic staffing cuts. I have also heard that financial aid professionals are expecting that these dismantling efforts will negatively impact students' access to financial aid. I and my NAACP colleagues consequently feel deeply concerned and anxious about our ability to continue financing our educations.

7. If I and my fellow PVAMU NAACP members were unable to continue relying on Pell Grants and student loans, the result would be devastating. Many of us would have to drop out of school because we would be completely unable to finance our educations. Dropping out would leave us saddled with debt but without any degree to show for it.

8. Many PVAMU NAACP members—myself included—are also planning to rely on loan forgiveness programs after we graduate. For instance, I hope to become a teacher after I graduate, and I plan to rely on federal loan forgiveness in order to earn a living while also satisfying my loan obligations.

9. But members of the PVAMU NAACP and other PVAMU students are now facing the reality that loan forgiveness programs might not be operational in the future. Even though we haven't yet graduated, that future possibility still affects our decisions right now. For instance, I have begun to query whether I should stop pursuing my dream of becoming a teacher. If I instead

choose a career path with higher earning potential, I won't have to rely on a forgiveness program that is currently failing so many borrowers. Other PVAMU students have gone even farther—I personally know two students who were majoring or minoring in social work and have now abandoned their preferred degree paths to study business or engineering, so that they have income insurance against any collapse of loan forgiveness programs. These considerations and decisions that we must make weigh heavily on us.

10. PVAMU obtains funding from the Department of Education, as part of the funds traditionally allocated to HBCUs. These funds are meant to strengthen predominantly Black institutions like PVAMU by funding academic programs; student services; campus resources and facilities; and scholarships. PVAMU received these funds and operated these programs my first year in college. If PVAMU loses access to these funds through cuts or delays, I will find myself paying the same amount of tuition for three years in exchange for a diminished college experience than what I had bargained for.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 6, 2025.

*[signature]*
Skylahr Mimms