# Exhibit SS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

### **DECLARATION OF BRENDA MURPHY**

I, Brenda Murphy, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as the President of the National Association for the Advancement of Colored People South Carolina State Conference ("NAACP SC"). I have served in this position since November 2017.

3. I received a Bachelor of Science and Master's degree in nursing from the University of South Carolina. I began my career as a nurse for the South Carolina Department of Mental Health, and served as an Associate Chief Nurse at several Veterans Affairs Medical Centers in New York and South Carolina.

4. I began my advocacy with the NAACP over thirty years ago as a member of the NAACP Charleston Branch. Prior to becoming President of the State Chapter in 2017, I served as

NAACP State Conference Health Committee Chairperson and Youth and College Division Advisor, where I worked directly with children and college students.

5.  NAACP SC was founded in 1939 as a nonprofit, nonpartisan membership organization that works to ensure educational equality and eliminate racial hatred and discrimination. Our mission is to promote social justice and equity for all individuals, regardless of race or background. Through advocacy, education, and grassroots organizing, we strive to empower communities across the state.

6.  NAACP SC has over 10,000 members. I estimate that approximately 40% of those members have children in public schools.

7.  As President of NAACP SC, I have oversight of NAACP branches in all forty-six counties in South Carolina. I work daily on addressing civil rights issues in members' communities, including issues involving public schools and education.

8.  The majority of NAACP SC's members with school-age children attend schools eligible for programs funded by Title I of the Every Student Succeeds Act ("ESEA"). These schools offer essential support programs such as certified instructional staff, extended tutoring programs, computer-based learning, translation services, professional engagement, and parent engagement activities, among other services. Without these services, students will not receive adequate instruction in school and their educational progress will suffer.

9.  NAACP SC has members who have faced eviction or are homeless. They rely on services provided by public schools—including transportation, special services, and liaisons that assist homeless students and their families with enrollment—that support students' abilities to meaningfully participate in their education. Without these services, students who face challenges

related to eviction or homelessness will not receive adequate instruction in school and their educational progress will suffer.

10. NAACP SC has many members with children who have disabilities, and as a result, have established Individualized Education Programs ("IEPs") that allow them to fully participate in the classroom. Those IEPs require an array of services, including daily paraeducator support, specialized educational programming, dedicated counselors, social workers, psychologists, and classes on executive function skills. The provision of these services is critical to members' meaningful participation in their education. Without these services, students with disabilities will not receive adequate instruction in school and their educational progress will suffer.

11. NAACP SC has members with children who rely on school-based mental health and behavioral services. These services include access to trained school counselors, licensed therapists, school psychologists, and other qualified mental health professionals who provide regular assessments, individualized counseling, crisis intervention, and trauma-informed support. The availability of these resources is essential to the emotional stability and academic engagement of these students. Without such services, students with mental health disorders are at risk of worsening symptoms, decreased school attendance, and diminished academic performance.

12. NAACP SC has members who attend, work at, or have children attending, Historically Black Colleges and Universities ("HBCUs"), including South Carolina State University, Benedict College, Allen University, Morris College, and Clinton College. Funding for these institutions is vital to advancing NAACP SC's mission of ensuring equal access to quality education and promoting racial equity in higher learning. However, I understand that since the President issued an Executive Order to shut down the Department, the process for awarding and disbursing these grants is significantly behind schedule. This uncertainty regarding whether the

grants will be funded creates budget constraints that would disproportionately harm NAACP SC members by limiting affordable tuition, academic resources, and culturally affirming environments that empower Black students, which would undermine the long-term economic and social mobility of Black communities across South Carolina.

13. NAACP SC has members who are dependent on Federal Pell Grants, student financial aid, and work-study programs to pay tuition fees for higher education. However, the Administration's decision to reduce the Department of Education's staff and to dismantle the Department has resulted in delays and uncertainty for schools and students who rely on this financial aid, making it difficult to know whether they will be able to continue to attend higher education institutions.

14. The continued provision of these programs in public schools and higher education is crucial for the development of NAACP SC's members and their children. Many public schools in South Carolina are already stretched thin due to teacher burnout and other budgetary constraints. If these services are curbed even slightly, the gaps will leave an enormous disruption in children's education.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 12, 2025.

_____
Brenda Murphy

5