# Exhibit YY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

**DECLARATION OF REBECCA PRINGLE**

I, Rebecca Pringle, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, knowledge collected in the ordinary course of business, and information that has been shared with me through conversations with my colleagues and leaders of affiliated organizations. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the President of the National Education Association ("NEA"). I am authorized to provide this declaration on behalf of NEA, which is a plaintiff in the above-captioned matter. I have served as President of NEA since 2020 and have held other national offices in NEA (initially as Secretary-Treasurer and then as Vice President) since 2008.

**The National Education Association**

3. NEA is the nation's oldest and largest education union, representing nearly 3 million members who work at every level of education—from pre-school to university graduate

programs. Our members include aspiring educators, K-12 classroom teachers, education support professionals, school counselors, school psychologists, and other professional support personnel as well as higher education faculty and staff who engage in a variety of educational activities both inside and outside of the classroom.

4. NEA has statewide affiliates in every state and local affiliates in almost 14,000 communities in every state across the United States. NEA's Constitution and Bylaws provide for unified membership in NEA, meaning that in order to become an NEA member individuals must also join their local and state affiliate, where they are eligible to do so. As a consequence, NEA members are also members of their state and local affiliate.

5. NEA is a democratically governed union. Our highest governing body is the NEA Representative Assembly, which consists of thousands of duly elected delegates who meet annually to approve NEA's budget, elect NEA's officers, adopt and amend NEA's Constitution, Bylaws, and Standing Rules, and chart the course of the organization for the coming year. NEA's overall goals, as adopted by the duly elected delegates to the NEA Representative Assembly, are set forth in the Preamble to the NEA Constitution and include that NEA will serve "as the national voice for education" and "advance the cause of public education for all individuals."[1]

6. NEA's Strategic Framework Budget, which spans two fiscal years, is also reviewed and adopted annually by the delegates to the NEA representative assembly. NEA's budget reflects and funds NEA's core activities, which have long included advancing educational equity and excellence. For example, the 2024–2026 Strategic Framework and Budget is framed to advance NEA's overall goal of enhancing "success, justice, and equity in our nation's public schools" and

---

[1] NEA, *Constitution of the National Education Association of the United States* 1 (2024), https://www.nea.org/about-nea/governance-policies/nea-constitution-bylaws-standing-rules.

"promot[ing] fulfilling professional lives" for our members.[2] Those overriding goals inform the work NEA does to advance its six core objectives, which include supporting the "development of modern, safe, and supportive public schools" that are "resourced to meet the academic and developmental needs of today's students" as well as supporting "professional excellence and student learning" and "fair compensation" for educators.[3]

7. In order to better advance the cause of public education, NEA advocated for years for the creation of a single Cabinet-level federal agency to support and raise the quality of, and access to, public education for all students. NEA was the leading advocate for the creation of the U.S. Department of Education ("the Department") and devoted substantial resources to that effort. These included NEA's decisions to become involved in federal electoral politics and to endorse Jimmy Carter for President, based on his pledge to move forward a bill in Congress to create a Cabinet-level Department of Education. When Carter was elected President, he proposed legislation creating the Department, which Congress adopted in October of 1979. The Department of Education Organization Act, Pub L. No. 96-88, 93 Stat. 668 (1979), consolidated education functions that had been scattered across the federal government into a single, Cabinet-level agency, accountable directly to the President, in order to strengthen the commitment and ability of the federal government to ensure equal access to educational opportunity and support state and local efforts to provide that educational opportunity. The Act created the Department as of March of 1980.

8. Since January 20, 2025, Defendants have taken steps to dismantle the Department by both eliminating the staff necessary for the Department to function as Congress intended and

---

[2] NEA, *2024–2026 Strategic Plan and Budget* 5 (2024), www.nea.org/sites/default/files/2025-02/2024-2026-strategic-plan-and-budget.pdf.

[3] *Id.*

3

by eliminating many of the federal education programs that NEA advocated for, and on which NEA members have relied, to the direct injury of NEA members and the core interests of NEA. NEA members across the country are experiencing severe harms as a direct result of Defendants' actions. Members have lost jobs and been told that their jobs are in jeopardy; lost access to advanced education, professional development, and training opportunities; lost access to student loan relief and federal student financial aid services; and no longer have access to an array of best practice resources and information to assist in their work as a direct result of the dismantling of the Department. Defendants' challenged actions have not only harmed individual NEA members in these respects, they have harmed NEA's ability to fulfill our core strategic objectives. Without a functioning Department, NEA must support advocacy efforts in states across the country in order to try to fill the void at the state and local level left by defendants destruction of the Department.

9. NEA has dedicated considerable resources to collecting and organizing information about those harms so that we can effectively represent our members' interests. The examples of such harm included in this declaration are not exhaustive, as NEA continues to receive information from affiliates across the country whose members have been impacted by the Trump Administration's attack on the Department.

**NEA's Advocacy for Federal Programs to Promote Equal Educational Opportunities**

10. Over the forty-five years of the Department's existence, NEA and its members have relied on the Department's advocacy and support for public education and educational opportunity and have repeatedly urged for that advocacy and support to be amplified and extended. In multiple instances, NEA's advocacy has resulted in the passage by Congress of new educational programs, which the Department is charged with administering, and which, if administered as specified by Congress, would advance the cause of public education including by providing critical funding and supports for educational services, educators, and educational programs.

11. One of the centerpieces of President Johnson's war on poverty was the enactment of the Elementary and Secondary Education Act ("ESEA") in 1965, which provided critical federal funding to schools across the country based on the number of students they educated from low-income families. NEA supported ESEA from its inception. Today, the ESEA continues to provide essential federal funding to students in need and schools, which would not be able to support students or employ the staff needed to provide students with a quality education without the targeted support provided by ESEA funding. That funding is distributed via formulas, which the Department is charged with administering, and which flow, by the terms of the ESEA, through states to the school districts and schools in which NEA members work. Delays or disruptions in ESEA grant administration jeopardize student learning and support and NEA members' jobs, many of which are funded in whole or in part by ESEA formula grants.

12. NEA also supported and continues to support federal funding under the Individuals with Disabilities Act ("IDEA") to provide education services to the estimated 7.5 million students with disabilities ages 3 to 21, who currently comprise some 15% of all students enrolled in public elementary and secondary schools.[4] This funding too is awarded by Department-administered formulas to the states, which in turn distribute it among school districts that employ NEA members as special education teachers, specialized instruction support professionals like school psychologists, speech therapists, and social workers, and education support professionals. Many of these members' positions are paid partly or fully with IDEA Part B funds.

13. NEA also has supported and continues to support federal funding and support for career and technical education ("CTE"), under the Carl D. Perkins Career and Technical Education

---

[4] *Students with Disabilities*, Nat'l Ctr. for Educ. Stats., (May 2024), https://nces.ed.gov/programs/coe/indicator/cgg/students-with-disabilities.

5

Act, as amended by the Strengthening Career Education for the 21st Century Act ("Perkins V"), and for colleges and universities under the Higher Education Act ("HEA"), which creates federal student financial aid programs and awards funding through formula grants for Historically Black Colleges and Universities and Minority Service Institutions. Thousands of NEA members work in CTE programs or at colleges and universities that participate in federal student aid programs or receive formula grant funding through other HEA programs.

14. In my decades of experience as an educator and as a leader and currently President of NEA, I have repeatedly witnessed school districts responding to financial uncertainty by cutting costs, including our members' salaries and benefits. The mass layoffs and program cancelations at the Department have created exactly this kind of uncertainty for districts across the country that rely on federal formula grant funds to support educator positions. Predictably, school districts that employ NEA members have started to reduce their educator workforces. For example, Robert Unzicker, President of the Edwardsville Education Association in Illinois, reports that 29 member positions have been eliminated due to the district's concerns about the stability of federal funding. And the Georgia Association of Educators reports that the Barrow County School System eliminated all their Title I-funded positions for the 2025–2026 school year as part of a reduction in force, citing the uncertainty around Title I funding.

15. Federal formula grants also allow school districts to purchase the resources and materials NEA members need to do their jobs. By way of example, NEA member John Shaner, who serves as President for CTE for our Pennsylvania affiliate, is an instructor at a career and technical institute in Schnecksville, Pennsylvania, that employs around 125 NEA members and offers training in 45+ CTE programs. Perkins V funds make it possible for the school to purchase the costly equipment and materials needed to run these programs like forklifts, table saws, and car

lifts. Without these resources, it would not be possible for NEA members to provide adequate CTE to their students.

16. The uncertainty regarding federal funding will continue to drive such cuts at the local level. All told, the various formula grant programs that the Department administers support an estimated 420,000 educator jobs nationwide, many of which are held by NEA members. Based on analysis of formula grant allocations by program, competitive grant award distributions, and NEA's member density, NEA estimates that at least 330,731 positions held by NEA members are funded in whole or in part by federal education funds, which are now in jeopardy.

**Programs to Support Postsecondary Enrollment and Completion**

17. NEA faculty members and aspiring educator members are also impacted by the dismantling of the Office of Postsecondary Education, the office responsible for administering grants under Title III and Title V of the HEA and under the TRIO program.

18. Congress has appropriated over $3 billion in grant funding for higher education, but much of the critical funding that NEA faculty and aspiring educator members rely on appears to be at a standstill. If that funding is not provided, the result will be cutbacks of services and positions in institutions of higher education, which will impact NEA members.

19. The Postsecondary Student Success Grant helps institutions to "equitably improve postsecondary student outcomes, including retention, upward transfer, and completions of value, by leveraging data and implementing, scaling, and rigorously evaluating evidence-based activities to support data-driven decisions and actions that lead to credentials that support economic success and further education."[5] NEA has faculty associations at SUNY Albany, the University of Texas

---

[5] *Postsecondary Student Success Grant (PSSG) Program*, U.S. Dep't of Educ. (Jan. 14, 2025), https://www.ed.gov/grants-and-programs/grants-higher-education/improvement-postsecondary-education/postsecondary-student-success-program.

at San Antonio, Long Beach Community College, The City College, and Georgia State University, all of which received Postsecondary Student Success Grants in 2023 or 2024.[6] NEA aspiring educator members also attend the University of Maryland, the University of California, Berkeley, and Georgia State University, all of which received Postsecondary Student Success Grants in 2023 or 2024.[7]

20. The Strengthening Institutions Program "helps eligible [institutions of higher education] to become self-sufficient and expand their capacity to serve low-income students by providing funds to improve and strengthen the academic quality, institutional management, and fiscal stability of eligible institutions."[8] NEA has faculty association members at many institutions that received Strengthening Institutions grants in 2023 or 2024 including Ferris State University, Camden County College, Cleveland State Community College, the University of Texas at Tyler, Hillsborough Community College, East Central College, County College of Morris, Warren County Community College, Harrisburg Area Community College, Lone Star College, and Clark College.[9] These funds have also benefitted hundreds of NEA aspiring educators at Tallahassee Community College, Jacksonville State University, Doane University, Minnesota State University Moorhead, Lindsey Wilson College, Western Oregon University, Kutztown University of Pennsylvania, Pellissippi State Community College, Grand Valley State, University of Tennessee-Martin, and the University of Bridgeport, all of which received grants in 2023 or 2024.[10]

---

[6] *Id.* (click "Past Awards").

[7] *Id.*

[8] *Title III Part A Programs – Strengthening Institutions*, U.S. Dep't of Educ. (Jan. 28, 2025), https://www.ed.gov/grants-and-programs/grants-higher-education/improvement-postsecondary-education/title-iii-part-a-programs--strengthening-institutions.

[9] *Id.* (click "Past Awards").

[10] *Id.*

8

21. The Predominantly Black Institutions Competitive Program supports Predominantly Black Institutions to establish or strengthen programs in STEM fields, health education, and teacher preparation, among others.[11] Georgia State University, where NEA has a faculty association, is currently receiving a Predominantly Black Institutions grant.[12] Hundreds of NEA aspiring educators at Georgia State University, Faulkner University, the University of West Alabama, and Clayton State University have also benefitted from these funds.[13]

22. The Strengthening Historically Black Colleges and Universities Program awards grants to strengthen academic, administrative, and fiscal capabilities.[14] These grants often fund critical resources like improvements to campus facilities and financial literacy for students.[15] Hundreds of NEA faculty and aspiring educators at more than 50 colleges and universities across the country have benefitted from these grants in 2023 and 2024.[16]

### Federal Student Aid Programs

23. Defendants' actions have also jeopardized the federal student aid and student loan forgiveness programs that the Department operates.

24. Because the education professions are relatively low paying jobs, which lag in compensation behind other comparable professional jobs, NEA members rely on federal financial aid programs to complete their own education and to support their children's education. One of

---

[11] *Predominantly Black Institutions Competitive Program*, U.S. Dep't of Educ. (Jan. 28, 2025), https://www.ed.gov/grants-and-programs/grants-higher-education/grants-hbcus/predominantly-black-institutions-undergraduate-program.

[12] *Id.* (click "Past Awards").

[13] *Id.*

[14] *Title III Part B, Strenghtening Historically Black Colleges and Universities Program*, U.S. Dep't of Educ. (Jan. 14, 2025), https://www.ed.gov/grants-and-programs/grants-higher-education/grants-hbcus/title-iii-part-b-strengthening-historically-black-colleges-and-universities-program.

[15] *Id.*

[16] *Id.*

NEA's core initiatives has been to raise educator compensation in order to make serving as a teacher or education support professional a viable professional choice for one's career. To that end, NEA has devoted substantial resources for years to advocate for federal financial support for educators entering into and remaining in the education professions. The programs that NEA has supported include TEACH Grants, enacted in 2007, which support students seeking to earn their education degree, and Public Service Loan Forgiveness ("PSLF"), enacted in 2007 as an amendment to the HEA, which provides a path to loan forgiveness for individuals who work in a public service job such as teaching or serving as an education support professional for ten years' time and make 120 timely payments on their loans.

25. NEA members, from those just entering the education professions to those in the middle of their careers and even in retirement, benefit from and have been harmed by the incapacitation of the Federal Student Aid office ("FSA") and its programs. NEA has approximately 41,000 aspiring educator members, who are currently enrolled in a postsecondary program preparing them for careers as educators. Many of these members receive federal student grant aid, like Pell Grants or TEACH Grants, and take federal student loans. Many have chosen to pursue teaching on the understanding that there is a realistic prospect of student loan relief, if they meet the terms for student debt forgiveness set by PSLF.

26. As a result of the relatively low pay most educators receive, many—almost a quarter of current educators according to a 2020 NEA survey—are still repaying their student loans and as of 2020 owed, on average, $58,700.[17] The survey showed that educators of color, on average, owed more, as they had to borrow more to afford to complete college and their

---

[17] Melissa Hershcopf, et al., Student Loan Debt among Educators: A National Crisis 8 (2021), https://www.nea.org/sites/default/files/2021-07/Student%20Loan%20Debt%20among%20Educators.pdf.

professional training.[18] This debt burden deters people from entering the education professions, drives members out of the education professions, and harms NEA members by imposing significant financial hardship on them. Educators reported that their debt burden impacts their basic life decisions about whether to buy a home, return to school or start a family. And the debt also impacts educators on a day-to-day basis. Four in ten of those with unpaid loans surveyed reported that their outstanding student debt impacted their mental, emotional, and physical well-being and substantial numbers of educators reported that their debt load resulted in them delaying paying off credit card balances (35%), making housing payments (28%), paying for medical expenses (28%), paying utility bills (27%), and even buying food (26%).[19] During the pandemic, educators with unpaid student loan debt were more likely to skip routine medical appointments (40%), avoid acute medical appointments (28%), and forgo filling a prescription (25%).[20]

27.     These hardships and their impact on NEA members also impact schools, which struggle to attract and retain qualified educators. To remedy these harms, NEA has devoted substantial resources for many years to advancing our core work of supporting educators by seeking and securing relief from the Department for their student loan debt. In particular, during the time period from 2018 through 2024, that work involved starting up a large staff team at NEA involving some 30 staff from many different departments, who developed and implemented research, advocacy, communications, education, and engagement strategies to raise awareness of the extent of the need for educator student debt relief by way of, among other things, a $600,000

---

[18] *Id.* at 18.

[19] *Id.* at 24–25.

[20] *Id.* at 26–27.

media campaign, which shone a light on the failures of FSA during the first Trump administration to deliver promised student debt relief mandated by PSLF.

28. One glaring indication of the level of failure with the Department's implementation of PLSF is that, as of 2018, a full year after educators and other public service workers became eligible for loan relief, the U.S. Government Accountability Office ("GAO") reported that less than 1% of applications for relief had been granted.[21] Indeed, of the 890,000 who had taken initial steps to pursue PSLF, only about 19,000 ultimately applied for the congressionally promised loan forgiveness, and just 55 made it through the process to secure forgiveness. By 2019, the situation was still dismal; GAO reported that 99% of applicants for loan relief were still being denied.[22]

29. Only after concerted and sustained advocacy by NEA and others did the Department focus its attention and resources on providing the student loan relief that Congress had mandated. Between 2020 and 2021, NEA members flooded the Department with over 168,000 emails with their stories and demanded that the Department provide the Congressionally mandated debt relief. NEA also conducted the survey referenced above to document the extent of student loan debt among educators and its impact on educators across their career continuums. And NEA funded and carried out polling and public awareness campaigns to raise awareness of the extent and breadth of the problems posed by educator student loan debt.

30. NEA's work also included providing direct assistance and education for members applying for PSLF, often through webinars and other outreach and education initiatives, to assist members applying for PSLF. These sessions guide members through the application process,

---

[21] GAO, *Public Service Loan Forgiveness: Education Needs to Provide Better Information for the Loan Servicer and Borrowers* 9, 11 (2018), https://www.gao.gov/assets/gao-18-547.pdf.

[22] GAO, *Public Service Loan Forgiveness: Opportunities for Education to Improve Both the Program and Its Temporary Expanded Process* 5 (2019), https://www.gao.gov/assets/gao-19-717t.pdf.

provide information about the Department's income-driven repayment and loan forgiveness programs, and address member questions. NEA has held dozens of these information sessions, reaching tens of thousands of members, and has assisted many members individually with their student loan issues. NEA also has developed similar "student loan advocacy in a box" initiatives for our state affiliates, which provide affiliates with the tools, content, and technological support to run similar awareness and technical assistance campaigns for NEA members. As a result of this work, over the last four or five years, NEA affiliates have run hundreds of such programs reaching over ten thousand NEA members.

31. The work and advocacy of NEA and others succeeded in securing reforms in the Department, particularly in FSA, that finally made student debt relief as promised under PSLF a reality. By January 2025, over one million public servants, including thousands of NEA members, had received forgiveness totaling more than $78 billion through PSLF.[23] At least 43% of PSLF beneficiaries work in the education sector; 28% work in Pre-K–12 education systems and 15% work in higher education.[24] And the work continues. As of June 4, 2025, 51,235 NEA members have registered with the NEA Student Debt Navigator (an NEA tool for members to assist them in navigating the student debt programs) with a total projected forgiveness amount of $1.1 billion.

32. The successes are not just measured in numbers but in the life-changing impact of PSLF debt relief for NEA members. NEA members approaching retirement, who have paid on

---

[23] The White House, *The Biden-Harris Administration Record* (Jan. 15, 2025), https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2025/01/15/the-biden-harris-administration-record/; Melanie Hanson, *Student Loan Forgiveness Statistics*, Educ. Data Initiative (Aug. 28, 2024), https://educationdata.org/student-loan-forgiveness-statistics; Ctr. For Am. Progress, *Tracker: Student Loan Debt Relief Under the Biden- Harris Administration* (Sep. 4, 2024), https://www.americanprogress.org/article/tracker-student-loan-debt-relief-under-the-biden-harris-administration/.

[24] Julia Turner, Kathryn Blanchard & Rajeev Darolia, Off. of the Chief Economist, U.S. Dep't of Educ., *Where Do Borrowers Who Benefit from Public Service Loan Forgiveness Work?* 1, 4 (2025), https://www.nea.org/sites/default/files/2025-03/where-do-borrowers-who-benefit-from-pslf-work.pdf.

their debt for decades, were unable to access PSLF due to bad advice they received from loan servicers and/or errors in their payment history that they could not get corrected. After the Department started to fully implement PSLF, those educators obtained full forgiveness and were able to retire without the burden of tens of thousands of dollars of debt. Other NEA members in their mid-careers who similarly were unable to secure PSLF due to servicer errors and poor advice from their servicers have been able to obtain the debt relief Congress promised due to the PSLF reforms that the Department implemented. Freed of tens of thousands of dollars of debt, these educators can now choose to live closer to where they teach, plan for a secure retirement, create a family savings plan, buy a home, or start a family.

33. For example, NEA member Rob Glover, who serves as a professor at the University of Maine, had his loans repeatedly transferred and data regarding his payments lost or corrupted as a result, leaving him unable to access the promised PSLF relief. Due to FSA PSLF reforms, he was able to secure full forgiveness of $150,000 in student debt. NEA member Emily Robinson, a high school teacher in Georgia, tried for years to navigate with servicers to obtain the promised PSLF relief. Due to FSA PSLF reforms, Emily was able to secure full forgiveness of $21,000 in student debt. NEA member Shirley Cavasus, a middle school teacher in California, was unable to secure the promised relief under PSLF due to receiving inaccurate information from her loan services. Due to FSA PSLF reforms, Shirley was able to secure full forgiveness of $47,000 in student debt. These are just a handful of examples from thousands of members who have received loan forgiveness due to the full implementation of PSLF by the Department.

34. NEA affiliates have run student debt forgiveness programs similar to NEA's. Education Minnesota is an NEA state affiliate that has done extensive work to assist its NEA members in managing their student loan debt. Education Minnesota represents approximately

86,000 members in the primary, secondary, and higher education sectors throughout the State of Minnesota, which includes approximately 4,000 Aspiring Educators who are currently working toward teacher certification.

35. Through its "Degrees Not Debt" program launched in 2015, Education Minnesota helps members in the following ways: (1) enrolling in income-driven repayment plans and managing annual income recertifications, (2) completing the PSLF Employment Certification Form and managing the PSLF certification and application process, (3) accessing the federal Teacher Loan Forgiveness ("TLF") and other loan forgiveness programs and understanding how to maximize loan repayment and forgiveness options, and (4) advocating with and for members whose applications for PSLF or TLF are erroneously rejected by their loan servicers. To date, Education Minnesota has directly assisted approximately 1,000 members in answering questions or issues related to their student loans and has reached thousands more through in-person trainings and webinars. This assistance has led to dramatic improvements in the financial circumstances and well-being of members. From 2021 to the present, Education Minnesota has helped members secure more than $5 million in student loan debt forgiveness through Public Service Loan Forgiveness.

36. NEA and its affiliates including Education Minnesota have relied on information and guidance from the Department of Education to keep members apprised of their legal rights as borrowers, as well as their options to consolidate debt and apply for loan forgiveness programs. That information and guidance includes the assistance provided by the Federal Student Aid Ombudsman Group to investigate and resolve complaints from borrowers related to loan servicer conduct that has prevented them from accessing loan forgiveness or repayment options available to them under federal law.

37. But all of this progress is in jeopardy due to the cuts at FSA. NEA and its affiliates, including Education Minnesota, will no longer be able to assist members using tools and technical assistance provided by the Department, including guidance documents, loan repayment calculators, instructions for repayment and forgiveness plan applications, and interventions through staff in the FSA Ombudsman's Office. All of those resources have been cut if not eliminated altogether, meaning that NEA will need to try to fill the gap left by the Department and expend its resources to provide the tools and assistance the Department should be providing to ensure PSLF is implemented as Congress intended.

38. What is more, the cuts to the critical Ombudsman and vendor oversight functions of the office eliminate the critical checks and accountability for loan servicers that is necessary, based on our members' experience over the last several years, to properly implement PSLF in the manner Congress intended. The result of that lack of oversight and accountability will be more loan servicer errors, little correction of those errors by the Department, and borrowers left paying back their debt for far longer with payments far larger than they should under the terms of PSLF and other programs.

39. In addition to eliminating the functions necessary for full implementation of PSLF and other loan forgiveness programs, prior to January 2025 the Department performed significant oversight of institutions that receive Title IV funds, including ensuring that they are financially sound. It is my understanding that many of the Department's oversight and monitoring staff, and entire offices dedicated to performing this work, are now gone.

40. NEA aspiring educator members rely on these FSA functions to ensure that they are taking out federal loans at institutions that meet basic requirements, including financial responsibility, financial aid counseling, and accurate and truthful reporting of graduation rates and

16

employment rates. Hundreds of NEA aspiring educator members attend institutions that were subject to heightened oversight by FSA as of December 1, 2024[25] including NEA aspiring educator members at Alabama Agricultural & Mechanical University, Alabama State University, Bluefield University, Central State University, Hood College, Michigan State University, Ottawa University, Southwestern College, Talladega College, and the University of Saint Thomas. Without the expertise of the team charged with this oversight and the ongoing performance of these functions, NEA aspiring educators will not be able to access assistance from the Department and will likely be harmed by school closures.

## **Civil Rights Enforcement**

41.     NEA members also benefit from the Department's civil rights enforcement activities in the districts where they work. For example, in 2010, the Department's Office for Civil Rights ("OCR") received a complaint alleging discrimination on the basis of national origin, in violation of Title VI, by the Adams County 14 School District in Colorado ("Adams 14"), which employs 256 NEA members. A complainant informed OCR that Adams 14 had created a hostile environment for Hispanic staff and students by targeting Hispanic staff for increased performance scrutiny and taking steps to eliminating the use of Spanish in district schools, among other actions. To investigate this complaint, employees in OCR's Denver regional office interviewed more than 60 individuals, including teachers and staff who contacted OCR directly to engage in the process, visited nine of the eleven schools in the district, and collected documentary evidence.[26]

42.     OCR found by a preponderance of the evidence that Adams 14 had violated Title VI. The parties entered a voluntary resolution agreement, under which the district was to revise its

---

[25] FSA, *Heightened Cash Monitoring*, https://studentaid.gov/data-center/school/hcm (last visited June 24, 2025) (providing lists of institutions on Heightened Cash Monitoring by quarter).

[26] OCR, *Letter re Adams County School District 14, Case No. 08-10-1112-D* (2014), https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/08101112-a.pdf.

antidiscrimination policies, programs, and practices; provide training on the revised documents for students and staff; conduct surveys on district climate and needs related to harassment and discrimination in violation of Title VI; and promptly investigate all future allegations of harassment, among other measures. OCR was to monitor Adams 14's compliance with the terms of agreement for an indefinite period, including through the district's completion of annual assessments of the effectiveness of its anti-harassment efforts.[27]

43. Likewise, just last year, OCR intervened to address race-based harassment and discrimination in the Norwin School District, a Pennsylvania district that employs 322 NEA members. A complainant alleged that the district had failed to protect Black students from race-based harassment by a group of White students who wore Confederate flag attire to a school-sponsored event, circulated a photo of themselves on social media with the caption "Kool Kids Klub," and made racially derogatory comments to Black students. In their investigation, OCR personnel interviewed the complainant, district administrators, and middle and high school teachers. OCR and the district entered a resolution agreement in which, among other steps, the district agreed to provide assessments and training on race-based harassment; audit all reports of racial harassment at the middle and high school for the past three years; and report to OCR on its proposed action plan and implementation.[28]

44. I understand that most of the OCR regional enforcement officers have been shut down, which will prevent both NEA members and students across the country from obtaining redress from OCR going forward.

---

[27] *Id.* at 22–23; *see* OCR, *Case Processing Manual* 20 (2025), https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/ocrcpm.pdf.

[28] OCR, *Letter re Norwin School District, Case No. 03-22-1010* (2024), https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/03221010-a.pdf.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June __, 2025

_____
Rebecca Pringle

19