# Exhibit ZZ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | Civil Action No. 25-965-JRR |

### DECLARATION OF DEZMOND ROSIER

I, Dezmond Rosier, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I graduated from Howard University on May 8, 2025, with a degree in Political Science and Government. Before my graduation, I served as the Student Body President of Howard's College of Arts and Sciences. I also served as the Vice President of the Howard Chapter of the National Association for the Advancement of Colored People ("NAACP"), a unit of the NAACP, which currently has over 450 members.

3. I have always been passionate about activism and social justice, particularly in the education space. I have spent several years building a broad coalition in the campaign for student debt relief. I have also worked as a public-school substitute teacher for the past two years. Indeed,

for a period of my adult life, I thought that my ideal career was to work at the Department of Education.

4. My interest in and passion for education-related issues deepened during my time at Howard University. Howard is a Historically Black College or University ("HBCU"). It was established in the aftermath of the Civil War to provide an education to Black Americans and other minority students, at a time when Black students were not welcome in other institutions of higher learning.

5. Howard is unique among American universities. Located in Washington, DC, it was created directly by Congress in 1867. Because of this unique tie to the federal government, although Howard is a private university with an endowment, much of the school's budget comes directly from federal appropriations.

6. In addition to federal appropriations, Howard also receives grants from the Department of Education ("the Department") which fund particular programs. I know that Howard has received multiple of these grants in the past; for instance, Howard currently operates an "Upward Bound" program, which is financed by the Department's TRIO program and has been for the duration of my college career. Howard also receives funds via Title III of the Higher Education Act. These various grants provide funding for student services, while also ensuring that Howard can fulfill its mission of providing excellent education at a reasonable cost.

7. Howard is dependent on both appropriated funding and grants, and these funds are critical for student well-being at the university. For instance, in recent years, certain university projects have languished, partially due to budget constraints. Howard's Andrew Rankin Memorial Chapel—a central campus building for both religious services and secular events—has been partially closed and under renovation since my first day of freshman year in 2021. Likewise, the

Founders Library—Howard's largest library and the symbol of the university—was closed for my entire senior year. These closures detracted from my college experience and the experience of other members of the Howard NAACP. Indeed, many of us rely on the library and chapel as places to work, study, reflect, or share time in each other's company.

8. The importance of continued funding at Howard goes beyond the adequacy of facilities. The quality of the professors Howard has, the amount of classes it can offer, and the technology it gives students access to all depend on the university's funding levels. Interruptions to funding—whether from appropriated funds or grants—would mean that Howard students, and consequently Howard NAACP members, receive a lesser education than they otherwise would have had.

9. I understand that Howard's federal appropriations are expected to drop off steeply this year. Given that congressional money may well not come through, I expect that the university's reliance on Department of Education grants is at an all-time high. Without appropriated funds, delays in disbursement of grant money would quite likely cause the student services those grants fund to be paused or discontinued.

10. I understand that efforts to dismantle the Department of Education have led to uncertainty about that Department's ability to continue processing grant disbursements. Even that uncertainty could well cause problems; Howard's decisions about what programs to operate next year are already being made, and if the university is unsure of whether it will receive money for TRIO programs and otherwise, Howard would likely make the preemptive decision to reduce or cut those student-focused programs.

11. Alternatively, given uncertainty about Department of Education funds, Howard may well make the decision to recoup funding shortfalls via increased tuition. That decision would

3

not be at all surprising; Howard has, for several years now, increased tuition to cover increasing costs. These increases have already had serious and direct economic consequences on students and their families—such consequences would only be exacerbated if the sources of funding the university has been relying on from the Department of Education fall through.

12. Increases in tuition costs have already led to students transferring away from Howard, and if costs spike in the future, more students will continue to do so. I personally know many people—including NAACP members—who started at Howard as freshmen, only to transfer to less-academically-rigorous institutions before graduation. The students I know who transferred did so not from some desire to attend a different school, but solely because they could no longer afford the education they wanted. For some of these students, Howard had been their dream school. I have personally observed that these students and their families have been depressed, mournful, and have otherwise had their mental health worsen as a result of leaving Howard without graduating.

13. Like many other universities, Howard participates in the Department of Education's "TRIO" programs, through which universities provide resources to hopeful college students from disadvantaged backgrounds. One such program at Howard is the "Upward Bound" project, wherein Howard receives federal dollars for the purpose of providing pre-college students with year-round tutoring, college admissions preparation, and career development opportunities. If Howard's Upward Bound project decreased in quality due to reduced funding, that would mean that fewer students from disadvantaged backgrounds would have the opportunity to attend Howard. Indeed, some students who currently attend Howard came to the university as a result of the Upward Bound program.

14. Howard University students, including those in the NAACP chapter, also rely on federal funding or federal programs related to student aid. For instance, many members of the Howard NAACP chapter rely on the Federal Work Study program, and many other members (including myself) are recipients of Pell Grants.

15. Other members of the Chapter also intend to rely on Public Service Loan Forgiveness ("PSLF") after they graduate. If this program became unfunded, or otherwise had changed requirements, it would pose a significant burden to many Howard graduates. Indeed, I personally know multiple Howard students who study social sciences, are intending to go into public service, and have self-consciously chosen to rely on the PSLF program after they graduate. These students have expressed to me that if that program does not provide them with debt relief, their chosen degree and subsequent career path will be unable to provide them with enough income to both pay down their student loans and to pay for their basic needs.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 10, 2025.

_____
Dezmond Rosier