# Exhibit AAA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

### DECLARATION OF JADA SCOTT

I, Jada Scott, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my friends and colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I graduated from Florida Agricultural & Mechanical University ("FAMU") in May 2025 with a bachelor's degree in interdisciplinary studies. After this summer, I plan to return to FAMU to obtain a master's degree in public health, African-American studies, or health administration.

3. FAMU is a Historically Black College or University ("HBCU") located in Tallahassee, Florida. It is one of the largest HBCUs in the country and the only public HBCU in Florida. FAMU has close to 10,000 students and over a dozen individual colleges.

4. FAMU also has a large number of student-led organizations on campus. One of these is the FAMU chapter of the National Association for the Advancement of Colored People

("NAACP"), which, with approximately 175 registered members, is the largest collegiate NAACP chapter in the state.

5.  I have been an active member of the FAMU NAACP since my first semester; in fact, it was the very first student organization I joined at FAMU. Over my time at FAMU, I've held multiple leadership roles in this chapter—two years ago, I was the co-chair of the public relations committee, and for the past year I've been the chapter's Second Vice-President.

6.  The FAMU NAACP has a long tradition of organizing to advocate for the rights of our members and the broader FAMU student body. We hold seminars, know-your-rights sessions, and fundraisers; mobilize students to vote in federal, state, and local elections; and campaign to improve student resources and services. As Second Vice-President, I work with the chapter's leadership team to direct and oversee these advocacy efforts, and to understand the concerns and needs of our members.

7.  Because of this responsibility, I've become deeply familiar with the individual members of our NAACP chapter and their unique college-related concerns.

8.  Many of the core concerns our members have relate to school financing. Indeed, our membership is largely comprised of first-generation college students who come from low-income backgrounds. These students are unable to finance their education except through federal grants, loans, or the Federal Work Study program. I know personally that of our active members, at least 34 receive Pell Grants, at least 38 receive direct student loans, and several participate in the Federal Work Study program. In fact, I personally have received approximately $15,000 in Pell Grants and took out approximately $20,000 in direct loans over the course of my college education.

9. Our chapter members rely on these programs to finance their education. If any one of these programs is interrupted, multiple NAACP members would not have an alternative source of income with which to pay for their classes. The students would be faced with an impossible choice: seek high-interest, potentially unrepayable loans from private issuers or otherwise drop out of school.

10. Further, many FAMU NAACP members who have taken out direct student loans have done so with explicit reliance on federal loan forgiveness programs. I personally know that at least 25 FAMU NAACP members are explicitly intending to rely on the Public Service Loan Forgiveness program ("PSLF"), or other loan forgiveness programs, when they graduate. Several more expect that they may rely on the program in the future. I myself expect that I will rely on PSLF in the future.

11. Those forgiveness programs are critical to our members because some of our members are in up to $100,000 of school debt, or more. Further, many members who are in debt have self-consciously chosen to pursue service-oriented degrees that have a low earning potential, on the understanding that their steep loans would ultimately be forgiven.

12. I understand, however, that many student borrowers have had difficulty ensuring that their time working in public service careers is properly accounted for by the Department of Education and their loan servicers, resulting in delays in loan forgiveness for many borrowers. Other NAACP members and I are concerned that these problems will get worse now that the Department of Education has cut the team of staff who respond to student concerns and who oversee servicers.

13. I also know from my work as the NAACP chapter's Second Vice-President that our membership body relies heavily on federally funded TRIO programs. I know personally that at

3

least seven of my NAACP-member classmates have used some sort of FAMU-sponsored TRIO program to either get into FAMU or to improve their academic performance while at FAMU. These TRIO programs provide academic assistance to first-gen college students who come from low-income backgrounds, including through career advising, tutoring, and counseling on everything related to navigating college life. I have personally seen that these programs are necessary to allow NAACP members to stay in school, perform well academically, and ultimately graduate, when they otherwise would struggle to do so.

14. As just one representative example, my best friend at FAMU—who is also an NAACP member—relied on the university's Upward Bound program to help her get into college. Upward Bound is a pre-college, FAMU-sponsored program that helps intelligent high school students from disadvantaged backgrounds learn about FAMU and other local schools and find pathways to attendance. The FAMU-sponsored Upward Bound program provided my best friend with tutoring, college information sessions, application assistance, and even transportation for her to get to and from FAMU's campus. If that program was unable to continue operating, she would in all likelihood never have attended college.

15. If these TRIO programs ceased to function, NAACP members would lack the support they need to succeed in school, which would cause their learning to diminish and their grades to drop. Further, if the pre-college TRIO programs that FAMU operates ceased to function, the FAMU NAACP would lose out on would-be members who would be unable to attend FAMU due to a lack of resources.

16. Through my work as the Second Vice-President of the FAMU NAACP, I've also become heavily involved in school politics. The biggest topic in FAMU's politics over the past several months has been the election of a new University President, after FAMU's previous

president resigned in 2024. Although the President is elected by the board of trustees rather than the students, the FAMU NAACP takes an active role in facilitating connections between the candidates and the student body and in sharing information about the different candidates' policies.

17. This year, there were four candidates for the university president position. FAMU hosted multiple sessions for students and alumni to get to know each of the four candidates, and through those sessions, the FAMU NAACP actively monitored the policy positions that each candidate took.

18. FAMU receives a large part of its annual budget from the federal government. Thus, throughout the campaigns, a key concern for every one of the four candidates was federal funding. Each presidential candidate—including the one who was ultimately elected by the Board—campaigned on restructuring, cutting, or changing certain university programs in anticipation of impending cuts in funding from the Department of Education.

19. Cuts to federal funding would harm the university's academic programs and student services. Indeed, the new president's anticipation of funding cuts will itself do harm as the university decides to pare back programs that may be financially unsupported come next academic year. This would invariably harm FAMU NAACP members because FAMU NAACP has members in nearly every degree program, and FAMU NAACP members rely on essentially every student service that FAMU provides, including career counseling, mental health counseling, family health services, provisions of free school supplies and hygienic products, and more.

   I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

   Executed on June 6, 2025.

                                      _____
                                       Jada Scott