# Exhibit CCC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
et al.,

*Plaintiffs*,

v.

THE UNITED STATES OF AMERICA, et al.,

*Defendants*.

Civil Action No. 25-965-JRR

**DECLARATION OF JOHN SHANER**

I, John Shaner, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the Commonwealth of Pennsylvania. I am over the age of 18 and have personal knowledge of all facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Supply Chain Management Instructor at Lehigh Career & Technical Institute ("LCTI") in Schnecksville, Pennsylvania. I have held this position for 16 years. Before beginning my position at Lehigh, I worked in operations and supply chain management for a variety of companies for more than 10 years. Before that, I served in the U.S. Army Infantry Branch for eight years, including two years as an Infantry Team Leader in the 101st Airborne Division.

3. I hold a Bachelor of Science in Computer/Information Technology Administration and Management from Penn State University, a Master of Business Administration from La Salle University, and a Master's Degree in Education from Temple University.

4. LCTI serves over 2,700 high school students from nine public school districts and offers training in more than 45 career and technical education ("CTE") programs. These programs

include advertising design, computer information technology, marketing and entrepreneurship, web design, engineering drafting and design, precision machine tool technology, welding, animal sciences, cosmetology, culinary arts, early childhood education, building trades, carpentry, heating/air conditioning & refrigeration, plumbing, and masonry.

5. Most of LCTI's students attend LCTI for half of the day, and their own school districts for half of the day. Some students attend LCTI full day, as LCTI offers its own academic programs.

6. The Supply Chain Management Program at LCTI, in which I work as an instructor, purchases school supplies and janitorial supplies in bulk for the nine school districts that send students to LCTI. The school districts place orders from us on a website, and our program operates as a distribution center, filling the school districts' orders. Students work on all aspects of the distribution process, so they learn about logistics, supply chain, packaging, and management.

7. I am also a member of the Pennsylvania State Education Association ("PSEA"), which is a state affiliate of NEA. I hold the elected position of Department President for Career and Technical Education within PSEA, and as a Department President, I also sit on the Board of Directors of PSEA. The Career and Technical Education Department serves to advocate both within PSEA and with the Pennsylvania Legislature for the needs of CTE teachers and schools.

8. Approximately 125 PSEA members work at LCTI.

9. LCTI serves some of the most vulnerable students in Lehigh County, Pennsylvania. Many of the students at LCTI have disabilities and have Individualized Education Plans ("IEPs"), come from low-income families, and/or are people of color. These students will be particularly impacted by any cuts to CTE.

10. From an economic and workforce development standpoint, any cuts to CTE programs will affect the pipeline of skilled workers nationally. CTE is vital for training a workforce of high-tech workers who will be needed to increase manufacturing in the United States. CTE is also vital for training workers for traditional skilled trades like plumbing and auto mechanics.

11. Any cuts or delays in overall federal education funding and support will also negatively affect CTE. For example, LCTI educates students from its nine sending school districts under agreements which require the sending school districts to provide a portion of the per-student cost of educating their students at LCTI. If school districts experience budget cuts, they may stop sending students to LCTI.

12. In addition to receiving federal funding indirectly through the sending school districts, LCTI receives federal funding directly through Perkins V funding. Among the allowable uses of Perkins V funding are compensation for instructors, curriculum development, instructional equipment, professional development, technical skills assessments (industry recognized certification exams), and remedial services (supportive personnel and program modifications). LCTI uses its Perkins funding primarily to pay the salary and benefits of instructional assistants, who support students with IEPs, and to purchase costly equipment necessary to provide adequate CTE, including forklifts, table saws, carpentry tools, and car lifts. Perkins funding also goes to support student clubs. LCTI has also used Perkins V as "start-up" funding to begin new programs.

13. LCTI, like other CTE centers which are associated with multiple school districts, does not have its own taxing authority. All of our funding comes either from payments from sending school districts or from grants. Any changes in funding streams can have a significant impact on the programs and supports we can offer.

14. If the cuts to the Department of Education result in cuts to Perkins V, errors in Perkins V allocation calculations, or delays in getting Perkins V money out to grantees, this would be very harmful to LCTI and our ability to provide a high quality CTE instruction to our students. We could be hampered in our ability to provide vital instructional assistance to students with IEPs, to purchase necessary equipment, and respond to job growth in the economy by developing new programs to prepare students for those career fields.

15. Based on my position and my experience in the CTE field, I understand that the uncertainty caused by the reduction-in-force and related cuts to the Department, and other possible changes to federal CTE programs, have caused administrators to take a cautious approach to budgeting for subsequent years, especially when it comes to starting new programs or purchasing equipment.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 26, 2025.

_____
John Shaner