# Exhibit FFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>*Defendants.* | Civil Action No. 25-965-JRR |

## DECLARATION OF MARIANNA VINSON

I, Marianna Vinson, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Superintendent of Lemon Grove School District ("LGSD"). I am authorized to provide this declaration on behalf of the School Board of LGSD in support of Plaintiffs in the above-captioned matter.

3. I hold a bachelor's degree from Stanford University and advanced degrees from San Diego State University and National University. I have worked in education for 27 years, including as a principal, district leader, assistant superintendent, and executive director of educational services. From July 2014 until June 2016, I also served as the Deputy Director for the Office of English Language Acquisition at the U.S. Department of Education ("the Department").

4. I submit this declaration to describe the effects that actions taken by the Trump Administration, the Department, and Secretary of Education Linda McMahon to dismantle the Department are having, and will continue to have, in LGSD.

## Lemon Grove School District

5. LGSD is a pre-K through 8th grade school district serving approximately 3,200 students across 8 schools in San Diego County, California. LGSD was officially opened on March 18, 1893.

6. LGSD's certified employees, including teachers, social workers, a nurse, school psychologists, resource specialists, speech/language pathologists, and state pre-school teachers are in a bargaining unit represented by the Lemon Grove Teachers Association. Lemon Grove Teachers Association, https://lgtateacher.org/. Lemon Grove Teachers Association is an affiliate of the California Teachers Association and the National Education Association ("NEA"). NEA is a Plaintiff in the above-captioned lawsuit.

7. LGSD's mission follows:

- Lemon Grove Learners are diverse, unique, resilient, inquisitive, compassionate, and limitless.
- We believe that caring relationships based on integrity, honesty, and a respect for diversity are essential to learning.
- When our Lemon Grove Learners leave LGSD they will know and be able to recognize their significance and potential, and they will use their 21st century learning experiences to thrive as tomorrow's leaders, workers and democratic citizens.

*District Mission, Vision and Strategic Plan*, Lemon Grove School District, https://www.lemongrovesd.net/apps/pages/index.jsp?uREC_ID=1324746&type=d&pREC_ID=1534363 (last visited June 10, 2025).

8. LGSD serves a diverse and high-need student body. San Diego County is home to the nation's largest military community. University of California San Diego, *San Diego Military*

2

*Advisory Council* 6 (July 2024), https://sdmac.org/wp-content/uploads/2023/07/2020.pdf. The city of San Diego, located just 9 miles southwest of Lemon Grove, houses "one out of every four U.S. Marines and one out of every six Sailors; and it contains a large part of Southern California's premier training ranges where more than 75% of U.S. operating military forces prepare for deployment." *Id.* Last school year, 33% of all Lemon Grove 5th graders and 40% of all Lemon Grove 6th graders who responded to the California Healthy Kids Survey indicated someone in their family was in the military. Cal. Dep't of Educ., *California Healthy Kids Survey: Lemon Grove Elementary 2023-2024 Main Report* 59 (July 2024) https://data.calschls.org/resources/Lemon_Grove_37_2324_Elem_CHKS.pdf.

9. According to census data, 550 LGSD students were living in poverty, as of January 1, 2024. *SAIPE School District Estimates for 2023*, U.S. Census Bureau (Dec. 2024), https://www.census.gov/data/datasets/2023/demo/saipe/2023-school-districts.html (last visited June 6, 2025).

10. The table below shows LGSD student racial demographics for the 2023-2024 school year according to data collected by the California School Dashboard, a component of the Local Control Funding Formula law of 2013.

|  | Total | Percentage |
|---|---|---|
| **African American** | 400 | 12.8% |
| **American Indian** | 21 | 0.7% |
| **Asian** | 125 | 4% |
| **Filipino** | 55 | 1.8% |
| **Hispanic** | 2,056 | 65.9% |
| **Pacific Islander** | 23 | 0.7% |
| **Two or More Races** | 184 | 5.9% |
| **White** | 256 | 8.2% |

3

*Lemon Grove*, Student Population, California School Dashboard, https://www.caschooldashboard.org/reports/37682050000000/2024 (last visited June 10, 2025) (scroll to "Enrollment" and click "view more information").

11. As of August 2024, 74.7% of LGSD students are eligible for free or reduced priced meals or have parents/guardians who did not receive a high school diploma. *Id.*

12. As of August 2024, 25.8% of LGSD students are English learners, *id.*, a higher concentration than averages for the region (18%) and state (19%).

13. As of August 2024, 16.9% of LGSD students have disabilities. *Id.*

14. As of August 2024, 7.2% of LGSD students are homeless. *Id.*

15. As of August 2024, 0.4% of LGSD students are foster youth. *Id.*

### Lemon Grove's Reliance on the Department

16. LGSD looks to the Department for resources to improve the educational environment of our schools and maximize student achievement.

17. First, LGSD has a proud legacy as the site of the 1931 case *Roberto Alvarez v. Board of Trustees of the Lemon Grove School District*—the first successful school desegregation case in U.S. history. *See* Thomas L. Scharf, *The Lemon Grove Incident*, The Journal of San Diego History, Spring 1986, available at https://sandiegohistory.org/journal/1986/april/lemongrove/. LGSD maintains this same commitment to civil rights and equity in education to this day, and is deeply concerned about the loss of federal civil rights enforcement activity through the Department's Office for Civil Rights ("OCR"). A lack of meaningful federal oversight and resolution of civil rights complaints would disproportionately harm students of color, English learners, students with disabilities, and LGBTQ+ youth in LGSD—populations that often rely on timely and robust federal intervention to ensure equity and access.

18. In addition, LGSD depends on Department funding streams to support certain educational programs and activities. As the superintendent, I am familiar with the LGSD budget and have reviewed budgetary records to prepare this declaration. For fiscal year 2025, the district anticipated that federal funding would account for approximately 4% of the LGSD budget. Lemon Grove School District, *LCFF Budget Overview for Parents: Budget Overview for the 2024-25 School Year* 2, https://4.files.edl.io/d155/06/28/24/174447-bda524de-3748-4ebe-8be1-7f357066dd8a.pdf. LGSD receives federal funding through various restricted grant programs including Titles I, II, III, IV, and VII of the Elementary and Secondary Education Act of 1965 ("ESEA"), as amended by the Every Student Succeeds Act ("ESSA"); as well as the Individuals with Disabilities Education Act's Grants to States for Special Education ("IDEA Part B"). The table below shows the amounts of federal funding LGSD received through restricted grant programs during the previous three fiscal years:

|  | FY 2022-2023 | FY 2023-2024 | FY 2024-2025 |
| --- | --- | --- | --- |
| Title I | $829,815 | $799,956 | $908,554 |
| Title II | $122,230 | $119,858 | $129,513 |
| Title III EL | $109,285 | $112,486 | $109,604 |
| Title II Immigrant | $10,409 | -- | $14,227 |
| Title IV | $65,080 | $65,278 | $66,380 |
| Title VII – Impact Aid | $122,450 | $168,789 | $143,308 |
| SPED IDEA | $710,465 | $727, 088 | $845,844 |
| TOTAL | $1,969,734 | $1,815,096 | $2,217,430 |

19. All LGSD schools are eligible to operate schoolwide Title I programs. Those funds are critical to LGSD academic support services. LGSD's Title IV, Part A funds have been transferred to Title I, Part A.

20. Title III funding is essential for English learners in LGSD. Any reduction or delay in these programs would compound the impacts of losing mental health funding and further destabilize services for our most vulnerable students.

21. The LGSD budget development cycle begins each fall of the preceding year. For example, the fiscal year 2026 planning cycle began in late Fall 2024. Staffing accounts for approximately 80% of the budget. Consistent with California law, any staff who will not be retained for the next school year must receive notice by March 15. Therefore, by mid-March, all major budget issues are largely finalized. Under state law, the budget must be approved on or before June 30.

### Student Mental Health in Lemon Grove

22. Student mental health is a national crisis and a bipartisan issue. Our LGSD community is typically in need and underserved in this respect. LGSD students have significant social emotional needs, including some students who experience suicidal ideation.

23. Educators in LGSD have long cited adequate access to mental health support as a critical factor in managing classroom dynamics and student behavior. Without effective student mental health services, district educators are more likely to experience stress and burnout, which deters high-quality educators from applying or remaining in LGSD and undermines efforts to retain staff in schools serving high-needs populations.

24. Many of our students have experienced traumatic events or other adverse childhood experiences. There is a high likelihood that many of our English learners and/or their parents have experienced pre- and post-migration trauma given our proximity to the border. In addition, research indicates 20% of all at-home military spouses and 18% of all children of military parents have a mental health diagnosis. Katherine S. Sullivan, et al., *Mental Health Outcomes Associated with Risk and Resilience among Military-Connected Youth* 7, June 2021, (author's manuscript) (available at https://pmc.ncbi.nlm.nih.gov/articles/PMC7997811/pdf/nihms-1632827.pdf). Unfortunately, the California Healthy Kids Survey data indicates one in every three LGSD students experience

6

chronic sadness. Cal. Dep't of Educ., *supra*, at 20, and 15.5% of LGSD middle school students have considered suicide in the last year. Cal. Dep't of Educ., *Lemon Grove Secondary 2023-2024 Main Report* 52 (July 11, 2024), https://data.calschls.org/resources/Lemon_Grove_ 37_2324_Sec_ CHKS_Grd6-8.pdf.

25. As of December 31, 2022, LGSD employed 13 mental health professionals, including 7 social workers and six school psychologists across eight schools. The LGSD social worker team provides many mental health services to our students, including but not limited to: individual counseling, group counseling, social-emotional learning ("SEL") curriculum lessons, *see Social and Emotional Learning*, Cal. Dep't of Educ., https://www.cde.ca.gov/ci/se/index.asp (last updated Feb. 16, 2024), and wraparound supports for foster youth and housing-insecure students. In addition, the social workers run our Family Resource Stores at each site, where the school provides basic needs supplies such as clothes, shoes, school supplies, personal hygiene supplies, cleaning materials, shelf stable food, etc., all at no cost to the family. Lastly, our social workers put students and families in touch with a local therapy center, or submit a referral, if they have mental health needs that need to be addressed outside of the school setting. LGSD social workers carried out these same responsibilities in 2022, but this level of support was not enough to meet the needs of our students.

26. In 2022, the Department opened a competition under the Safe and Drug-Free Schools and Communities—National Programs under Title IV of the ESEA to provide grants for school based mental health ("SBMH") services. LGSD applied for and was awarded a five-year SBMH grant for a total of $2,774,349. The initial budget period began on January 1, 2023, and the project was intended to run through December 31, 2027.

27. As a recipient of an SBMH grant, LGSD was required to certify performance reports to the Department (Form ED524B). 34 C.F.R. § 75.118. LGSD has retained copies of those reports, and I reviewed the reports to prepare this declaration.

28. LGSD relied on SBMH grant funds to provide direct mental health support to all LGSD students. The federal funds were used to fill five new, unduplicated certified mental health professional positions, including 4.5 full-time social worker positions, and a full-time Board-Certified Behavior Analyst (BCBA) funded 0.5 out of the grant. One of the full-time, grant-funded social workers coordinates all professional development around mental health services, SEL, restorative practices, trauma-informed care, crisis intervention, and use of educational software. This allows all other social workers to focus on providing direct support to students, including tasks associated with chronic absenteeism; registering students for services under the Americans with Disabilities Act, McKinney-Vento Act and/or ESEA; and helping all teachers deliver lessons as part of the SEL curriculum.

29. With the addition of new mental health professionals, LGSD lowered its mental health provider to student ratio; expanded the mental health direct services available to students with individual and group counseling services from the social worker; offered additional classroom lessons around SEL; developed crisis response and suicide prevention programs, such as Hope Squad; increased mental health awareness and trauma-informed care training for school staff; expanded community partnerships with local mental health providers; and implemented retention strategies to maintain the school based mental health providers year over year, such as a retention stipend and fully-funded Licensed Clinical Social Worker supervision hours for those who were pursuing this license.

30. The SBMH grant lead to measurable improvements for LGSD schools:

8

a. Our stated goal was to meet or exceed a 200:1 ratio of students to mental health providers by the 2023-2024 school year, and we exceeded that, achieving a ratio of 166:1;

b. As of October 1, 2024, 100% of students enrolled in LGSD schools received mental health services from our social workers. Mental health services provided included individual counseling and group counseling (at least 350 students), individual check-ins (at least 650 students), suicide risk assessments (at least 55 students), and at least 538 tier one mental health and social emotional lessons. All of our students received services through tier one SEL, as each of our social workers co-taught at least one SEL lesson with every classroom in the district, with the majority of classrooms receiving multiple lessons;

c. The grant resulted in improved retention of diverse social worker staff, including bilingual staff in accordance with the Department's Competitive Preference Priority. *See* 87 Fed. Reg. 60092 (Oct. 4, 2022). The social worker retention rate increased from 72% to 85% of LGSD school social workers who reflect the diverse cultural backgrounds of the district's students;

d. By June 2024, the district successfully reduced the overall percentage of students who were chronically absent to 32% (down from 46.7% in 2022). The district simultaneously increased its Average Daily Attendance ("ADA") rate by 1%, a steady increase over two years; and

e. By June 2024, the district successfully reduced the percentage of students who had been suspended one or more times from 4.3% to 3.7% of students. The

9

district also moved all student groups out of the "red" zone in the California Department of Education data dashboard.

31. LGSD was also using SBMH grant funding to build the infrastructure to bill Medi-Cal for school based mental health services through the California Youth Behavioral Health Initiative ("CYBHI"). *See* CYBHI, https://cybhi.chhs.ca.gov/ (last accessed June 10, 2025). CYBHI is the first billing option for local education associations that is not limited to special education services. By participating in the newly launched CYBHI, LGSD would be able to ensure that the social worker staff funded through the SBMH grant would become a sustainable part of the mental health services offered to LGSD students even after the grant expired.

32. There is no question that the SBMH grant has been essential for LGSD. LGSD has demonstrated a significant reduction in disciplinary actions and chronic absenteeism, while improving academic performance and overall student well-being. Data from the California Assessment of Student Performance and Progress from Grades 3-8 shows that, as a school district, we have made academic growth in reading and math over the last three years. The services supported by the grant allowed us to significantly reduce student-to-provider ratios and offer personalized interventions, especially for students experiencing trauma, anxiety, depression, or suicidal ideation. As a Title I school district serving low-income families, this grant has also had a particular impact on marginalized student groups, including low-income students, foster youth, and homeless students.

33. On April 29, 2025, LGSD received a notice of non-continuation of the SBMH grant from the Department's Office of Planning, Evaluation, and Policy Development. A true and correct copy of that notice is attached hereto as **Exhibit 1**. The notice of non-continuation that

LGSD received from the Department provided no individualized basis for the discontinuance and contained only generalized statements that the program was inconsistent with the "best interest of the Federal Government." My understanding is that the notice of non-continuation that LGSD received from the Department was identical to letters received by many other SBMH awardees in April 2025, except for the recipient's name and grant number. The notice does not identify anything specific about services LGSD provided through the SBMH grant or the district's administration of the grant that caused the discontinuance. LGSD is in the process of requesting reconsideration of this decision.

34. The Department's elimination of SBMH grants has caused significant uncertainty about LGSD's ability to pay for important positions, programs, and resources for the 2025-2026 school year and beyond. The notice provided LGSD less than two months to revise the 2025-2026 budget. The discontinuance of the SBMH grant means that LGSD will not receive $1,120,969 of the funds the district relied on to pay salaries and benefits for mental health staff who directly serve our high-risk students and to offer retention stipends and paid supervision hours for experienced educators.

35. In the immediate next school year (2025-2026), LGSD will not be able to fill two of the full-time social worker positions that were funded through the SBMH grant. These positions were part of the bargaining unit represented by the Lemon Grove Teachers' Association. The remaining SBMH grants funds will fund the other 2.5 social worker positions only for the first half of next school year. In order to provide stability for those essential staff, LGSD made the difficult decision to reallocate internal funds, including Medicaid and Medi-Cal funds, that would have otherwise been used for, among other things, programming for community schools, to hire a special education coach to support our students with special needs,

and to increase on-site therapy services. LGSD will continue to use internal funding for one of the four remaining positions in the 2026-2027 school year, but the other three positions will be eliminated. In addition, LGSD now cannot finish building the infrastructure needed to participate in CYBHI, which we intended to use to pay for social work staff after the SBMH award expired. The funding uncertainty is disconcerting.

36. In the long-term, without the benefit of sufficient mental health services, there will be an increased mental health crisis among LGSD students and negative impacts on academic outcomes, school safety, and climate. Specifically, we anticipate that students will regress as measured by increased disciplinary incidents and chronic absenteeism. The effects will be far-reaching. Fewer mental health supports in our schools will create a greater strain on local community resources, including local emergency services and hospitals.

37. From my years of experience in education, I know that once a student falls behind in their learning and development, it is extremely difficult to get them back on track. In LGSD, we still see the impact of the COVID-19 pandemic and increased remote learning on student development. Additional setbacks will compound the learning and social-emotional struggles that students are experiencing.

38. Lemon Grove School District remains steadfast in our commitment to student mental health and educational equity. The loss of this funding is not merely a budgetary issue—it is a direct threat to the well-being and future of our students.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 26, 2025.

Marianna Vinson