# Exhibit HHH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
et al.,

     *Plaintiffs*,

v.

THE UNITED STATES OF AMERICA, et al.,

     *Defendants*.

Civil Action No. 25-965-JRR

### DECLARATION OF CHRISTY WENGER

I, Christy Wenger, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of West Virginia. I am over the age of 18 and have personal knowledge of all facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I hold a Ph.D. in Writing and Rhetoric from Lehigh University, a master's degree in English from Drew University, and a bachelor's degree in English from Susquehanna University.

3. Since November 2023, I have been employed by the U.S. Department of Education ("the Department") in the position of Education Specialist. In this role, I function as a program officer in the Teacher Quality Partnership Program ("TQPP") in the Office of Effective Educator Development Programs ("EEDP"), within the Office of Elementary and Secondary Education ("OESE"). Until I was placed on administrative leave in January 2025, my duties included coordinating, implementing, and executing TQPP policies and standards, leading grant

competition cycles, and managing grant funds in alignment with federal appropriations laws and approved budgets.

4. I have been on administrative leave since January 31, 2025. It is my understanding that I was placed on leave because I participated in a Diversity Change Agent course.

5. Based on my experience in the Department, I am knowledgeable about TQPP and OESE more broadly.

6. OESE is responsible for directing, coordinating, and recommending policy for programs designed to help state education agencies ("SEAs") and local educational agencies ("LEAs") improve the achievement of preschool, elementary, and secondary school students; support equal access to services to help every child achieve; advance academic achievement and education choice at the state and local levels; and provide financial assistance to LEAs whose local revenues are affected by federal activities.

7. Consistent with these objectives, EEDP administers competitive grants that support the quality of teaching and school administration. Grant awards fund a variety of activities, including but not limited to:

   a. Providing principals with the tools to make staffing and other school-level decisions to build high-performing instructional leadership teams for high-need schools;

   b. Improving LEA processes for recruiting, selecting, placing, supporting, and retaining effective teachers, principals, and other school leaders in high-need schools;

   c. Providing evidence-based professional development that addresses literacy, numeracy, remedial education, or other needs of LEAs and the students they serve; and

    d.    Supporting non-traditional preparation and certification pathways that allow teachers, principals, or other school leaders to obtain employment in traditionally underserved LEAs.

8.    The Effective Educator Division ("EED") of OESE administers three distinct grant programs, all of which aim to support quality teaching and school leadership, so as to prepare, develop, and retain effective educators across the nation.

9.    First, EED administers the Supporting Effective Educator Development ("SEED") program, which provides funding to increase the number of highly effective educators by supporting the implementation of evidence-based practices. These grants allow eligible applicants to develop, expand, and evaluate practices that can serve as models to be sustained and disseminated. The program encourages the use of evidence-based instruction and professional development to support educators' development across the continuum of their careers.

10.    EED also administers the Teacher and School Leader Incentive Program, which provides grants to develop, implement, improve, or expand human capital management systems or performance-based compensation systems for teachers, principals, and other school leaders. The goal is to increase educator effectiveness and student achievement in high-need schools by training K-12 administrators to support teachers and curriculum that keeps teachers engaged and students learning.

11.    The last program administered by EED is TQPP, which funds the teacher training program ("TTP"), which provides grants to higher education institutions to support students enrolled in teacher preparation programs to complete clinical experiences and residencies in partner schools with a high need for educators. TTP grants assist undergraduate students who complete one year of clinical experience in a partner school. TTP also supports graduate students

3

transitioning to education from a non-teaching profession, who receive grant support to earn a master's degree in education and certification in exchange for a commitment to teach in a high-need school for 2 years upon completion of their degree. Both groups of students receive financial aid and other support through TQPP grant funds to promote their success as teachers. TQPP specifically works to reduce the national teacher shortage and to ensure that teachers are well-qualified to support students through rigorous professional development throughout their degrees.

12. Support services for TQPP participants include courses, workshops and professional development offered to teachers and administrators, including information on up-to-date research and evidence-based practice. The grant awards fundamentally improve and expand supports for all teachers within partnership schools, not just TQPP recipients. Grantees are required to provide services and programming in line with the grant's Absolute Priority guidelines, including: 1) the development of comprehensive teacher preparation programs at the undergraduate level; 2) the establishment of teaching residency programs that provide candidates with extensive, hands-on classroom experience under the guidance of experienced mentors; 3) integrating school leadership development into pre-baccalaureate teacher preparation programs; and 4) integrating leadership development into teaching residency programs, aiming to prepare teacher residents for leadership positions within schools.

13. TQPP grants were awarded to 20 institutions in fiscal year ("FY") 2024, for an expected 5-year period of funding, and to 25 institutions in FY 2023, 22 institutions in FY 2022, and to 10 institutions in FY 2020, all for a year 1 frontloaded award and an expected duration of 5 years. *See* U.S. Dep't of Educ., *Teacher Quality Partnership Program*, https://www.ed.gov/grants-and-programs/teacher-prep/teacher-quality-partnership-program#awards (last visited June 27, 2025).

14. As of January 2025, 76 TQPP grant awards were active, within their traditional 5 year period, and approximately 25 additional grants were in various stages of closeout, including spending down of final funds, closeout reports, and no-cost extensions.

15. As a TQPP specialist, I was responsible for overseeing TQPP grants being provided in 12 different states, including Florida, with roughly 20 active grantees. This work included soliciting grant applications and overseeing the grant competition. Once awards were made, I was responsible for monitoring grantee's compliance with grant requirements and collecting data from TQPP grantees to assess whether they were meeting the statutorily-required performance targets for the awards. If not, I would provide technical assistance to support bringing the grantee into compliance.

16. I was also a member of intradepartmental and cross-departmental working groups that collected and analyzed grantee expenditure data to ensure that grant funds were being spent appropriately. The collection and analysis of that data is mandated by statute. If the data indicates that a grantee may have financial issues and otherwise be in non-compliance, the program officer would contact the grantee regarding remediation of the issue. If remediation didn't occur, then the program officer would notify their supervisor. Meetings would be held between the program officer, the supervisor and the grantee staff to address any financial or noncompliance issues. If the issues could not be resolved, the grantee would be referred to the risk specialist team.

17. I was a risk specialist on the team that worked with grantees who had financial issues or were in non-compliance. We had a special monitoring process for those grantees. The Department also has a system in which an entity risk review ("ERR") includes the program officers and ERR specialists, who call out certain grantees if they weren't spending money or issues were arising to make decisions together regarding the grantees' future receipt of funds.

18. If issues with the grantee could not be resolved informally, the grantee would be put on "route payment," so that the program officer could understand and approve all expenditures by these grantees.

19. On information and belief, since I was placed on administrative leave in January 2025, nobody else in EEDP has been performing the mandatory review and analysis of grantee expenditure data to ensure that grant funds are being spent appropriately. Instead, between January and February 2025, the route payment system already was being used incorrectly as a punitive and unjustified way to deny payments to grantees who had no risk history. This meant that grantees were not reimbursed for funds that their organization had already spent on programs supported by their TQPP grants.

20. In February 2025, the Department terminated scores of active TQPP grants because of the program's perceived connection to diversity, equity and inclusion. Press Release, U.S. Dep't of Educ., *U.S. Department of Education Cuts Over $600 Million in Divisive Teacher Training Grants* (Feb. 17, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education- cuts-over-600-million-divisive-teacher-training-grants. At this time of year, many of the students being supported by these funds were already enrolled in undergraduate and master's courses for the spring 2025 semester. It is my understanding that only 4-5 grants in southern states remain out of the more than 100 TQPP grants that were active. *See* Mark Lewis, *Supreme Court Allows Trump Admin. to End Teacher-Prep Grants*, Education Week (Apr. 4, 2025), https://www.edweek.org/policy-politics/supreme-court-allows-trump-admin-to-end-teacher-prep-grants/ 2025/04. On information and belief, my colleagues still in TQPP have not been told what will happen to the money that had been appropriated to fund the terminated grant awards. They have

been informed by higher level officials within the Department that if grantees ask, they should tell them that "they have no information to share."

21. Prior to this year, it was very uncommon for a grant to be terminated. I have never before seen the kinds of wholesale cancellations of grant programs that have happened this year. This is not the way the Department works, ever.

22. Since January 2025, ED has not posted any new TQPP grant opportunities, and the application status is posted on grants.gov as "closed." *See* U.S. Dep't of Educ., *Teacher Quality Partnership Program*, https://www.ed.gov/grants-and-programs/teacher-prep/teacher-quality-partnership-program (last visited June 27, 2025). TQPP grants are typically published in the Federal Register in April, and applications typically must be submitted by early June to allow for EEDP to complete the selection process, make awards, and distribute funds by the requisite obligation date of September 30. Based on my experience, I believe that the Department has effectively shut down the TQPP grant program by cancelling grants and failing to run a new competition.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 27, 2025.

Christy Wenger