# Exhibit LLL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-965-JRR |

## DECLARATION OF ERIN POLLARD YOUNG

I, Erin Pollard Young, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am an Education Research Analyst in the National Center for Education Evaluation and Regional Assistance ("NCEE") within the Institute of Education Sciences ("IES"), a semi-independent division of the U.S. Department of Education ("the Department"). I have worked at NCEE for approximately 14 years. As an Education Research Analyst, I have knowledge about the responsibilities of IES in general and NCEE specifically.

3. IES consists of four centers: the National Center for Education Statistics ("NCES"), the National Center for Education Research ("NCER"), the National Center for Special Education Research ("NCSER"), and NCEE, along with the Office of Science, which handles peer review for grants and publications.

4. NCEE is further divided into two divisions: **Evaluation** and **Knowledge Use.**

### The Evaluation Division

5. The Evaluation Division conducts independent, high-quality evaluations of education programs supported by federal funds. These studies are meant to produce insights about the effectiveness of federal investments in education, identify strategies and interventions that work, and guide program improvement. Since IES was established in 2002, the Evaluation Division has undertaken more than 100 evaluations, mainly by awarding external contracts to carry out research studies identified as priorities, needs, or statutory requirements in NCEE's annual evaluation plans and the Department's multiyear learning agenda.

6. The evaluations initiated by this division include both assessments of how well existing programs and interventions work and studies to determine the potential efficacy of innovative approaches to various topics in education. Among the assessments of existing programs are evaluations that NCEE performs pursuant to the Elementary and Secondary Education Act of 1965, as amended by the Every Student Succeeds Act, and the Carl D. Perkins Career and Technical Education Act of 2006, as amended by the Strengthening Career and Technical Education for the 21st Century Act (Perkins V), and studies that examine special education services offered by states and school districts to comply with the Individuals with Disabilities Education Act's Free Appropriate Public Education requirement. These evaluations include longitudinal, implementation, and effectiveness components.

7. Studies of new education interventions, in contrast, are eight-to-ten-year long projects aimed at identifying evidence-based approaches. They include design, methodology, and experimentation phases, followed by a pilot period at the end of the study, during which researchers partner with school districts and students to implement the intervention under review in the classroom. For example, the Evaluation Division was carrying out a study of transition

supports for youth with disabilities, with the goal of determining which model of transition planning for students preparing to exit high school was most effective. As of January 2025, this project, known as the Charting My Path for Future Success Program ("Charting My Path"), was just entering the pilot phase. Contractors had finished training school staff in 13 school districts across the country to provide the services under evaluation, and schools were enrolling 1,600 students in pilot transition programs for the spring term.

## The Knowledge Utilization Division

8. I work in the Knowledge Utilization Division, which has two branches: the Regional Educational Laboratory Branch and the Knowledge Synthesis Branch.

9. The Regional Educational Laboratory Branch implements the Regional Educational Laboratory ("REL") program. The Education Sciences Reform Act ("ESRA"), enacted in 2002, created this program and requires the Department to enter and maintain contracts to establish a networked system of RELs serving 10 geographic areas that together encompass all 50 states, the District of Columbia, and U.S. territories and freely associated states. *See* 20 U.S.C. § 9564(a), (b). By statute, 25% of REL funding must be set aside for activities supporting rural schools and students. Each REL has a team of Department staff and contractors who work collaboratively with state and local education agencies to provide tailored, context-specific evidence-based research and support to educators, policymakers, and other stakeholders to improve student outcomes.

10. I work in NCEE's second division, the Knowledge Synthesis Branch, which administers three IES programs: (1) the Education Resources Information Center; (2) the What Works Clearinghouse; and (3) the National Library of Education.

11. The Education Resources Information Center or ERIC is a large-scale database of education research and scholarship that the public can access free of charge. It has existed for sixty

years and was codified by ESRA in 2002. 20 U.S.C. § 9562(a). Historically, ERIC was the second-most visited Department website, with over 14 million users per year. The database makes available academic literature from traditional peer-reviewed journals ranging from the well-known to the obscure. In addition, ERIC is the only major education database that includes "grey" literature, that is, unpublished studies from private research organizations, white papers, and reports from school districts and policy centers across the country. For all of these resources, ERIC generates metadata and data feeds. This is especially important for "grey" literature, which is not cataloged in the main private databases of academic documents. As a result, without ERIC's metadata, these resources would not appear on commercial search engines like Google.

12. The What Works Clearinghouse disseminates scientific evidence on best practices in education to the public. The Clearinghouse reviews relevant research on methods and approaches, identifies well-designed and well-implemented impact studies evaluating uses of the methods and approaches, summarizes the major findings in a digestible way, and makes those resources available to education researchers, policymakers, and practitioners at no cost. ESRA and the Every Student Succeeds Act both direct the Department to carry out these functions. *Id.* §§ 7013, 7801(21), 9562. To do so, the Clearinghouse reviews studies against the Department's evidence standards to determine whether a study's methodology supports the causal claims made in its findings. *See* 34 C.F.R. §§ 77.1, 77.2. Only studies that meet these standards are incorporated into Clearinghouse publications. These include practice guides (evidence-based recommendations and toolkits for educators on how to implement best practices in the classroom to improve student outcomes), webinars, and reports that provide an overview of the highest-quality research on a particular practice or intervention, among other deliverables.

13. The National Library of Education was established by ESRA to "provide a central location within the Federal Government for information about education" and comprehensive references services on education-related topics for the Department, its contractors and grantees, and members of the public. 20 U.S.C. § 9562(d).

14. Until February 2025, I served as the Contracting Officer's Representative ("COR") for three contracts across two of the projects. First, I managed the contract for ERIC—a significant contract to support one of the Department's most visible programs—and had done so for 12 years. In addition, I managed two contracts related to the What Works Clearinghouse. One of these contracts was for a Clearinghouse infrastructure project. As the COR, I oversaw the development of Clearinghouse methodological standards and related training, peer review of studies, and Clearinghouse website maintenance. Under the second Clearinghouse contract, I managed the development of a new practice guide on interventions for students in kindergarten to third grade struggling with reading. We convened a panel of experts to write the practice guide, which would have provided a toolkit of recommended activities, scripts, and lesson plans for educators to use in the classroom.

**Termination of NCEE Contracts**

15. On February 10, 2025, my colleagues and I were called into a division-wide meeting by our supervisors, who reported that they had been called into an emergency meeting with IES's Acting Director. The Acting Director informed them that the Department of Government Efficiency ("DOGE") had decided to terminate the majority of IES's contracts, including all Knowledge Synthesis Branch contracts except the REL contracts (described above at paragraph 9). Numerous contracts maintained by the Evaluation Division also were canceled, including contracts for the Charting My Path program and an impact evaluation of Multi-Tiered System of Supports for Reading.

5

16. My colleagues and I were instructed not to communicate with contractors but were not told which contracts had been terminated and were not copied on all of the termination notices. I learned that the two Clearinghouse contracts I managed were canceled only after receiving emails from the contractors, and I later found out that the ERIC contract had not been canceled.

17. No one asked me about the ramifications of canceling my contracts or about the work facilitated by the contracts before the February 10 meeting, and I did not discuss those subjects with any DOGE employee or Department political appointee after February 10. Nor did any of my colleagues in NCEE or the other IES centers. February 10 was the first day DOGE came to IES, and it is my understanding that they had already marked contracts for cancellation before they arrived.

18. Based on my 14 years of experience at IES and training as a COR, the process by which IES contracts were terminated was extremely unusual. In particular, CORs should be consulted before the agreements are canceled. The COR is the person within the agency with the most direct knowledge of a contract, the work it encompasses, and the contractor's performance of its obligations. Had I been consulted, I would have advised DOGE and Department officials that the three contracts I managed had no performance concerns and implemented the Department's statutory obligations.

19. The cancellation of the What Works Clearinghouse support contracts means that the Department now lacks the ability to review new studies and publish new resources to the Clearinghouse website. As a result, educators and other practitioners and policymakers will not have access to a free, credible, trusted hub of evidence-based pedagogical tools and reviews of specific interventions. Unless they are able to afford access to alternate programs and information, they will lose access to this critical information.

20. Additionally, the Clearinghouse reviews applications for the Department's discretionary grant programs to determine whether the methodologies outlined in project proposals are supported by evidence as defined by 20 U.S.C. § 7801(21). Without personnel and contractors to perform this work, the Department may not be able to accurately determine whether proposals are evidence-based and may award funds to programs with no evidence of effectiveness.

21. My third contract, for ERIC, was not canceled in February 2025, but was scheduled to expire on April 24, 2025, unless the Department exercised an option to extend it. I was informed by IES leadership that DOGE would only approve contracts that reduced funding by at least 50%. For the ERIC contract to be reduced by 50%, ERIC would have to drop 45% of the source publications that it has historically made available to the public at no cost, eliminate customer support and communications services, and stop approving new sources to be indexed.

22. It is my understanding that the Department has renewed its contract to continue ERIC's operations, but with a much more restricted scope and half of its previous budget. While no existing content has been removed from ERIC, the ERIC Help Desk has been closed, and going forward, fewer new papers, reports, and other publications will be added to the database. These cuts will make ERIC a far less useful and effective tool for researchers and practitioners, especially without the customer support services that helped to implement NCEE's obligations under 20 U.S.C. § 9562(b)(4). As a result, educators, students, and other stakeholders may turn to less reliable sources of information, like unvetted blogs or social media platforms.

23. Two days after the mass termination of IES contracts, on February 13, 2025, the Department announced that it had canceled another 10 contracts, totaling $336 million, that had been awarded to operate and staff the RELs. It is my understanding that none of these contracts have been reopened or rebid.

**Termination of NCEE Staff**

24.     On March 11, 2025, I received an internal email advising me to telework the following day because there was a security threat for all three Department of Education buildings. Around 6:00 PM that evening, my laptop restarted, and I was no longer able to send external emails. Around 7:38 PM, I received an email stating that "your organizational unit is being abolished along with all positions within the unit—including yours." The email further informed me that I would be placed on administrative leave beginning March 21, 2025. Attached as Exhibit 1 to this Declaration is a true and correct copy of that email. On April 10, 2025, I received a "Notice of Separation Due to Reduction in Force" that indicated my position, as well as the entire Knowledge Synthesis Branch, was being abolished. A true and correct copy of that email is attached as Exhibit 2 to this Declaration.

25.     My understanding is that all of IES was significantly impacted by this Reduction in Force ("RIF"). Of the nearly 200 employees working at IES as of January 2025, only the following staff remain in IES's four centers.

  a. NCES: Three employees remain, all assigned to the Office of the Commissioner.
  b. NCEE: The Commissioner is the only remaining employee and is also serving as the Acting Director of IES.
  c. NCER: The Commissioner is the only remaining employee.
  d. NCSER: No employees were lost in the RIF, but NCSER is the smallest IES center and had fewer than 10 total employees as of January 2025.

26.     All staff working outside of the four centers, for example, in the Office of the Director or Deputy Director, were also terminated. These employees undertook the administrative tasks and procedures that made IES function, for example, grant administration, acquisition planning, budgeting, human resources, clearance of IES publications and other department

8

documents, records management, compliance with privacy laws and regulations, FOIA requests, and participation in audits by the Department's Office of Inspector General and the Government Accountability Office.

27. When a federal contract is terminated for convenience, the COR is responsible for overseeing the closeout of that contract. As part of the closeout process, the COR must ensure the return of any work product, including data, in the contractor's possession. I was not able to complete the closeout of my terminated contracts before being placed on administrative leave. That work, like management of the ERIC contract, was transitioned to one of the few remaining IES employees, who has taken over all NCEE contracts—even the canceled contracts—in addition to her previous duties. Based on my training and work as a COR, I do not believe that this single employee will have the capacity to effectively administer the re-scoped ERIC contract, which involves tasks such as entering agreements with publishers, reviewing all contractor deliverables, providing "help desk" support for ERIC, and troubleshooting, while simultaneously carrying out her typical responsibilities, closing out canceled contracts, and ensuring the preservation of all data in contractors' possession.

28. Based on my knowledge and experience, I do not believe the Department can meet its statutory obligations under ESRA given the RIF. Only three CORs remain at IES. These three individuals cannot operate all statutorily required IES programs themselves. Nor are there any staff to manage the budget, fund contracts, write solicitation packages, comply with FOIA, maintain IES servers, preserve confidential data, or ensure the timely dissemination of research and data. With the fractional staff that remains, IES lacks the capacity to fulfill its statutory responsibilities.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 5, 2025.

_____
Erin Pollard Young