# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | Civil Action No. 25-00965-JRR |

## ORDER

This matter comes before the Court on Plaintiffs' Unopposed Motion to Submit Non-Party Pseudonymous Declarations. After consideration of the Plaintiffs' Motion and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion seeking to allow certain non-party declarants to file declarations under pseudonyms in support of Plaintiffs' motion for a preliminary injunction is **GRANTED**. The Court finds that the Doe Declarants would suffer a significant risk of harm absent the requested relief and further finds that, absent such an order, future declarants are likely to be chilled in providing important evidence regarding the conduct of the federal government.

It is **SO ORDERED**.

DATED this 2nd day of July, 2025.

_____/S/_____
Julie R. Rubin
United States District Judge