UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAACP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00965-JRR |

**JOINT PROPOSED BRIEFING SCHEDULE
AND MOTION FOR ENLARGEMENT OF PAGE LIMITS**

Counsel for the Parties in the above-captioned matter respectfully file this joint motion for a proposed briefing schedule for Plaintiffs' preliminary injunction motion (Dkt. 61) and motion for enlargement of page limits for that briefing. *Counsel for Defendants has been authorized to file the following document on behalf of both parties.*

Good cause exists for this request. Plaintiffs filed an enlarged preliminary injunction opening brief of 45 pages. Defendants require the same number of pages to fully respond to the arguments contained therein. Because Defendants' brief will be enlarged, Plaintiffs will require 8 additional pages to reply to the opposition. Due to the enlarged briefings, the parties also request additional time to prepare their briefing. The parties have agreed on the proposed briefing schedule and modified page limits as set forth below:

| Date | Filing | Page Limit |
|---|---|---|
| July 25, 2025 | Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion | 45 pages (for memorandum) |
| August 13, 2025 | Plaintiffs' Reply in Support of Plaintiffs' Preliminary Injunction Motion | 23 pages (for memorandum) |

DATED: July 3, 2025                              Respectfully submitted,

*/s/ Abigail V. Carter*                          BRETT A. SHUMATE
Leon Dayan*                                      Assistant Attorney General
Abigail V. Carter (D. Md. Bar No. 20952)         Civil Division
John Pellettieri*
Kara A. Naseef*                                  BRAD P. ROSENBERG
Grace Rybak*                                     Special Counsel
Lane Shadgett (D. Md. Bar No. 31686)
**Bredhoff & Kaiser, PLLC**                      */s/ Michael Bruns*
805 15th Street NW, Suite 1000                   Michael Bruns
Washington, D.C. 20005                           Trial Attorney
Tel. (202) 842-2600                              United States Department of Justice
Fax (202) 842-1888                               Civil Division, Federal Programs Branch
ldayan@bredhoff.com                              1100 L Street, N.W.
acarter@bredhoff.com                             Washington, DC 20005
jpellettieri@bredhoff.com                        e: michael.bruns@usdoj.gov
knaseef@bredhoff.com                             t: 202-514-4011
grybak@bredhoff.com
lshadgett@bredhoff.com                           Kelly O. Hayes
                                                 United States Attorney
*Attorneys for National Education Association,* Charles R. Gayle (Bar No. 14706)
*Prince George's County Educators*               Assistant United States Attorney
*Association, AFSCME Council 3*                  U.S. Attorney's Office for the District of
                                                 Maryland
Alice O'Brien*                                   36 South Charles St.,
Marissa Marandola*                               Baltimore, MD 21201
Kristin Garcia*
**National Education Association**               *Counsel for Defendants*
1201 16th Street NW
Washington, D.C. 20036
Tel. (202) 822-7035
aobrien@nea.org

mmarandola@nea.org
krgarcia@nea.org

*Attorneys for National Education Association and Prince George's County Educators Association*

Aaron S. Ament*
Daniel A. Zibel (D. Md. Bar No. 31554)
Eric Rothschild*
**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for National Education Association*

Joseph M. Sellers (D. Md. Bar No. 06284)
Ethan Judd*
Ryan Wheeler*
Jenna Waldman*
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel. (202) 408-4600
Fax (202) 408-4699
jsellers@cohenmilstein.com
ejudd@cohenmilstein.com
rwheeler@cohenmilstein.com
jwaldman@cohenmilstein.com

Robert Kim*
Jessica Levin*
Wendy Lecker*
Theresa Luhm*
**Education Law Center**
60 Park Place, Suite 300
Newark, NJ 07102
Tel. (973) 624-1815
Fax (973) 624-7339
rkim@edlawcenter.org
jlevin@edlawcenter.org
wlecker@edlawcenter.org

tluhm@edlawcenter.org

*Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2*

*\*Admitted Pro Hac Vice*
*\*\*Admission Pro Hac Vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Plaintiffs' counsel of record and that service will be accomplished by the CM/ECF system.

Dated: July 3, 2025                                                             /s/ Michael Bruns

                                                                                Michael Bruns