UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. *Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al. *Defendants*. | Civil Action No. 25-965 |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Former U.S. Department of Education, Office for Civil Rights career staff hereby move for leave to file a brief as *amici curiae* in support of the Plaintiffs' Motion for a Preliminary Injunction. A copy of the proposed brief is attached hereto as Exhibit 1.

Ensuring equal access, opportunity, and treatment in education has long been the focus of federal civil rights laws, and the U.S. Department of Education's Office for Civil Rights ("OCR") has been charged with civil rights enforcement in schools, colleges, and universities nationwide. Since OCR's inception, OCR career staff, in both regional offices and headquarters, have been charged with enforcing education-related civil rights laws, including, Title VI of the Civil Rights Act of 1964 ("Title VI"), Title IX of the Education Amendments of 1972 ("Title IX"), Section 504 of the Rehabilitation Act of 1973 ("Section 504"), and provisions of numerous additional laws.[1]

---

[1] In addition to Title VI, Title IX, and Section 504, OCR is charged with the enforcement of many additional civil rights provisions. Under Title II of the Americans with Disabilities Act of 1990, the Department of Education was designated for disability civil rights enforcement for all programs, services, and activities relating to elementary and secondary education systems and institutions, public institutions of higher education and vocational education, and libraries. 28 C.F.R. § 35.190(b)(2) (2000). OCR also implements the civil rights provisions of several Department of Education programs, including the Individuals with Disabilities Education, 20 U.S.C. § 1400 *et seq*. (1994), the Carl D. Perkins Vocational Education Act, 20 U.S.C. § 2301 *et seq*. (1994 & Supp. IV 1998), and the Magnet Schools Assistance Program, 20 U.S.C. § 7201 (1994). OCR also enforces the non-discrimination provisions of the Boy Scouts of America Equal Access Act, 20 U.S.C. § 7905 (2002), and the Age Discrimination Act of 1975, 42 U.S.C. § 610.

This Court has "broad discretion" to accept amicus briefs. *See Am. Humanist Ass'n v. Md. Nat'l Capital Park & Planning Comm'n,* 303 F.R.D. 266, 269 (D. Md. 2014).

Former OCR career staff are uniquely positioned to explain the critical role of OCR, and consequently request leave to file an amicus brief to describe: the history of the critical statutes that OCR enforces, including Title VI, Title IX, and Section 504; the operationalization of the statutorily mandated role of OCR staff to enforce the civil rights of our nation's students; and how the dismantling of OCR violates these mandates, which, in turn, harms students and denies them equal opportunity in their education.

Enforcement of most of these laws dates from the mid-1960s and early 1970s to the present, spanning 11 presidential administrations. As such, the amici include 75 former career OCR staff whose service in OCR spans from 1971 to 2025 (including all of the 11 presidential administrations except that of President Lyndon B. Johnson), and who combined provided close to 1,500 years of service within OCR. Appendix A to the proposed amicus brief contains a full list of signatories.

No parties' counsel authored the proposed brief in whole or in part, and no party or its counsel contributed money to fund the preparation and/or submission of the attached brief.

The Plaintiffs and Defendants have indicated that they consent to the filing of this brief.

## CONCLUSION

For the foregoing reasons, Amici's motion for leave to file the attached *amicus* brief should be granted.

Dated: July 8, 2025

Respectfully submitted,

/s/ Peter Romer-Friedman

Amy I. Berman*  
National Academy of Education  
500 Fifth Street, NW  
Washington, DC 20001

Peter Romer-Friedman  
PETER ROMER-FRIEDMAN PLLC  
1629 K Street, NW, Suite 300  
Washington, DC 20006

Tel. (202) 271-5554  (202) 355-6364
aberman@naeducation.org  peter@prf-law.com

*Pro Hac Vice Motion Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 8, 2025.

<i>/ s / Peter Romer-Friedman</i>
Peter Romer-Friedman