IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** *et al.*, <br><br> *Defendants.* | Civil No. 8:25-cv-00965-JRR |

## ORDER

It is this 11th day of July 2025, **ORDERED**:

The parties shall appear at **10:00 a.m., August 15, 2025,** in Courtroom 1A for a hearing on Plaintiffs' Motion for Preliminary Injunction. (ECF No. 61.)

Contemporaneous with the filing of their briefs, the parties shall deliver three (3) courtesy copies to Chambers 3A assembled in binders. In addition to briefs, courtesy copy binders shall include the chief legal authority on which the filing party relies. If a courtesy copy consumes more than one binder, binders shall be numbered as one in a series (*e.g.*, 1 of 2, 2 of 2). Each binder shall include a full table of contents of all submissions contained in all binders (be there more than one), and shall be labeled along the spine as well as the front cover.

By **August 14, 2025, at 12:00 p.m.**, the parties shall provide two (2) courtesy copies of hearing exhibit binders for use by the courtroom deputy and the bench. The binders shall be numbered as one in a series, as necessary. Each binder shall include a full table of contents of all exhibits contained in all binders (be there more than one), and shall be labeled along the spine as well as the front cover. All exhibits shall be tagged and numbered prior to the hearing in accordance with Local Rule 106.7.a. The parties shall meet with one another prior to the hearing

to review and make available for copying/electronic transmission of one another's exhibits in accordance with Local Rule 106.7.b. Parties are advised that the court follows Local Rule 107.5.b regarding admission of exhibits in evidence.

As no expedited preliminary discovery has been sought, none is granted.

The parties shall advise chambers as promptly as possible if they intend to call witnesses; such notice shall be filed via CM/ECF and include a will call/may call list identifying each witness by name and title, where applicable. In the event witnesses are to be called, the parties shall provide an above-described exhibit binder (or binders) for the witness stand if witnesses are expected to be examined on exhibits unless such exhibits will be displayed via electronic courtroom technology. The parties bear the responsibility to reach out to court administration in advance of the hearing regarding use of technology in the courtroom.

July 11, 2025                                         /S/
                                                      _____
                                                      Julie R. Rubin
                                                      United States District Judge