IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendants. | Case No. 1:25-cv-00965-JRR <br><br> Judge Julie Rubin |

**DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss all counts of Plaintiffs' amended complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The grounds for dismissal are set forth in the accompanying memorandum in support. A proposed order is also attached.

DATED: July 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

1

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2025, I electronically filed the foregoing and attachments and thereby caused a copy to be served on counsel of record.

                                                            /s/ *Michael Bruns*
                                                           Michael Bruns