UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendants. | Case No. 8:25-cv-00965-JRR |

**JOINT MOTION FOR A PROPOSED BRIEFING SCHEDULE AND CLARIFICATION OF PAGE LIMITS**

Counsel for the Parties in the above-captioned matter respectfully file this joint motion for a proposed briefing schedule for Plaintiffs' Motion for Preliminary Injunction (Dkt. 61) and Defendants' Motion to Dismiss (Dkt. 77), and for clarification of page limits for that briefing. *Counsel for Plaintiffs has been authorized to file the following document on behalf of both parties.*

In support of this Motion, the parties state as follows:

1.  Under the scheduling order set by this Court (Dkt. 71), after Plaintiffs' Motion for Preliminary Injunction was filed on July 1, Defendants' opposition was due (and filed) on July 28, Plaintiffs' reply is due August 13, and oral argument is set for August 15.

2.  Under that order and this Court's order granting the Plaintiffs' Motion for Leave to File Excess Pages (Dkt. 65), the page limits were extended such that Plaintiffs' preliminary injunction opening brief would be no more than 45 pages, Defendants' opposition would be no more than 45 pages, and Plaintiffs' reply would be no more than 23 pages.

3.     On July 28, Defendants filed a combined brief in opposition to Plaintiffs' Motion for Preliminary Injunction and in support of their Motion to Dismiss (Dkt. 78).

4.     Pursuant to Local Rules 105.2(a) and 105.3, Plaintiffs' 30-page opposition to the Motion to Dismiss would be due August 8, 14 days after service of the Motion, and Defendants' 15-page reply would be due on August 22.

5.     To aid in the efficient resolution of both motions, and to maintain the current August 15 oral argument date, the parties propose the following modified schedule:

| Date | Filing | Page Limit |
| --- | --- | --- |
| August 8, 2025 | Plaintiffs' Reply in Support of their Preliminary Injunction Motion and Opposition to Defendants' Motion to Dismiss | 50 pages (for memorandum) |
| August 14, 2025, by 4:00 p.m.[1] | Defendants' Reply in Support of their Motion to Dismiss | 15 pages (for memorandum) |

DATED: July 30, 2025                          Respectfully submitted,

/s/ Abigail V. Carter                         BRETT A. SHUMATE
Leon Dayan*                                   Assistant Attorney General
Abigail V. Carter (D. Md. Bar No. 20952)      Civil Division
John Pellettieri*
Kara A. Naseef*                               BRAD P. ROSENBERG
Grace Rybak*                                  Special Counsel
Lane Shadgett (D. Md. Bar No. 31686)
**Bredhoff & Kaiser, PLLC**                   /s/ Michael Bruns
805 15th Street NW, Suite 1000                Michael Bruns
Washington, D.C. 20005                        Trial Attorney

---

[1] Because they would be filing their reply brief the afternoon before the hearing, Defendants will not be able to provide the Court with courtesy copies of their reply brief in binders on August 14. Defendants can bring courtesy copy binders (including chief legal authority cited in the reply) to the hearing the next morning. If the Court is not amenable to this proposal, the parties request an opportunity to confer further regarding a schedule.

2

Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
jpellettieri@bredhoff.com
knaseef@bredhoff.com
grybak@bredhoff.com
lshadgett@bredhoff.com

*Attorneys for National Education Association, Prince George's County Educators Association, AFSCME Council 3*

Alice O'Brien*
Marissa Marandola*
Kristin Garcia*
**National Education Association**
1201 16th Street NW
Washington, D.C. 20036
Tel. (202) 822-7035
aobrien@nea.org
mmarandola@nea.org
krgarcia@nea.org

*Attorneys for National Education Association and Prince George's County Educators Association*

Aaron S. Ament*
Daniel A. Zibel (D. Md. Bar No. 31554)
Eric Rothschild*
**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for National Education Association*

Joseph M. Sellers (D. Md. Bar No. 06284)
Ethan Judd*
Ryan Wheeler*
Jenna Waldman*
**Cohen Milstein Sellers & Toll PLLC**

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
e: michael.bruns@usdoj.gov
t: 202-514-4011

Kelly O. Hayes
United States Attorney
Charles R. Gayle (Bar No. 14706)
Assistant United States Attorney
U.S. Attorney's Office for the District of Maryland
36 South Charles St.,
Baltimore, MD 21201

*Counsel for Defendants*

3

1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel. (202) 408-4600
Fax (202) 408-4699
jsellers@cohenmilstein.com
ejudd@cohenmilstein.com
rwheeler@cohenmilstein.com
jwaldman@cohenmilstein.com

Robert Kim*
Jessica Levin*
Wendy Lecker*
Theresa Luhm*
**Education Law Center**
60 Park Place, Suite 300
Newark, NJ 07102
Tel. (973) 624-1815
Fax (973) 624-7339
rkim@edlawcenter.org
jlevin@edlawcenter.org
wlecker@edlawcenter.org
tluhm@edlawcenter.org

*Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2*

**Admitted Pro Hac Vice*