IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** *et al.*, <br><br> *Defendants.* | Civil No. 8:25-cv-00965-JRR |

## ORDER

Further to the order at ECF No. 75, issued July 11, 2025, and having received no witness list from Plaintiffs or Defendants, the preliminary injunction hearing shall proceed without live witness testimony; the parties may offer declarations/affidavits, as needed.[1]

Plaintiffs and Defendants shall each have 75 minutes for argument; Plaintiffs shall have 25 minutes for rebuttal. The court may exercise its discretion to afford additional time if inquiries from the court consume a material part of time allotted.

August 13, 2025                                                                                       /S/

_____
Julie R. Rubin
United States District Judge

---

[1] "Because preliminary injunction proceedings are informal ones designed to prevent irreparable harm before a later trial governed by the full rigor of usual evidentiary standards, district courts may look to, and indeed in appropriate circumstances rely on, hearsay or other inadmissible evidence when deciding whether a preliminary injunction is warranted." *St. Michael's Media, Inc. v. Mayor & City Council of Baltimore*, 566 F. Supp. 3d 327, 352 (D. Md. 2021), *aff'd,* No. 21-2158, 2021 WL 6502219 (4th Cir. Nov. 3, 2021), and *aff'd,* No. 21-2206, 2021 WL 6502220 (4th Cir. Nov. 13, 2021) (quoting *G.G. ex rel. Grimm v. Gloucester Cnty. Sch. Bd.*, 822 F.3d 709, 725–26 (4th Cir. 2016)).