IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants.* | Civil No. 8:25-cv-00965-JRR |

## ORDER

This matter comes before the court on Plaintiffs' Motion for Preliminary Injunction (ECF No. 61) and Defendants' Motion to Dismiss (ECF No. 77). For the reasons set forth in the accompanying memorandum opinion, it is this 19th day of August 2025:

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction (ECF No. 61) shall be, and is hereby, **DENIED without prejudice**; and further it is

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 77) shall be, and is hereby, **DENIED without prejudice**. Within 30 days following entry of this order, Defendants shall either file a renewed/revised Motion to Dismiss in accordance with this court's accompanying memorandum opinion, or an answer to Plaintiffs' Amended Complaint.

/S/
_____
Julie R. Rubin
United States District Judge