IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**, *et al.*, <br><br> *Plaintiffs,* <br><br> **v.** <br><br> **THE UNITED STATES OF AMERICA**, *et al.*, <br><br> *Defendants.* | Civil No. 8:25-cv-00965-JRR |

## ORDER

Pending before the court is Plaintiffs' Motion to Proceed Under Pseudonyms, to Waive Address Requirement, and for a Protective Order. (ECF No. 2; the "Motion.") The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 21st day of August 2025:

**ORDERED** that the Motion (ECF No. 2) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Jane Doe Plaintiffs shall be identified in all public filings only as Jane Doe 1 (on behalf of C.E., a minor child) and Jane Doe 2 (on behalf of C.C., a minor child); and further it is

**ORDERED** that any document that identifies Plaintiff Jane Doe 1 or Plaintiff Jane Doe 2 by name, in whole or in part, shall be filed under seal, with copies redacted of their true names to be placed in the public file; and further it is

**ORDERED** that Plaintiff Jane Doe 1 and Plaintiff Jane Doe 2 are not required to disclose their addresses.

/s/
Julie R. Rubin
United States District Judge