# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendants. | Case No. 8:25-cv-00965-JRR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SECOND MOTION TO DISMISS

Plaintiffs, by and through undersigned counsel, respectfully request that the Court extend the deadline for Plaintiffs to respond to Defendants' Second Motion to Dismiss to Thursday, October 16, 2025. Undersigned counsel has conferred with Defendants' counsel, who have consented to this motion. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on March 24, 2025, ECF No. 1, and an Amended Complaint on July 1, 2025, ECF No. 58.

2. On August 19, 2025, this Court entered an order denying Plaintiffs' Motion for a Preliminary Injunction and denying, without prejudice, Defendants' Motion to Dismiss. ECF No. 87. The Court further stated that Defendants had 30 days to either file a renewed/revised motion to dismiss or to answer the Amended Complaint.

3. On September 18, 2025, Defendants filed a Second Motion to Dismiss.

4. Under Local Rule 105.2(a), Plaintiffs have fourteen days to file a memorandum in opposition to Defendants' Second Motion to Dismiss.

5. Given the number of legal issues raised by Defendants' Motion, as well as the number of parties and counsel on the plaintiff-side, Plaintiffs require an additional 14 days to prepare their opposition.

6. Undersigned counsel has conferred with counsel for Defendants, who have consented to this motion.

7. A proposed order has been filed concurrently with this motion.

Wherefore, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file a memorandum in opposition to Defendants' Second Motion to Dismiss to October 16, 2025.

DATED: September 22, 2025

Respectfully submitted,

*/s/ Abigail V. Carter*
Leon Dayan*
Abigail V. Carter (D. Md. Bar No. 20952)
John M. Pellettieri*
Kara A. Naseef*
Grace Rybak*
Lane Shadgett (D. Md. Bar No. 31686)
**Bredhoff & Kaiser, PLLC**
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
jpellettieri@bredhoff.com
knaseef@bredhoff.com
grybak@bredhoff.com
lshadgett@bredhoff.com

*Attorneys for National Education Association, Prince George's County Educators Association, AFSCME Council 3*

Joseph M. Sellers (D. Md. Bar No. 06284)
Ethan Judd*
Ryan Wheeler*
Jenna Waldman*
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel. (202) 408-4600
Fax (202) 408-4699
jsellers@cohenmilstein.com
ejudd@cohenmilstein.com
rwheeler@cohenmilstein.com
jwaldman@cohenmilstein.com

Robert Kim*
Jessica Levin*
Wendy Lecker*
Theresa Luhm*
**Education Law Center**
60 Park Place, Suite 300
Newark, NJ 07102
Tel. (973) 624-1815
Fax (973) 624-7339

2

Alice O'Brien*
Marissa Marandola*
**National Education Association**
1201 16th Street NW
Washington, D.C. 20036
Tel. (202) 822-7035
aobrien@nea.org
mmarandola@nea.org
krgarcia@nea.org

*Attorneys for National Education Association and Prince George's County Educators Association*

Aaron S. Ament*
Daniel A. Zibel (D. Md. Bar No. 31554)
Eric Rothschild*
**National Student Legal Defense Network**
1701 Rhode Island Avenue N.W.
Washington, D.C. 20036
Tel. (202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for National Education Association*

*\*Admitted Pro Hac Vice*

rkim@edlawcenter.org
jlevin@edlawcenter.org
wlecker@edlawcenter.org
tluhm@edlawcenter.org

*Attorneys for NAACP, NAACP South Carolina State Conference, NAACP Florence Branch, NAACP Texas State Conference, NAACP Lubbock Branch, Mara Greengrass, and Jane Does 1 & 2*

3