UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAACP, et al.,

    Plaintiffs,

v.

UNITED STATES, et al.,

    Defendants.

Case No. 1:25-cv-00965-JRR

Judge Julie Rubin

**CONSENTED TO MOTION FOR A STAY OF DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

    Defendants hereby move for a stay of the deadline to file Defendants' Reply in Support of Defendants' Motion to Dismiss in the above-captioned case.

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay Defendants' October 30, 2025 deadline to Reply in Support of Defendants' Motion to Dismiss, set by L.R. 105.2(a), until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the deadline for Defendants' Reply in Support of Defendants' Motion to Dismiss will be set at 14 days after appropriations resume.

5. Plaintiffs consent to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 20, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Email: michael.bruns@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: October 20, 2025

                                                             */s/ Michael Bruns*
                                                             Michael Bruns
                                                             Trial Attorney