IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,** *et al.*, <br><br> *Plaintiffs*, <br><br> **v.** <br><br> **THE UNITED STATES OF AMERICA,** *et al.*, <br><br> *Defendants*. | **Case No. 8:25-cv-00965-JRR** |

## ORDER

Upon consideration of Defendants' Consent Motion for a Stay of Deadline in Light of Lapse of Appropriations at ECF No. 97 (the "Motion"), and in view of the lapse of appropriations resulting in Executive agencies ceasing all non-excepted government agency functions, it is this 21st day of October 2025:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the deadline for Defendants to file their reply in support of their motion to dismiss shall be held in abeyance for the duration of the lapse of appropriations; and further it is

**ORDERED** that Defendants shall file their reply in support of their motion to dismiss within 14 days after the President signs legislation authorizing the expenditure of funds to operate those government agencies and functions for which appropriations had lapsed

/S/

_____
Julie R. Rubin
United States District Judge