IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED
PEOPLE, *et al.*,

 *Plaintiffs,*

  v.

THE UNITED STATES OF AMERICA,
*et al.*,

 *Defendants.*

Civil No. 8:25-cv-00965-JRR

## ORDER

Pending before the court is Defendants' Motion to Dismiss at ECF No. 92 (the "Motion"). The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 8th day of May 2026:

**ORDERED** that the Motion shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that Defendants shall answer Plaintiffs' First Amended Complaint (ECF No. 58) in accordance with the federal and local rules.

/S/

_____

Julie R. Rubin
United States District Judge