**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**, *et al.*, | |
| *Plaintiffs,* | **Civil No. 8:25-cv-00965-JRR** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** *et al.*, | |
| *Defendants.* | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' Joint Initial Status Report at ECF No. 113, it is this 24th day of June 2026,

**ORDERED** that the Scheduling Order at ECF No. 111 is amended as set forth herein and otherwise remains in full force and effect.

**Scheduling Order Deadlines[1]**

| | |
|---|---|
| July 6, 2026: | Production of the administrative record |
| August 3, 2026: | Moving for joinder of additional parties and amendment of pleadings |
| August 7, 2026 (rolling thereafter): | Defendants' production of discovery materials from other cases |
| August 18, 2026: | Plaintiff's Rule 26(a)(2) disclosures |
| September 17, 2026: | Defendant's Rule 26(a)(2) disclosures |
| October 1, 2026: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |

---

[1] The court has reviewed the parties' competing positions regarding Plaintiffs' entitlement to pursue discovery. While the court adopts Plaintiffs' proposed discovery deadlines, the court makes no finding as to the appropriate scope of discovery in this action. The parties' rights to move for relief or to object to discovery requests are preserved.

October 8, 2026:  Rule 26(e)(2) supplementation of disclosures and responses

November 2, 2026:  Discovery deadline; submission of status report

November 9, 2026:  Requests for admission

December 1, 2026:  Dispositive pretrial motions deadline[2]

/s/_____
Julie R. Rubin
United States District Judge

---

[2] The court acknowledges that Defendants proposed a deadline of November 13, 2026, for the parties to submit a briefing schedule for dispositive motions. The briefing schedule shall be in accordance with the Local Rules, however, the parties remain entitled to file a joint request (or individual requests) for extended deadlines.